# EXHIBIT B

ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA

DESIGNATION OF COLLECTIVE BARGAINING AUTHORITY
AND POWER OF ATTORNEY FOR 1998-2002
AGC/OPERATING ENGINEERS MASTER AGREEMENT

Pursuant to the Bylaws of the Associated General Contractors of California, Inc. (AGC), the undersigned hereby authorizes the AGC to execute the 1998-2002 Master Agreement between the AGC and the Operating Engineers Local Union #3 on behalf of the undersigned and further designates the AGC as its collective bargaining representative in relation to the above described labor organization until such time as this bargaining authority may be otherwise rescinded.

Name of Company  _Kiewit Pacific Co._

By _[signature]_   Position _Job Sponsor_
       (signature)                                (title)

Date _8/31/98_

**RECEIVED**

SEP 3 1998

INDUSTRIAL RELATIONS DEPT.
A.G.C.

Return to:
AGC of California, Inc.
Industrial Relations Department
1390 Willow Pass Road, Suite 1030
Concord, CA 94520