**06.04.06**      **Special Service and Maintenance Shift.** Upon written notice to the Union, an Individual Employer may initiate a special service and maintenance shift (not to include heavy duty repair) other than during the normal shift hours. The Employees' straight-time wage rate for all work on such special service and maintenance shift shall be the applicable wage rate set forth in Group 4 of this Agreement. For the purpose of this Section, changing filters and belts and making minor adjustments are not considered to be heavy duty repair.

Once an Individual Employer has established a starting time for a special service and maintenance shift, it shall not be changed except by mutual consent of the Union and the Individual Employer.

**06.05.00**      When two (2) shifts are employed for five (5) or more consecutive days (or less if by mutual written agreement), eight (8) consecutive hours (exclusive of meal period) shall constitute a shift's work for the first shift, for which eight (8) hours shall be paid; and eight (8) consecutive hours (exclusive of meal period) shall constitute a shift's work for the second (2) shift, for which eight (8) hours shall be paid, at the Second Shift Wage Rates set forth in Section 01.03.00. Such shifts shall run consecutively. The straight-time hours for the second shift shall commence not later than three (3) hours after the end of work (either straight time or regularly scheduled overtime) on the first shift. On two-shift operations, the first shift shall have regular starting time not earlier than 6:00 a.m., and not later than 8:00 a.m. Once such two-shift operation and starting time have been established, they shall not be terminated other than on a Friday (except upon completion of the job), provided that the starting times may be changed by mutual consent. Shift hours and the applicable straight-time or overtime rate shall be paid whenever shifts are worked under the above conditions including Saturdays, Sundays and holidays.

NOTE: A wage rate by Group is established for second (2nd) shift. Second Shift Wage Rates for Groups 1-8A, Steel Erection and Piledriving are set forth in Sections 01.03.00, 01.03.01, 01.03.02, 01.03.06 and 01.04.00 and will be paid on the basis of eight [8] hours' work for eight [8] hours' pay.

**06.06.00**      When three (3) shifts are employed for five (5) or more consecutive days (or less if by mutual written agreement), the first shift of the day shall work eight (8) consecutive hours (exclusive of meal period), for which eight (8) hours shall be paid. The second shift shall work seven and one-half (7-1/2) consecutive hours (exclusive of meal period) for which eight (8) hours shall be paid, and the third shift shall work seven (7) consecutive hours (exclusive of meal period) for which eight (8) hours shall be paid. Such shifts shall run consecutively. The straight-time hours for the third shift shall commence not earlier than the end of work and not later than one (1) hour after the end of work (either straight time or regularly scheduled overtime) on the second shift. On three-shift operations, the first shift of the day and of the workweek shall start at 8:00 a.m. Monday, and such workweek shall end with the closing of the third or graveyard shift Friday or at 8:00 a.m. Saturday, whichever is earlier, and 8:00 a.m. Monday shall be compensated for at the applicable overtime rate. Once established, shift rate shall apply on all work thereafter, including Saturdays, Sundays and holidays. Once such three-shift operations have been established they shall not be terminated other than on a Friday (except upon completion of the job).

**06.07.00**      On a single- and two-shift operation, Saturday shall be the twenty-four-hour period commencing at 12:00 midnight Friday or at the close of the regularly scheduled second shift, whichever is later. On a three-shift operation, Saturday shall run from the close of Friday's third or graveyard shift to 8:00 a.m. Sunday.

**06.07.01**      On a single- and two-shift operation, Sunday shall be the twenty-four-hour period commencing at 12:00 midnight Saturday or at the close of the regularly scheduled second shift, whichever is later. On a three-shift operation, Sunday shall run from 8:00 a.m. Sunday to 8:00 a.m. Monday.

**06.07.02**      The straight-time starting time for Employees on each shift shall be the same for all Employees employed on that shift.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**06.08.00**      On "Multiple-shift operations" (a two- [2] and/or three- [3] shift job), in addition to the two and/or three shifts, a single shift of eight (8) consecutive hours (exclusive of meal period) may be established, provided it is for five (5) or more consecutive days and has its own Operating Engineer Foreman where required, or if a Foreman is not required, is under separate supervision and further provided that on a two- or three-shift job such single shift is not related to and is not in conjunction with the work on the two- or three-shift operation. The regular starting time of such single shift shall be between 6:00 a.m. and 8:00 a.m.; provided, however, once such starting time has been established on a job or project, it shall not be changed except by mutual consent of the Union and the Individual Employer.

**06.09.00**      In the case of a multiple-shift operation, in no event shall the number of Employees on a second (2nd) or third (3rd) shift exceed the number of Employees on the first (1st) shift by more than fifty percent (50%). The foregoing may be modified by mutual agreement of the Union and an Individual Employer.

**06.10.00**      On multiple-shift operations, no shift shall work more than ten (10) hours, except in the event of an on-the-job emergency.

**06.11.00**      No single-shift Employee shall relieve a multiple-shift Employee, and no multiple-shift Employee shall relieve a single-shift Employee.

**06.12.00**      In the case of a multiple-shift operation, the Individual Employer will endeavor to fairly distribute overtime work on Saturdays, Sundays or holidays.

**06.13.00**      For the purposes of establishing shift operations, the Employees of the Individual Employer and the Employees of any subcontractor or other Individual Employer shall be considered separately.

**06.14.00**      No Employee shall work more than one (1) shift at straight time in any consecutive twenty-four (24) hours. No arrangement of shifts shall be permitted that prevents any Employee from securing eight (8) consecutive hours of rest in any consecutive twenty-four (24) hours. Such twenty-four (24) hours shall be computed from the start of the Employee's assigned shift.

**06.14.01**      Where there is equipment to be operated on a single-shift operation before the single shift begins or after it ends, or on a Saturday, a Sunday or a holiday, the Operating Engineer who regularly operates the particular piece of equipment shall be given first choice to perform the work, for not to exceed twelve (12) hours except in an emergency, and if an Assistant to Engineer is required, the Assistant to Engineer who is regularly assigned to the particular piece of equipment shall be given first choice to perform the work.

**06.15.00**      Where in any locality existing traffic conditions, weather conditions or power availability render it desirable to start the day shift at an earlier or later hour, such starting time may be set by mutual written agreement of the Individual Employer and the Union. Such different starting time may not be terminated except on a Friday or upon completion of the job.

**06.16.00**      If a breakdown occurs on equipment operated by Employees covered by this Agreement, it shall be at the discretion of the Individual Employer whether the Operator and his Assistant to Engineer or other Employees shall make the repairs including routine maintenance.

**06.17.00**      The recognized established practice regarding the starting and warming up of equipment by Employees under this Agreement shall not be changed.

**06.18.00**      No Employee shall be required to work alone during the hours of darkness when performing maintenance work on equipment. This provision shall not apply to Employees servicing and/or starting equipment one (1) hour prior to the start of a shift.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**06.19.00    Meal Period.** There shall be a regularly scheduled meal period. The meal period shall be one-half (½) hour and shall be scheduled to begin not more than one-half hour before and completed not later than one hour after the mid-point of the regularly scheduled hours of work for each Employee's shift. The meal period for Mechanics, Service and Lubricating Engineers, may be scheduled to permit work at the applicable straight-time rate during the regularly scheduled meal period.

**06.19.01**    If the Individual Employer requires the Employee to perform any work included in 02.04.00 of this Agreement through his scheduled meal period, the Employee shall be paid at the applicable overtime rate for such meal period and shall be afforded an opportunity to eat on the Individual Employer's time.

**06.19.02**    Where it is necessary for such machines as compressors, refrigeration plants and pumps to operate during the lunch period, the operator of such machines shall receive pay for the lunch period at the applicable overtime rate only if required by the Individual Employer to monitor or service such machines.

**06.20.00    Foremen and Shifters.** No foremen or shifters shall be allowed to perform any work covered by this Agreement or operate any equipment covered by this Agreement, except as provided in the Special Provisions Concerning Foremen Other Than General Foremen, Section 21.00.00.

**06.21.00    Show-Up Time.** When an Employee reports on his shift, or when dispatched and he reports at the agreed time and designated place and there is no work covered by Section 02.04.00 provided for him by the Individual Employer, he shall be paid two (2) hours at the rate applicable to his classification at the straight-time hourly or overtime rate applicable on that day as show-up time; if the Employee is requested to stand by, and does so, and is given no work, he shall be paid four (4) hours' pay at the rate applying to the job or unless such Employee or applicant reported in a condition unfit to perform his work or unless such applicant was rejected by the Individual Employer in accordance with the provisions of the Job Placement Regulations of this Agreement, Section 04.10.39. Provided, however, if his work is suspended on account of weather conditions, the Employee shall be entitled to show-up time only if he remains on the jobsite for two (2) hours pending abatement of such weather, unless sent home earlier by the Individual Employer. If his work is started, in lieu of show-up time, the Employee shall be compensated as provided in 06.02.00 and 06.03.00 of this Section. If an Employee's work is to be suspended for any reason, the Employee shall be notified at least two (2) hours before being required to report on his shift. The Employee shall keep the Individual Employer advised at all times of his correct address and telephone number. When the Employee has no telephone, or when the Employee cannot be reached at the number furnished to the Individual Employer, he shall not be entitled to show-up time in the event he reports on a day of inclement weather unless he has previously called the Individual Employer at the time and place designated in a notice posted on the job. The provisions of this Section shall apply also when the Employee is working under Section 13.00.00 and 14.00.00 of this Agreement. The Individual Employer and the Union may mutually agree to other and additional means of notification of Employees.

**06.22.00**    Whenever an Employee is called out to work or employed on a Saturday, Sunday or a holiday, he shall be paid at least four (4) hours at the applicable overtime rate unless the overtime work immediately precedes his regular shift and he works or is paid for the first half of his regular shift, in which case he shall be paid for the overtime actually worked by the hour and half-hour. All time worked beyond the first four (4) consecutive hours on Saturday, Sunday and holidays shall be reckoned by the hour at the applicable overtime rate. On a two-shift or three-shift job if Employees are called out to work or employed on the first shift on a Saturday, Sunday or holiday, the above shall apply but if any Employees are called out or employed to work on a second or third shift on Saturday, Sunday or holiday all shift work Employees called out or employed shall be compensated in accordance with either Section 06.05.00 or 06.06.00, as the case may be.

**06.23.00**    In the event an Employee has completed his regular shift and returned to his residence, and is called back to perform his overtime work, such Employee shall be paid at least two (2) hours at the applicable overtime rate. In the event an Employee has not worked his scheduled shift and is called out to perform overtime work, such Employee shall be paid at least four (4) hours at the applicable overtime rate.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2002 - 2006
Operating
Engineers
Agreement
Page 34**

**06.24.00**    The holidays referred to in this Agreement are as follows: New Year's Day (January 1), President's Day (3rd Monday in February), Memorial Day (last Monday in May), Independence Day (July 4), Labor Day (1st Monday in September), Thanksgiving Day (4th Thursday in November), the day after Thanksgiving Day (4th Friday in November), and Christmas Day (December 25). Holidays falling on Sunday shall be observed on the following Monday.

**06.25.00    Overtime on All Work Covered By This Agreement in Areas 1 and 2.** The applicable overtime rates shall apply for the shift, work covered by 02.04.00, equipment, area, location and classification on Saturdays, Sundays and holidays and all time before a shift begins and after it ends.

**06.25.01    Overtime Areas 1 and 2 (all forty-six [46] Counties).** One and one-half (1-1/2) times the applicable straight-time hourly rate shall be paid for all work performed before a shift begins and after it ends and for all work performed on Saturdays. Double (2) the straight-time hourly rate shall be paid for all work on Sundays and holidays.

**06.25.02**    Assistants to Engineers shall be paid at the applicable overtime rate when required to "grease" or "fire up" prior to the start of the shift or after the shift has ended.

**06.25.03    Tide Work.** Except as provided for in Section 14.02.06, an Individual Employer who is performing tide work shall establish a starting time for the project between 5:00 a.m. and 10:00 a.m. which corresponds to the tide on the first day of the project. All hours worked before or after the shift as established herein shall be paid at the special single shift rates set forth in 01.03.00, 01.02.01, 01.03.02, 01.03.03, 01.03.04 and 01.04.00. When an Employee is called out to work tide work, the minimum pay for such work shall be eight (8) hours at straight time as provided herein including fringe benefits. Each hour worked on Saturday shall be paid at time and one half (1-1/2) and each hour worked on Sundays and holidays shall be paid at double time.

When an Employee is called out to work on Saturdays, Sundays or holidays, the applicable overtime rate shall be paid for each hour worked, and the minimum pay shall be six (6) hours at the overtime rate.

**06.26.00    No Restrictions on Production.** Subject to all State and Federal rules and regulations governing or applicable to the safety of Employees, place of employment and operation of equipment, no rules, customs or practices shall be permitted that limit production or increase the time required to do any work.

**07.00.00    MANNING**

**07.01.00**    The manning of equipment shall be in accordance with the provisions of Section 01.00.00 and this Section 07.00.00. In addition to the manning provisions therein contained, when an Engineer requires assistance in addition to any that must be provided for, he shall be assisted by an Employee covered by this Agreement (Assistant to Engineer, Deckhand or Registered Apprentice). (Refer to Section 07.10.00.)

**07.01.01**    Only an Employee covered by this Agreement shall start and warm up equipment and the recognized established practice regarding the classification of Employee used in the starting and warming up of equipment shall not be changed.

**07.01.02**    Assistant to Engineer when assigned to equipment shall be under the direct supervision of the Operator at all times.

**07.02.00    Asphalt Plant Crew.** It is agreed that the Asphalt Plant Crew shall consist of a Plant Engineer and two (2) additional Employees. The Plant Engineer shall be in charge of the entire plant. In the case of an automatic asphalt plant, the asphalt plant minimum crew shall consist of a Plant Engineer and Boxman. It is further provided that if any additional assistance is required in the asphalt plant crew, such assistance shall be performed by an Employee covered by this Agreement.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**07.03.00      Change Rule.** An Employee may be changed between classifications and pieces of equipment provided any piece of equipment the Employee leaves is not operated except by an Employee covered by this Agreement. However, an Employee who is transferred to another piece of equipment and who is not qualified to operate that piece of equipment, shall not be discharged or laid off, but shall be returned to the equipment to which he was originally dispatched.

**07.03.01**      The Individual Employer shall not assign an Assistant to Engineer to perform the work of an Operating Engineer. The Individual Employer may assign an Operating Engineer to perform the work of an Assistant to Engineer; provided, no Assistant to Engineer currently on the payroll of the Individual Employer shall be laid off or terminated as a result of such an assignment. The foregoing shall not preclude transfers for brief emergency or relief periods, provided a replacement has been requested from the Job Placement Center serving the job or project.

**07.03.02**      On building jobs, the Oiler may for four (4) hours or less, operate the following equipment: (1) Forklift, (2) Small Rubber-Tired Tractor, (3) Bobcat. Should any assistance be required, it shall be an Employee covered by this Agreement.

**07.04.00      Signals.** The necessity for the use of an Employee to give signals to Employees covered by this Agreement shall be determined by the Individual Employer. When used, he shall be an Assistant to Engineer, or a Registered Apprentice. (Refer to Section 07.10.00.)

**07.05.00**      Whenever a person starts, stops or operates pumps over 750 GPM (except automatic electric pumps), compressors over 210 CFM (except automatic electric compressors), welding machines, or generators over 150 KW, he shall be an Employee covered by this Agreement. Any servicing and maintenance of the above equipment regardless of size, including automatic electric pumps and automatic electric compressors, shall be performed by an Employee covered by this Agreement.

**07.05.01      Generators.** Generator/Welder House: one (1) Engineer required.

**07.05.02      Compressors.** On compressor houses, manifold compressors or large single unit compressors (750 CFM or more) in the same location: one (1) Engineer required.

**07.06.00**      On any job or project where an Employee is utilized to operate a Forklift (Group 8), or an Individual Employer employs a Heavy Duty Repairman, such Employee(s) may be utilized in lieu of one of the Employees otherwise required by Sections 07.05.00, 07.05.01 Generators and 07.05.02 Compressors. This Section 07.06.00 shall not apply to the required manning on Compressor Houses.

**07.07.00      Field Survey Work.** The classifications herein referred to shall apply only to Employees covered hereby, regularly employed in field survey work, excluding Individual Employer, executive, administrative or supervisory personnel, professional or office engineer personnel, draftsmen, estimators, timekeepers, messenger boys, guards, clerical help or field office help, and excluding the use of survey instruments normally used by any other employees in the performance of their duties.

**07.07.01**      Field survey work shall be that work performed by such Employees in connection with the establishment of control points governing construction operations when performed by the Individual Employer on any type of home, office or commercial building construction. "Control points governing construction operations" shall be defined as such vertical and horizontal controls as must be established in connection with site preparation work before actual construction can get underway. On commercial, office, or multi-storied buildings, site preparation work in connection with the establishment of control points governing construction operations on locations and elevations of fills, excavations, piles, caisson, and utilities shall be considered to be field survey work.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**07.07.02**    On all types of heavy, highway and engineering construction, when the Individual Employer is required by Contracting Authority to furnish his own field survey service or when the Individual Employer at his own discretion hires Employees to perform field survey work, then in such instances, such work shall come within the classifications set forth in Section 01.00.00.

**07.07.03**    For any field survey work beyond the direct control of the Individual Employer, the referred to classifications and conditions shall not apply.

**07.07.04**    The Union will cooperate with the Individual Employer in the placing of student engineering trainees, so long as it does not materially affect the normal employment of regular Employees.

**07.07.05**    When an Instrument Man is required by the Individual Employer to work from drawings, plans or specifications without the direct supervision of a Party Chief, he shall be paid at the Chief of Party rate.

**07.07.06**    A party consisting of three (3) or more Employees shall include a Chief of Party.

**07.07.07**    On a large project using several small parties and having a Chief of Party on the jobsite and in charge of the small parties, each small party shall have an Instrument Man or Chief of Party as one of the members of the small party.

**07.08.00    Warranty.** The maintenance and repair of equipment done at the site of construction, alteration, painting, repair or demolition of a building, structure or other work shall be performed exclusively by an Employee, or by employees covered by a collective bargaining agreement with the Union; provided, however, that if the Individual Employer has a written contract of warranty covering the equipment, work covered by such warranty may be performed at the jobsite for not more than six (6) months from purchase in the case of new equipment, or not more than thirty (30) days from purchase in the case of used equipment by persons not covered by this Agreement who are eligible to register as Class A Operating Engineers, or Class A Assistant to Engineer, under the Job Placement Regulations of this Agreement, and further provided that for non-warranty work or for work performed after the aforementioned six (6) months and thirty-day time periods all maintenance and repair work will be performed under the terms and conditions of this Agreement, except that in the event of a factory modification to be performed on the jobsite, one factory representative shall be excluded from the foregoing.

**07.08.01**    When an Individual Employer, at his discretion, wishes to utilize Employees covered by this Agreement to perform Soils and Materials Testing, such Employee shall be employed in accordance with the applicable classification set forth in Section 01.03.00.

**07.09.00    Journeyman Training.** Employees who have been, while unemployed under this Agreement, continuously registered in a California Job Placement Center or other approved Job Placement Center during the previous calendar year (registration during the calendar week following termination shall not break continuous registration) and have not refused four (4) or more dispatches during the previous calendar year and are at the time of application for training registered in a California Job Placement Center:

Training shall take place at an approved training center and such training shall be under the direction of the Operating Engineers Joint Apprenticeship Committee.

Room and board Monday through Friday, except on designated holidays as determined by the Joint Apprenticeship Committee while at the training center and the cost of training shall be paid by the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**07.09.01**      Training shall terminate:

(1)      On Friday following the Employee's attaining two hundred forty (240) hours of training, except that the Employee may be allowed to train eighty (80) additional hours on the approval of the Joint Apprenticeship Committee.

(2)      A shutdown of all or part of the operations of the training center affecting the Employee's training.

(3)      Dispatch by a Job Placement Center to employment under a Collective Bargaining Agreement with the Union.

(4)      In the case of a termination under 2 or 3 above, the Employee shall be eligible for further training subject to 1 above.

**07.09.02**      This training program shall be open at such time as the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund Trustees so determine.

**07.09.03**      Employees applying for training shall be eligible for training on a first come-first trained basis to the extent of the funds made available by the Affirmative Action Trust and that the training facilities are available.

**07.09.04**      Employees requesting training shall make application at a Northern California Operating Engineers' Job Placement Center.

**07.09.05**      The Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund Trustees are specifically authorized to modify 07.09.00 through 07.09.04.

NOTE: The following provisions relating to the utilization of Apprentices shall apply, except where superseded by the provisions of the Second Amended Consent Decree in Civil Case No. C-71-1277 MHP, as modified, or as may be subsequently modified during the term of this Agreement.

**07.10.00      Registered Apprentices.** The wages, rates of pay, hours of labor and the other conditions of employment of Registered Apprentices shall be and are governed entirely by the terms and conditions of this Agreement except as modified in 07.10.01 through and including 07.10.14.

**07.10.01**      The education, training and disciplining of Registered Apprentices shall be governed by the appropriate Joint Apprenticeship Committee and Standards:

(1)      Operating Engineers Apprenticeship Committee for the 46 Counties of Northern California;

(2)      Northern California Surveyor Joint Apprenticeship Committee.

**07.10.02      Apprentice Wage Rates.** The straight-time hourly rate of Operating Engineers Registered Apprentices in the Operating Engineers Apprenticeship Program shall receive the following percentage of the Group 4 rate set forth in Section 01.03.00:

On-the-job training, and Probationary/
    Orientation Period  55%
   1st  Period Apprentice  60%
   2nd Period Apprentice  65%
   3rd  Period Apprentice  70%
   4th  Period Apprentice  85%



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

The Apprentice wage rate to be calculated at 55% of the Group 4 wage rate shall apply to the one thousand (1,000) hours of on-the-job training described below (Probationary/Orientation Period).

**Probationary/Orientation Period.** The Probationary/Orientation Period for the Construction Equipment Operator Branch shall consist of twelve hundred (1,200) hours. Two hundred (200) hours of orientation training at a designated training center in the following: Apprenticeship orientation, safety, grade setting, lubrication, general maintenance, and introduction to the following categories: track-type equipment, rubber tire-type equipment, hoisting-type equipment and stationary-type equipment. One thousand (1,000) hours of the Probationary/Orientation Period will be on-the-job training, employed by a participating or contributing Employer.

The straight-time hourly rate of Surveyors Apprentices shall be:

1st  Period - 60% of Chainman-Rodman
2nd Period - 70% of Chainman-Rodman
3rd  Period - 80% of Chainman-Rodman
4th  Period - 90% of Chainman-Rodman
5th  Period - 100% of the wage rate applicable to the classification covering the type of work being performed.
6th  Period - 100% of the wage rate applicable to the classification covering the type of work being performed.
7th  Period - 100% of the wage rate applicable to the classification covering the type of work being performed.
8th  Period - 100% of the wage rate applicable to the classification covering the type of work being performed.

**07.10.03**    All Operating Engineer Apprentices upon completing the Probationary/Orientation Program may request evaluation by the appropriate Joint Apprenticeship Committee to receive credit which may be applicable for past experience. The Joint Apprenticeship Committee may determine through the evaluation whether the Apprentice shall be a First through Fourth Period Apprentice, and they shall be paid the appropriate percentage as set forth in 07.10.02. In such determinations, the Joint Apprenticeship Committee's decision shall be final. Surveyor Apprentices shall be evaluated and receive the wage scale of the proper wage schedule as determined by the application of the proper percentage of the appropriate classification for the period of training and the work performed, all as determined by the NCS-JAC.

**07.10.04**    Apprentice manning shall be in conformance with the schedule as set forth in 07.10.13 of this Agreement.

(1)    A report form incorporating the provisions of the schedule set forth in 07.10.13 shall be utilized by the Individual Employers.

(2)    Should the cumulative total of the Apprentice hours reported by an Individual Employer during a monthly reporting period be deficient in the total hours required for such reporting period, as determined pursuant to the schedule set forth in 07.10.13, the Individual Employer shall be liable, by way of liquidated damages, for the amount of the total wage and fringe benefit contributions of a 3rd Period Apprentice for the deficient hours, except as set forth below. The contributions received from Individual Employers pursuant to the provisions of this paragraph shall be paid into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.

(3)    Apprenticeship hours reported in excess of the required amount during the twelve (12) reporting periods immediately preceding or the six (6) reporting periods (excluding winter work months of December through April) immediately following a reporting period in which a deficiency occurs may be utilized to correct the deficiency for said reporting period. The number of excess reported hours so applied to correct any deficiency may be utilized, as required only once during the term of this Agreement. A deficiency shall be defined as more than eight (8) hours in any one given month.



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



(4)  Any limitation as to the allowable number of Apprentices shall be waived when an Individual Employer needs additional Apprentice hours to reach parity or to meet his Affirmative Action requirements set forth in his contract document; provided, however, that a Journeyman will not be replaced by an Apprentice.

(5)  That if the Union receives notice in writing within ten (10) days after an Individual Employer is billed for a shortage in Apprentice hours as determined pursuant to the schedule set forth in 07.10.13, that said Individual Employer alleges that mitigating circumstances should be considered in relieving such Individual Employer, said dispute shall be considered in accordance with provisions set forth in Section 07.10.04(8) hereof.

(6)  Any liability to the Individual Employer as established pursuant to paragraph (2) above shall be limited to the immediately preceding three reporting periods, except when it is determined that the Individual Employer has submitted an inaccurate report. In those instances where an inaccurate report has been submitted, the Individual Employer may be found liable for payment pursuant to the provisions of paragraph (2) for any three consecutive reporting periods commencing with the period for which an inaccurate report was submitted.

An Individual Employer who has submitted an inaccurate report or no report and is therefore liable for payments pursuant to this paragraph shall, in addition, be subject to liquidated damages in an amount not less than 10% and not to exceed 25% of the amount due. If the Individual Employer's liability established pursuant to this paragraph has been determined by an audit, and such liability exceeds $500.00, then the reasonable costs of such audit shall be assessed against the Individual Employer.

(7)  That Apprentice manning and hiring violations are not subject to the 15-day limitation set forth in 18.02.02.

(8)  Formula for computing SURPLUS or SHORTAGE of Apprenticeship hours:

**METHOD OF CALCULATION**
  (a)  Total hours
  (b)  Less: Exempt hours
  (c)  Equals: Non-exempt hours
  (d)  Multiplied by: Percentage
  (e)  Equals: Apprentice hours required
  (f)  Less: Apprentice hours actually worked
  (g)  Less: Apprentice absence hours
  (h)  Less: Apprentice dispatch delay
  (i)  Less: Supplemental Related Training (SRT) Credit (See Section 07.10.16 for formula for calculation)
  (j)  Less: Advanced Apprentice Credit (See Section 07.10.16 for formula for calculation)
  (k)  Less: 1st year African American Journeyman Credit (See Section 07.10.16 for formula for calculation)
  (l)  Equals: Surplus or Shortage of Apprentice hours
  (m)  Less: Applicable Apprentice hours from prior or subsequent months
  (n)  Equals: Final Surplus or Shortage of Apprentice hours

(9)  The parties recognize that some Individual Employers may not be able to provide safe, meaningful training for Apprentices. Therefore, a committee is established consisting of two (2) representatives of the Union and two (2) representatives of the Employer for the purpose of considering deviation from the Apprentice manning provisions of 07.10.13 where either of these conditions exist. Any question relative



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



to the interpretation of this Agreement or issues other than safe, meaningful training shall be referred to the collective bargaining parties for resolution. If they are unable to resolve questions of interpretation or issues other than safe meaningful training, said matters shall be subject to Section 18.00.00. The Individual Employer shall submit to the committee in writing its reasons why it cannot provide safe, meaningful training for Apprentices on a specified jobsite. The provisions of this paragraph shall apply to all Employers.

**07.10.05**    Any Registered Apprentice absent for two (2) shifts without permission of the appropriate J.A.C. shall be automatically replaced by an unemployed Registered Apprentice.

**07.10.06**    A Registered Apprentice transferred to a training center for related and other instruction shall be temporarily replaced by an unemployed Registered Apprentice. The replacement's temporary employment shall terminate on the return of the Registered Apprentice from the training center.

**07.10.07**    When such Registered Apprentice completes the total apprenticeship training, such Registered Apprentice may return as a Journeyman to any Individual Employer for whom he/she has previously worked if the Individual Employer so requests him and if no Journeyman is laid off or replaced by the employment of such Employee. The employment of the Journeyman as outlined above, shall be in compliance with the Job Placement Regulations, Section 04.00.00.

**07.10.08**    A Registered Apprentice may be assigned (subject to the control of the Joint Apprenticeship Committee) to operate equipment or perform work covered by this Agreement, provided that the Registered Apprentice is under the supervision of a Journeyman at all times and shall not perform any work alone where a Journeyman or Journeymen are not present. The utilization of Registered Apprentices to operate equipment or perform work shall be in accordance with the provisions of the Permanent Injunction and the approved Apprenticeship Standards.

**07.10.09**    In the event there are no Assistant to Engineers or Preferred Classification Employees registered or available for work in an Assistant to Engineer classification, a Registered Apprentice shall be dispatched in lieu thereof. However, when so employed, the Registered Apprentice shall receive the applicable Registered Apprentice rate or the applicable Assistant to Engineer rate, whichever is greater; provided, however, a Registered Apprentice being utilized as an Assistant to Engineer is subject to the provisions set forth in Section 04.10.06(b), and such Registered Apprentice shall not be counted as a Registered Apprentice under Section 07.10.13.

**07.10.10**    **Selection Procedures.** All Apprentice applicants entering the Apprenticeship Program shall be subject to the Selection Procedures in the Apprenticeship Standards of the Joint Apprenticeship Committee for Operating Engineers for the 46 Northern Counties in California.

**07.10.11**    **Probationary/Orientation Program.** All Apprentices entering the Apprenticeship program shall receive probationary/orientation training at a designated training center pursuant to a curriculum developed by the Joint Apprenticeship Committee. Such participation in the Probationary/Orientation Program shall be at the discretion of the Joint Apprenticeship Committee.

**07.10.12**    The Apprentice manning requirements set forth in 07.10.04 are not mandatory when they apply to permanent plants producing rock, sand and aggregates of all kinds, concrete (excluding cement), asphalt and macadam where such plants are in competition with like plants not covered by the Master Agreement.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA


**07.10.13** **Schedule for Determining Apprentice Hours Required to Reach Parity.**

**Column A.**

Total hours worked during a month by Journeymen applicable to Apprentice manning ratio.
NOTE: Journeymen hours applicable to this Schedule shall not include time worked by the following employees:

1. Foremen not operating equipment and/or working with the tools of the trade
2. Assistant Engineers
3. Preferred List Journeymen
4. Journeymen working outside the 46 Counties
5. Superintendents
6. Employees not Journeymen Operating Engineers.
7. Apprentices
8. Owner-Operators
9. Journeyman hours worked if 700 or less.

**Column B.**

Percentage of Journeymen hours to be worked by Apprentices to reach parity -

PER FORMULA SET FORTH BELOW:

| Journeymen Total Non-Exempt Hours | Apprentices Hours Required - Percent (%) |
|---|---|
| 701 or more | 11% |

**07.10.14** **Apprentice Dispatch Delay Procedures.**

1. In the event an Individual Employer has a requirement for an Apprentice, and notifies the appropriate Job Placement Center of such requirement, and no Apprentice is available for immediate dispatch, the Individual Employer shall record the date and time of his notification and request in records maintained in his normal course of business.

2. Regardless of whether the Individual Employer requirement for an Apprentice is a continuing one, or on a short-term basis, i.e., eight (8) hours a day, forty (40) hours a week or lesser basis, the Individual Employer shall receive credit on a monthly basis for each hour said Apprentice is unavailable for employment.

3. The Individual Employer shall record the details of any lost hours as a result of dispatch delay on a separate page attached to his monthly "Employer's Report of Contributions" and shall be given appropriate credit only to meet a given month's Apprentice requirement or to make up a prior month's deficiency. Banking of hours as a result of dispatch delay shall not be permitted.

4. Any violation of this dispatch delay procedure shall result in the Individual Employer being liable for the payment into the Operating Engineers' Pension Trust Fund of the wages (straight time and overtime), and fringe benefits which would have been paid by the Individual Employer but for the violation, plus 25%, and said Individual Employer shall be liable for the entire period of any such violation notwithstanding any other provision of Section 18.04.00.


**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**07.10.15**    **Foremen Exemption.** In the event that an Individual Employer has an occasional or temporary requirement for a Foreman, a Journeyman Operator who is currently employed at the jobsite may be assigned to perform the work of a Foreman without the necessity of obtaining a dispatch, subject to the following conditions:

1.    Any application for retroactive relief under the provisions of this Section shall not be considered for any work performed prior to August 1, 1977.

2.    During any period of time an Employee is assigned to work as a Foreman, said Foreman may not operate equipment or use the tools of the trade, except as otherwise provided in this Agreement.

3.    The Individual Employer when submitting his Employer's Report of Contributions shall specifically designate actual time worked as a Journeyman and actual time worked as a Foreman. Appropriate exempt codes shall be provided by the Employer.

4.    Any request for retroactive relief under the provisions of this Section must be submitted by the Individual Employer in writing to the Union. The Individual Employer in such request must provide the specific details of the job or project including the names of the affected Employees, their Social Security Numbers, Apprentice Manning Exempt Codes, and all hours worked consistent with previously reported data.

5.    Any Individual Employer violating the provisions of this Section by claiming Foreman exempt hours when in fact such hours were worked by an Employee performing work as a Journeyman, may upon the decision of the Committee provided for in Section 07.10.04(9), be required for a period of one (1) year to have all Foremen dispatched through the Job Placement Center.

6.    Any disputes which may occur with respect to an Individual Employer claiming Foreman exempt hours shall be settled in accordance with the procedure provided for in Section 07.10.04(9) of this Agreement between the Employer and the Union.

**07.10.16**    The following are in effect pursuant to the Second Amended Consent Decree:

1.    An Individual Employer who has employed an African American apprentice for at least six months during the apprentice's fourth period, shall receive apprentice manning credit for all hours the Employee works for the Individual Employer as a journeyperson during the twelve (12) months immediately following the date the Employee obtains journeyperson status.

2.    An Individual Employer shall receive apprentice manning credit for each hour of an apprentice's Supplemental Related Training ("SRT") increment if the Individual Employer employs the apprentice no less than the average hours worked by its other apprentice during three (3) of the six (6) months immediately following the apprentice's SRT increment.

3.    All hours the Advanced Apprentice works as an Advanced Apprentice will count as apprentice hours for the Individual Employer's apprentice manning obligations under the applicable provisions of this Agreement.

**08.00.00**    **SUPPLEMENTARY WORKING CONDITIONS**

**08.01.00**    **Tools.** The Individual Employer shall provide on each jobsite a secure place where his Heavy Duty Repairman may keep his tools. If all or any part of a Heavy Duty Repairman's kit of working tools is lost by reason of



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

the failure of the Individual Employer to provide such a secure place, or by fire, flood, or theft involving forcible entry while in the secure place designated by the Individual Employer, the Individual Employer shall reimburse such Heavy Duty Repairman for any such loss from a minimum of one hundred dollars ($100.00) to a maximum of five thousand dollars ($5,000.00). In order to obtain the benefits of this paragraph, a Heavy Duty Repairman must provide the Individual Employer with an inventory of his tools at the time he commences work and additional inventory whenever the Heavy Duty Repairman acquires additional tools.

**08.01.01**    Heavy Duty Repairmen shall furnish their own hand tools, but special tools shall be furnished by the Individual Employer as needed, such as: pin presses, spanner wrenches, air or electric wrenches, testing and measuring devices other than a hand rule, gear and bearing pullers, electric drills, reamers, taps and dies, oxy-acetylene hoses, gauges, torches and tips, torque wrenches, twenty-four-inch (24") pipe wrenches or socket wrenches, and sockets requiring over three-quarter-inch (3/4") drive, box-end wrenches over 1" and open-end wrenches over 1". Heavy Duty Repairmen and/or the Registered Apprentices shall be entitled to a tool pick-up time before the end of each shift, which shall not be less than five (5) minutes or more than fifteen (15) minutes.

**08.02.00**    **Transportation.** No Employee covered by this Agreement shall, as a condition of employment, furnish transportation within the jobsite or between jobsites, or from yard to jobsite for transportation of Employees or tools or equipment or for any other purpose.

**08.02.01**    When the Individual Employer transports Employees from yard to jobsite, or within jobsite, or to power lines or pipelines, he shall provide safe and suitable transportation.

**08.02.02**    When the access to where the work is being performed (at a job or project or within a job or project) is unsuitable, or no parking facilities are provided within a five-minute walk from where the Employees' work is being performed, the Individual Employer shall transport the Employees to and from where the Employees' work is to be performed, and such transport shall be one-half on the Individual Employer's time and one-half on the Employees' time.

**08.02.03**    Where free parking is not available, parking places or parking facilities will be provided by the Individual Employer for the Employees at no cost to the Employees. If the Employee must pay for parking the Individual Employer shall reimburse the Employee for each parking expenditure; provided, however, the Individual Employer may require the submission of dated and signed receipts. Such receipts may be turned in weekly or on termination of employment whichever is sooner.

**08.02.04**    The transportation, by means of its own power, of equipment and the loading and unloading of equipment of the type or kind operated by Employees covered by this Agreement shall be performed by Employees covered by this Agreement.

**08.03.00**    **Facilities.** The Individual Employer agrees to furnish suitable shelter and protection to protect the Employees from falling material and from the elements (including, but not limited to, dust, heat, rain and cold).

**08.03.01**    On all jobs, clean drinking facilities and cool water shall be provided the Employees by the Individual Employer.

**08.03.02**    Suitable, adequate and sanitary toilet facilities shall be provided on all jobs.

**08.04.00**    **Employee Bonds.** No Employee shall be required by Employer or any Individual Employer to deposit a cash bond with the Employer or the Individual Employer or any other person. In the event that a surety bond is so required, the Employer or the Individual Employer shall pay the premium upon said bond.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**2002 - 2006
Operating
Engineers
Agreement
Page 44**

## 09.00.00    SERVICING OTHER CRAFTS

**09.01.00**    Employees on a particular project and assigned to work with a craft or crafts temporarily shall not be entitled to any of the conditions of the craft or crafts. "Temporarily" shall be interpreted as meaning any work performed in a single day of four (4) hours or less.

**09.02.00**    When Employees covered by this Agreement are employed on a job or project where another craft or crafts work a shorter day or shorter week, such Employees affected shall be afforded the opportunity to earn an amount equal to a full shift, full day or full week, as the case may be, at the applicable straight-time wage rate.

**09.03.00**    When Employees perform work covered by this Agreement in support of another craft that receives overtime for any period of time between 8:00 a.m. and 4:30 p.m., Monday through Friday, they shall be compensated on the same basis.

**09.04.00**    Combination mixer and compressor operator on gunite work shall be classed as servicing a Specialty craft or crafts.

## 10.00.00    ADDITIONAL RESPONSIBILITY

**10.01.00**    **Working Leadman.** When an Individual Employer employs more than one (1) Heavy Duty Repairman and less than five (5) Heavy Duty Repairmen on any shift, and if a Heavy Duty Master Mechanic or Heavy Duty Repairman Foreman is not employed on such shift, then in lieu of such supervision one (1) Heavy Duty Repairman shall be a working Leadman and his straight-time hourly wage rate shall be that of Group 4, set out in Section 01.03.00 plus fifty cents ($.50) per hour.

**10.02.00**    **Payment of Wages.** Each Employee shall be paid his wages in full each week promptly after the close of his shift on payday and on the jobsite. The wages of Employees who are terminated, shall be due and payable in full at the time of termination. Employees quitting or resigning shall be paid in accordance with the laws of the State of California. Accompanying each payment of wages shall be a separate statement identifying the Individual Employer, and showing the total earnings, the amount of each deduction, the purpose thereof and net earnings.

**10.02.01**    Habitual violations of this Section will subject the Individual Employer to penalties as may be determined by the Board of Adjustment.

**10.03.00**    **Work at More Than One Rate.** If more than one (1) straight-time hourly rate is applicable to the work performed by an Employee during his regular shift or on overtime, his pay shall be computed at the highest straight-time hourly rate, or overtime as the case may be, applicable to the work, equipment, area, location and classification for the full shift and for all the overtime due in any workday, Saturday, Sunday or holiday.

**10.03.01**    No Employee receiving a higher rate of pay or better conditions by reason of an existing contract with another employer association or Employer and the Union shall suffer a reduction of pay or loss of conditions by reason of the execution of this Agreement.

**10.03.02**    No Employee receiving a higher rate of pay or better conditions by reason of an existing contract with another employer association or Employer and the Union shall suffer a reduction of pay or loss of conditions by reason of such association becoming an Employer or his Employer becoming an Individual Employer and the Employee becoming an Employee hereunder.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



## 11.00.00    SUBSISTENCE AND TRAVEL, RENTED EQUIPMENT

**11.01.00**    On any job, location or project located more than thirty-five (35) miles from the permanent yard of the Individual Employer, Operating Engineers employed by an Individual Employer who is regularly engaged in the business of renting hoisting equipment (except cranes), gradalls, truck-mounted pavement breakers, or truck-mounted earth augers, on a fully operated basis, shall receive in addition to their regular and overtime wages a daily subsistence as follows:

Effective June 16, 1998 - $20.00

**11.01.01**    Any crane rental work to be performed on a fully operated basis shall be performed under the wage rates, fringe benefit rates and all other terms and conditions of the existing Master Agreement for Equipment Rental.

**11.01.02**    Within thirty (30) days of the execution of this Agreement, any such Individual Employer having more than one (1) yard shall notify the Union, in writing, of the location of his permanent yard, or permanent yards. Such locations can be changed once each year by giving written notice to the Union. Such payments for subsistence shall be excluded from the wages of the Employee for the purpose of the Fair Labor Standards Act.

**11.01.03**    No subsistence shall be paid on any job when the Employee's time starts and ends at the Individual Employer's permanent yard without any break in compensable hours except for meal periods.

**11.02.00**    On jobs on which an Employee does not receive subsistence, the understanding of the undersigned parties is as follows:

**11.02.01**    An Employee shall not receive travel time or travel expense except under 11.03.00 and 11.04.00 below.

**11.03.00**    **Travel Expense.** Where the Employee is transported on the Individual Employer's equipment, travel expense shall not be due.

**11.03.01**    Travel expense will be paid when moving cranes from yard to job, job to yard and job to job when crane is not returned to its original starting point at the end of the day, and when the Employee receives travel time under 11.04.00.

**11.03.02**    Travel expense, when due an Employee furnishing his own transportation shall be paid at the rate of twenty-five cents ($.25) per mile, and the Individual Employer shall also pay bridge, ferry or toll fares involved; provided that no Employee shall be required to furnish the means of transportation as a condition of employment.

**11.04.00**    **Travel Time.** On any day on which an Employee is required to report to the yard, the Employee's time will start at the yard. On any day on which the Individual Employer requires an Employee to return to the yard and when, absent a pre-arrangement to cover transportation under 11.03.01, an Employee is required to report to the yard on that date, an Employee's time will end at the yard.

## 12.00.00    FRINGE BENEFITS

**12.01.00**    **General Provisions.** The Individual Employer will make the following payments for each hour worked or paid each Employee by an Individual Employer covered by this Agreement. Such payments shall be paid by each Individual Employer for each hour worked or paid each Employee of such Individual Employer on or before the 15th day of the month following the month in which such Employee was employed by such Individual Employer, and an Individual Employer shall be delinquent if such Individual Employer's Report and payment is not received by the bank before midnight of the 25th day of that month. All such payments shall be made at Alameda, California, at the time (as set forth



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



above) and in the manner provided for by the applicable Employer Union Trust Agreement creating a Trust or, if not a Trust, at the time and in the manner provided for in this Agreement. Each Individual Employer is bound by all the terms and conditions of each Trust Agreement and any amendment or amendments thereto which are incorporated by reference herein. The Union and the Employer agree that these plans are and have been defined contribution plans.

**12.02.00      Health and Welfare and Sick Benefits.** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Health and Welfare Trust Fund for Northern California according to the following schedule:

Effective June 24, 2002 - Four dollars and seventy cents ($4.70) per hour.

Effective June 29, 1998, two cents ($.02) of the four dollars and seventy cents ($4.70) shall be paid to Addiction Recovery Program, Inc. ("ARP"). This payment shall be in addition to money the Health and Welfare Fund currently provides ARP.

**12.02.01**      If a National Health Act or State Health Care Act is enacted, the parties shall meet to eliminate any duplicate benefits and duplicate cost to the Individual Employer. If the Individual Employer's total benefit cost for providing Health and Welfare benefits to Employees is reduced because of a change in the law, the Union may allocate to wages and/or fringe benefits any savings beyond that necessary to restore eleven cents ($.11) to the Operating Engineers' Pension Trust Fund's margin.

**12.03.00      Pensioned Health and Welfare.** Each Individual Employer covered by this Agreement shall pay into the Pensioned Operating Engineers' Health and Welfare Trust Fund according to the following schedule:

Effective June 24, 2002 - One dollar and nine cents ($1.09) per hour

**12.04.00      Pension.** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Pension Trust Fund according to the following schedule:

Effective June 24, 2002 - Four dollars ($4.00) per hour

**12.04.01**      Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Pension Trust Fund according to the following schedule for Apprentices effective June 24, 2002:

1st Period - 4th Period - $2.40 per hour

**12.05.00      Affirmative Action.** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund according to the following schedule:

Effective June 25, 2001 - Sixty-two cents ($.62) per hour.

In addition to the above, the Individual Employer shall pay one dollar ($1.00) per hour for each hour worked or paid each Registered Apprentice into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.

**12.06.00      Vacation and Holiday Pay Plan.** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Vacation and Holiday Pay Plan according to the following schedule:

Effective June 29, 1998 - Two dollars seventy cents ($2.70) per hour



**AGC CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**Registered Apprentices.** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Vacation Holiday Pay Plan for Apprentices according to the following schedule:

Effective June 29, 1998 - Two dollars twenty cents ($2.20) per hour

**12.06.01**    Such payments to the Plan shall be made at Alameda, California, in accordance with and in the manner as provided in the Vacation and Holiday Pay Plan, Section 23.00.00.

**12.06.02    Complementary Dues.** The Employees may authorize, in writing, that a portion of said payments be paid to the Union as Complementary Dues.

**12.07.00    Annuity Fund.** Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Annuity Trust Fund according to the following schedule:

Effective June 25, 2001 - Forty cents ($.40) per hour

**12.08.00    Contract Administration Fund.** Each Individual Employer covered by this Agreement shall pay into the Contract Administration Fund according to the following schedule:

AGC: Effective December 28, 1998 - Eight cents ($.08) per hour

**12.08.01**    Such monies provide compensation to the Employer for negotiations and administration of the provisions of this Agreement, including Section 18.00.00, for the industry.

**12.09.00    Industry Stabilization Fund.** Each Individual Employer covered by this Agreement shall pay into the Industry Stabilization Fund according to the following schedule:

Effective June 29, 1998 - Six cents ($.06) per hour

**12.09.01**    Such monies shall be utilized to enhance the enforcement of prevailing wage laws through The Foundation For Fair Contracting within the geographic area covered by this Agreement.

**12.10.00    Job Placement Center and Market Area Committee Administration Market Preservation Fund.** Each Individual Employer covered by this Agreement shall pay into the Job Placement Center and Market Area Committee Administration Market Preservation Fund according to the following schedule:

Effective June 24, 2002 - Eleven cents ($.11) per hour

**12.11.00    Business Development Fund.** Each Individual Employer covered by this Agreement shall pay into the Business Development Trust Fund according to the following schedule:

Effective June 29, 1998 - Eight cents ($.08) per hour

**12.11.01**    Such monies shall be utilized to maintain and increase signatory contractors' market share and to develop new markets. Effective June 29, 1998, six cents ($.06) per hour shall be paid to the California Alliance for Jobs and two cents ($.02) per hour shall be paid to the Construction Industry Force Account Committee.

**12.11.02    Heavy & Highway Committee.** The Employer will contribute one cent ($.01) per hour to the Heavy & Highway Committee effective January 1, 2001.


**AGC**
**CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**12.12.00      Supplemental Dues.** In addition to any amount specified as and for Vacation and Holiday benefits in Section 12.06.00 and 12.06.01 of this Master Agreement, the amount of forty cents ($.40) per hour for each hour paid for or worked shall be added and specifically designated as Supplemental Dues effective for all work performed on and after June 25, 2001, fifty-five cents ($.55) per hour effective for all work performed on or after June 24, 2002; sixty-five cents ($.65) per hour effective for all work performed on or after June 30, 2003; seventy-five cents ($.75) per hour effective for all work performed on or after June 28, 2004 and eight-five ($.85) cents per hour effective for all work performed on or after June 27, 2005. These amounts shall be "new money." Upon the execution of a proper authorization as required by law, the amount set forth shall be transmitted from the Vacation-Holiday benefit of each Employee performing work or being paid under this Agreement and shall be remitted directly to the Union. These amounts specified herein shall not be deemed to be part of the Vacation-Holiday benefit but is an amount specifically agreed to as a Supplemental Dues benefit. The amount of the Supplemental Dues transmittal shall be specified on a statement sent to the Employees. Such remittance shall be made to the Union monthly. Supplemental Dues are specifically part of the uniform monthly dues of each Employee, as specified in the provisions of Section 04.02.00, Union Security, of this Agreement. The Employees shall be obligated to make such payment directly to the Union on a monthly basis if the dues authorization provided for herein is not executed, under such terms and conditions as from time to time may be prescribed by the Union.

**12.13.00      Delinquencies.** It is agreed that insofar as payments by the Individual Employer are concerned, the parties recognize and acknowledge that the regular and prompt payment of amounts due each Trust by Individual Employers is essential and, based upon prior experience of the parties hereto and in light of the substantial but varied expense incurred in the administration of said Trusts due to delinquencies, the parties agree that it is extremely difficult, if not impracticable to fix the actual expense and damage to each Trust, program and Employee which results from the failure of an Individual Employer to make the payments in full within the time provided. Therefore, it is agreed that the amount of damage resulting from any such failure shall be by way of liquidated damages and not as a penalty to each such Trust the sum of thirty-five dollars ($35.00) or fifteen percent (15%) of the amount due and unpaid to each such Trust, whichever is greater, for each failure to pay in full within the time provided. Such liquidated damages shall become due and payable to each such Trust in Alameda, California, at such place as each such Trust has from time to time been determined, upon the day immediately following the date on which the Individual Employer becomes delinquent, and shall be added to and become a part of said amount due and unpaid, and the whole thereof shall bear interest at the rate of twelve percent (12%) per annum until paid.

**12.13.01**      In addition, if a delinquent Individual Employer agrees to pay his delinquency in installments and fails to make such payments in the amount and at the time and place agreed, it is agreed that the amount of damage to each Trust resulting from any such failure shall be by way of liquidated damages and not as a penalty to each such Trust, the sum of thirty-five dollars ($35.00) or fifteen percent (15%) of the amount due and unpaid to each such Trust, whichever is greater, for each such failure to pay in full within the time provided, which amount shall become due and payable to each such Trust in Alameda, California, at the place and time agreed upon, and shall be added to and become a part of said amount due and unpaid, and the whole thereof shall bear interest at the rate of twelve percent (12%) per annum until paid.

**12.13.02**      If any Individual Employer defaults in the making of such payments and if either the Union, the Trusts or the Plan, or any of them, consults or causes to be consulted legal counsel with respect thereto, or files or causes to be filed any suit or claim with respect thereto, there shall be added to the obligation of the Employer who is in default all reasonable expenses incurred by the Union and the Trust in the collection of same, including but not limited to, reasonable attorneys' fees, auditors' and accountants' fees, court costs and all other reasonable expenses incurred in connection with such suit or claim including any appellate proceedings therein.

**12.13.03**      When a contributing Individual Employer has been assessed liquidated damages and interest for a period of two (2) late months during any twelve (12) consecutive month period, upon the occurrence of the second (2nd) assessment the Individual Employer will promptly be notified (with copies to the Local Union and the Employer) that if said


**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA





Individual Employer becomes delinquent again and is assessed liquidated damages and interest during any of the succeeding twelve (12) -month period, he will be subject to the following rules:

(a)    The Individual Employer shall be audited in order to determine compliance with the provisions of this Section 12.00.00 and/or the Trust Fund Documents.

(b)    The Individual Employer shall be required to provide the Trust Funds with a cash deposit or bond equal to the sum of the three (3) highest months' contributions made in the immediate preceding twelve (12) -month period, or such lesser sum as the Delinquency Committee deems appropriate.

(c)    The Individual Employer's due and delinquent date shall be the 15th day of the month.

(d)    Once these special rules have been applied to an Individual Employer, they shall remain in effect for at least twelve (12) months. At the end of this period, the Individual Employer may petition the Board to terminate these special rules and release the cash deposit or bond; this may be allowed only if the Individual Employer has been current in his reports and contributions for each and every month during the preceding twelve (12) -month period and the Board is otherwise satisfied that there will be no further delinquencies. The foregoing rules shall not actually be applied to any Individual Employer until the Delinquency Committee has been advised at a meeting that they have become applicable (or will become applicable if another delinquency occurs). The Delinquency Committee may then, upon its own motion or upon the Individual Employer's request, waive any of the above rules, in whole or in part, for reasonable cause.

**12.13.04**    The parties recognize and agree:

(a)    that the references to fringe benefits in Sections 7071.5 and 7071.11 of the California Business and Professions Code include payments for fringe benefits and vacation and holiday pay as described in this Agreement and Trust Agreements creating each Trust;

(b)    that said payments are for the benefit of the Employees of each Individual Employer covered by this Agreement, and that the failure of an Individual Employer to make said payments, in the manner and at the time prescribed, causes damage to all Employees, including the Employees of the Individual Employer in default, in the amount of the unpaid fringe benefits and vacation and holiday pay as well as the liquidated damages established herein, interest, and any attorneys' and accountants' fees which the Union, the Trusts, or the Plan, or any of them, may incur with respect to said default;

(c)    that the Union, the Trusts or the Plan, or any of them, may bring a claim or legal action against the Individual Employer's license bond on behalf of an Employee or Employees covered by this Agreement.

**12.14.00    Security for Payments.** Each Individual Employer delinquent one (1) or more months in making the payments set forth in Section 12.00.00 shall be notified by mail by the Fund Manager of the Trust or Trusts applicable of such delinquency. Copies of such notices shall be sent to the Employer and to the Union.

**12.14.01**    Each such delinquent Individual Employer shall within five (5) days of the receipt of such notice (Certified Mail) pay the delinquent amount in full or make other suitable arrangements acceptable to the Delinquency Committee of the Pension Trust Fund for payment. Such amounts owing are to be determined by the Fund Manager of the various Funds. The Committee shall notify the Employer of any such arrangements which may be made.

**12.14.02**    If an Individual Employer fails to pay the delinquencies as determined by the Fund Manager in the time provided in 12.14.01, or fails to make other suitable arrangements for payment acceptable to the Union, it shall not be



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**2002 - 2006
Operating
Engineers
Agreement
Page 50**

a violation of this Agreement so long as such delinquency continues, if the Union withdraws the Employees who are subject hereto from the performance of any work for such Individual Employer and such withdrawal for such period shall not be a strike or work stoppage within the terms of this Agreement. In the event that any Employees of any Individual Employer shall be withdrawn pursuant to any similar clause in any agreement between the Individual Employer and any other labor organization, then the Union may respect such withdrawal, and for the period thereof, may refuse to perform any work for such Individual Employer, and such refusal for such period shall not be a violation of this Agreement.

**12.14.03**    Any Employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as Employees but no such Employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work.

## 13.00.00    STEEL FABRICATING AND ERECTING WORK

Manning under this Section 13.00.00 shall be as provided in Section 07.00.00, "MANNING," except tank erection work or structural steel work which shall be manned as provided in this Section 13.00.00 and 01.03.02. Employees performing work in classifications not set forth in Section 01.03.02 shall be considered support Employees, and shall be paid at the wage rates for the classifications set forth in Section 01.03.00, and shall work under the terms and conditions contained in the main body of this Agreement excluding this Section 13.00.00.

**13.01.00**    Only Employees manning hoisting equipment working four (4) hours or more in support of a crew or crews consisting of four (4) men or more of the crafts listed below shall be covered by and under this Section 13.00.00:

    (1)   International Association of Bridge, Structural and Ornamental Iron Workers Union,
    (2)   International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, and Helpers,
    (3)   United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada,
    (4)   International Brotherhood of Electrical Workers.

**13.01.01**    This Section 13.00.00 shall cover all work of the Individual Employer in the geographical area as described in 02.07.00 of this Agreement and the classifications set forth in this Section and any new classifications added under Section 20.00.00 of this Agreement in Northern California. If Individual Employers perform work covered by this Section 13.00.00 in the State of Hawaii, such work shall be covered by this Section.

**13.01.02**    The provisions of this Section 13.00.00 with respect to the work covered by this Section to the extent they differ from any specific provision in this Agreement shall supersede such provision and this Section as to such provision shall control.

**13.02.00**    **Coverage.** This Section 13.00.00 shall cover and apply only to hoisting work performed and power-operated equipment customarily operated by the Union in conjunction with the crews of the International Association of Bridge, Structural and Ornamental Iron Workers Union, with the International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths and Helpers; or with the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, or with the International Brotherhood of Electrical Workers.

**13.03.00**    **Wages and Classifications.** Employees performing work covered by this Section 13.00.00 shall be employed in the classifications and at the wage rates set forth in Section 01.03.02 including such additions as may be made in accordance with Section 20.00.00 of this Agreement.

**13.04.00**    **Fringe Benefits.** Fringe benefits applicable to Employees working under the provisions of this Section shall be the same as those set forth in Section 12.00.00 of this Agreement.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**13.05.00**      **Working Rules.** Except as provided hereunder, the Working Rules applicable to this Section 13.00.00 shall be in accordance with Section 06.00.00 of this Agreement.

**13.05.01**      **Reckoning of Time.** The straight time of an Employee shall be reckoned by the shift in the following instances:

(1)   During the Employee's first (1st) calendar week of employment.

(2)   During the week the work covered by this Agreement is completed.  A break in such work of five (5) or more days excluding Saturdays, Sundays or holidays, shall be considered the same as a completion of such work.

(3)   If work is shut down by the Contracting Authority; by any Governmental agency having authority to suspend the work; by lack of fuel, power or water, or by reason of strike or if the crew they are servicing does not appear for work when work is available and such fact or facts is or are confirmed by the Contracting Authority in writing.

**13.05.02**      Employee(s) manning hoisting equipment, including Forklifts and Ross Carriers under the terms of this Section shall have their straight time during the second (2nd) and subsequent weeks of employment reckoned by five (5) straight-time days per week, Monday through Friday, for which forty (40) hours shall be paid, except in a week in which there is inclement weather, and except as otherwise provided in this paragraph. In a week in which there is inclement weather the above guarantee shall not be applicable, but an Employee shall be afforded the opportunity to earn the equivalent of twenty-four (24) hours' pay at the applicable straight-time rate. This guarantee shall not apply to re-bar work or on jobs under fifty (50) tons. In any week in which an overtime holiday falls, the straight time shall be reduced by the number of overtime holidays falling within the week. Any time worked on such holiday shall be in addition to the straight-time workdays in the week in which the holiday falls. A break in the continuity of employment of three (3) days or less excluding Saturdays, Sundays or holidays, shall not result in an Employee being returned to a first week of employment status.

**13.05.03**      The starting time of the first shift on two-shift operations shall be between 5:00 a.m. and 8:00 a.m. at the option of the Individual Employer. Once established, the starting time shall not be changed except to take advantage of maximum daylight, or by the mutual consent of the Individual Employer and the Union.

**13.05.04**      When there is a single welding machine on the job and no Hoisting Engineer is employed, no Engineer shall be required to maintain and service such single welding machine. When there is a single welding machine on the job and a Hoisting Engineer is employed, such Engineer shall receive one (1) hour additional at the applicable overtime rate of pay for servicing and maintaining such welding machine, provided such servicing work is performed outside the regular shift.

**13.05.05**      When the number of Operating Engineers (excluding Oilers) employed by the Individual Employer on a job or project exceeds ten (10), an Operating Engineer Master Mechanic, who may operate equipment in emergencies, shall be employed.

**13.05.06**      On structural steel or tank erection, an Operating Engineer shall operate, maintain and service gasoline- or diesel-driven welding machines when the welding is being performed by another craft being supported by the Union.

**13.05.07**      On all types of construction, when Individual Employer is required by Contracting Authority to furnish his own field survey or when Individual Employer at his own discretion hires Employees to perform field survey work, then in such instances, such work shall come within the classifications herein mentioned.

**13.05.08**      When an Instrument Man is required by the Individual Employer to work from drawings, plans, or specifications without the direct supervision of a Party Chief, he shall be paid at the Chief of Party rate.



**AGC**
**CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**13.05.09** For any field survey work beyond the direct control of the Individual Employer, the referred to classifications and conditions shall not apply.

**13.05.10 Overtime.** Employees employed on all work performed under this Section 13.00.00 shall receive time and one-half (1-1/2) for the first two (2) hours over eight (8) up to and including ten (10) hours, Monday through Friday, and time and one-half (1-1/2) for the first eight (8) hours on Saturdays (except where the Operating Engineers is servicing a craft receiving double [2] time, then the Operating Engineer shall receive double [2] time). Double (2) time shall be paid for all hours over ten (10) Monday through Friday, and over eight (8) hours on Saturdays. Sundays and holidays shall be double (2) time.

**13.05.11** When Employees covered by this Section are employed to service another craft or crafts that work a shorter day or shorter week, such Employees shall be afforded the opportunity to earn an amount equal to a full shift, full day or full week, as the case may be, at the applicable straight-time wage rate.

**13.05.12** When Employees perform work covered by this Section in support of another craft that receives overtime for any period of time between 8:00 a.m. and 4:30 p.m., Monday through Friday, they shall be compensated on the same basis.

**13.06.00 Subsistence, Travel Time, Travel Expenses.** Employees covered by this Section 13.00.00 shall be compensated at the rate of twenty dollars ($20.00) per each workday as subsistence pay (in addition to their regular compensation) when employed on any job more than thirty-five (35) road miles by the shortest normally traveled route from the Employee's "basing point." The Employee's "basing point" shall be the Job Placement Center (i.e., which has historically been servicing the area where the job or project is located), provided that when an Employee is transferred to a job or project his "basing point" shall be the permanent yard or shop of the Individual Employer to which such Employee is regularly assigned, and provided further that when an Employee is terminated or quits from the employ of the Individual Employer and is rehired by letter in accordance with the Job Placement Regulations of this Agreement, within thirty (30) working days by the Individual Employer at another job or project, then the permanent yard or shop of the Individual Employer to which such Employee was regularly assigned when he was terminated or quit shall be considered such Employee's "basing point." Such compensation shall be paid for the duration of the job.

**13.06.01** Within thirty (30) days of the execution of this Agreement any Individual Employer having more than one (1) yard or shop within the area covered by this Section shall notify the Union in writing of which locations are to be deemed "permanent" under the foregoing, and similarly, upon establishing his first such yard or shop. Such locations can be changed once each year by giving written notice to the Union.

**13.06.02** It is understood that a day is a working day if the Employee is required by the Individual Employer to report to the jobsite and is prevented from working due to conditions beyond said Individual Employer's control. (Example: rainy days, or days when steel is not available, etc.)

**13.06.03** On Saturday, Sunday and holidays, when work is not performed on these days, no such expenses will be paid, except as provided in 13.06.02.

**13.06.04** When a job is of one (1) day's duration and the Employee is paid (or furnished) transportation and is paid his total travel time to and from the yard or shop and the job he shall not, in addition, be paid subsistence.

**13.06.05 Travel Time.** On jobs not subject to 13.06.00, an Employee shall not receive travel time unless he is engaged in equipment transportation. On such jobs, unless transportation is made available to the Employee or the Employee is paid travel expense for the first and last day, an Employee's time shall begin and end at the yard or shop.

**13.06.06** On jobs subject to 13.06.00, travel time, at the rate of thirty-five (35) miles per hour from the first day of employment there, and for returning from the job on the day employment there terminates, provided that all travel



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA





time, except equipment transportation, which by the direction of the Individual Employer is performed during overtime hours, shall be computed at straight time.

**13.06.07**     **Travel Expense.** Where the Employee is transported to and/or from the job on equipment furnished by the Individual Employer, travel expense shall not be due.

**13.06.08**     On jobs subject to 13.06.00, Employees shall be paid travel expense from the yard or shop to job and return on the first and last days of employment there, respectively at the rate of twenty-five cents ($.25) per mile, and the Individual Employer shall also pay any bridge, ferry or toll fares involved.

**13.06.09**     **Payment of Subsistence, Travel Time and Travel Expense.** An Employee shall be paid (when due under 13.06.00 of this Section 13.00.00) subsistence, travel time, and transportation expense on each separate job; provided that, in the cases of Employees who are "transferred" or "terminated or quit and rehired" by letter in accordance with the Job Placement Regulations of this Agreement, within thirty (30) working days by the Individual Employer at another job or project, the distances applicable in the case of travel time and travel expense shall be those from the last job to the next (rather than between yard or shop and job).

**13.06.10**     Travel time and travel pay shall be due "going and returning" only in the case of Employees who work to the completion of the job or who are terminated by the Individual Employer. An Employee who quits the job prior to its completion shall be due neither travel time nor travel expense for "returning."

**13.06.11**     Subsistence, travel time, and travel expense (when due under 13.06.00) shall be paid by separate check, weekly, and the Employee shall be furnished with a sufficient statement thereof.

## 14.00.00     PILEDRIVING

**14.01.00**     Employees working in conjunction with a crew (a crew shall consist of four [4] workers of whom one [1] shall be a Foreman) of Piledrivers and four (4) hours or more on any shift shall be covered by and under the provisions of Section 14.00.00. In addition, if any crew in any Agreement the Employer is a party to, or becomes a party to, is reduced below four (4) workers, this Section 14.00.00 shall also apply.

**14.01.01**     The provisions of this Section 14.00.00 with respect to the work covered by this Section to the extent they differ from any specific provision in this Agreement shall supersede such provision and this Section as to such provision, shall control.

**14.01.02**     **Work Covered.** The operation, repair and maintenance of engines and machinery and the operation of deck engines in connection with piledrivers and derrick barges engaged in the following work shall be performed by Employees working under this Agreement:

    (1)    The driving by steam, electric, hydraulic, drop hammer, bodine hammer, or any other device used, staying, capping, pulling and cutting off of all pre-cast concrete piles, pile jackets, composite piles, cast-in-place piles, and any and all pre-cast structural shapes and units, the setting of which is performed with power equipment or piledriving and setting equipment.

    (2)    The placing, framing, driving (by steam, hydraulic, electric, drop hammer, bodine hammer or any other device used), fastening, capping and pulling of piling of every kind.

    (3)    The construction of wharves, decks, trestles, viaducts, bridges and similar structures, up to and including the decks thereof. The construction of substructures of underpasses, subways, overhead crossings, pre-cast bulkheads, and other similar structures where piledriving or other derrick equipment or other



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2002 - 2006
Operating
Engineers
Agreement
Page 54**

power-operated equipment customarily operated by the Union is used. The building of ferry slips, cofferdams, open cribs, caissons, dry docks and marine railways and in the construction and erection of towers, bunkers and other similar structures necessary for the completion of the above-mentioned projects.

(4)    The moving and placing of heavy machinery, boilers, tanks, guns and similar masses when and where hoisting and portable equipment is used. This work shall be done, when necessary and expedient, in conjunction with machinery mechanics from other crafts.

(5)    The wrecking and dismantling of all structures covered by (1) through (4).

**14.01.03    Wages and Classifications.** Employees performing work covered by this Section 14.00.00 shall be employed in the classifications and at the wage rates set forth in Section 01.03.03 including such additions as may be made in accordance with Section 20.00.00 of this Agreement. Employees performing operation, maintenance and repair of equipment not set forth by classification in Section 01.03.03 shall be considered support Employees, and shall be paid at the wage rates for the classifications set forth in Section 01.03.00, and shall work under the terms and conditions contained in the applicable Sections outside of this Section 14.00.00.

**14.01.04    Fringe Benefits.** Benefits applicable to Employees working under the provisions of this Section 14.00.00 shall be the same as those set forth in Section 12.00.00 of this Agreement.

**14.02.00    Working Rules.** Except as provided hereunder the Working Rules applicable to this Section 14.00.00 shall be in accordance with Section 06.00.00 of the main body of the Agreement.

**14.02.01    Minimum Hours.**

(1)    The straight time of an Employee shall be reckoned by the shift in the following instances:
(a)    During the Employee's first (1st) calendar week of employment.
(b)    During the week the job is completed.
(c)    If an Employee quits or is discharged for cause.
(d)    If work is shut down by written order of the Contracting Authority.
(e)    If work is shut down by lack of materials.

(2)    In the event there is a major mechanical breakdown (i.e., Employees directly affected by such breakdown), Employees shall be paid not less than four (4) hours at the applicable rate for work performed and any time thereafter shall be reckoned by the hour.

**14.02.02**    Employees working with piledriving crews and Employees working as Heavy Duty Repairmen working on maintenance and/or repair of piledriving equipment shall have their straight time during the second (2nd) and subsequent weeks of employment reckoned by five (5) straight-time days per week, Monday through Friday, for which forty (40) hours shall be paid except in a week in which there is inclement weather, and except as otherwise provided in this paragraph. In a week in which there is inclement weather the above guarantee shall not be applicable, but an Employee shall be afforded the opportunity to earn the equivalent of twenty-four (24) hours' pay at the applicable straight-time rate. In any week in which an overtime holiday falls, the straight time shall be reduced by the number of overtime holidays falling within the week. Any time worked on such holiday shall be in addition to the straight-time workdays in the week in which the holiday falls. A break in the continuity of employment of three (3) days or less shall not result in an Employee being returned to a first week of employment status.

**14.02.03**    An Employee whose time is reckoned under this Section 14.02.00 who is late for work, or who is absent from work, shall have his straight time reduced by the hours he is late or absent.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**14.02.04     Report Pay.** Where an Employee during his first (1st) and last week of employment reports for work on his shift or at the time he is requested to report, and there is no work provided by the Individual Employer, he shall be paid two (2) hours show-up time, at the rate applicable on that date; however, he shall be required to remain on the jobsite for two (2) hours pending abatement of inclement weather unless sent home earlier by the Individual Employer. In the event that work is started, time shall be reckoned as provided in 14.02.01 of this Section. If work is to be suspended for any reason the Employee shall be notified at least two (2) hours before being required to report to work. The Employee shall keep the Individual Employer advised at all times of his correct address and telephone number.

**14.02.05**     The starting time of the first shift on two-shift operations shall be between 5:00 a.m. and 8:00 a.m., Standard Time, at the option of the Individual Employer. Once established, the starting time shall not be changed except to take advantage of maximum daylight, or by the mutual consent of the Individual Employer and the Union.

**14.02.06     Tide Work.** When an Employee or Employees are called out to work tide work, the minimum pay for such work shall be eight (8) hours at regular straight time. In computing time to be paid for under this provision, each hour worked before 8:00 a.m. or after 4:30 p.m. shall be considered as being two (2) straight-time hours and each one-half (½) hour shall be considered as being one (1) straight-time hour; each hour worked between 8:00 a.m. and 4:30 p.m. shall be considered as being one (1) straight-time hour. The foregoing shall not apply to time worked on Saturdays, Sundays, or holidays. In the event an Employee or Employees are called out to work tide work on Saturdays, Sundays, or holidays, the overtime rate (double straight time) shall be paid for each hour worked, and the minimum pay shall be six (6) hours at said overtime rate.

**14.02.07     Overtime.** Employees employed on all work performed under this Section 14.00.00 shall receive double (2) the applicable straight-time rate for all work performed before a shift begins and after it ends, and on Saturdays, Sundays and holidays, except that time and one-half (1-1/2) shall be paid for the first two (2) hours of overtime on a regular workday, regardless of whether such overtime is worked before or after the regular work hours.

Repair, maintenance and start-up time before a shift begins and after the shift ends and on Saturdays shall be one and one-half (1-1/2) times the applicable straight-time rate. Sundays and holidays shall be double (2) the straight-time rate.

NOTE: If at any time during the life of this Agreement, the overtime provisions in the Master Labor Agreement between the Associated General Contractors of California and Piledrivers Local Union No. 34 are modified with respect to this Section or Section 14.02.06 to provide for a different rate of overtime, then this Section and/or Section 14.02.06 shall be modified accordingly.

**14.02.08**     On off-shore work, all time spent in travel from shore shall be portal to portal and compensated at an amount equal to the straight-time rate.

**14.03.00     Subsistence, Travel Time, Travel Expenses.**   Subsistence, travel time, and travel expenses shall be paid in accordance with applicable Section of the Master Labor Agreement between the Associated General Contractors of California, Inc., and the Piledrivers, Divers, Carpenters, Bridge, Wharf and Dock Builders, Local No. 34 which is attached hereto as Exhibit A and made a part hereof. In the event the Employer is unable to reach a new agreement or is no longer bound to an agreement with Local No. 34, subsistence, travel time and travel expenses shall be paid in accordance with the agreement between the Piledriving Contractors Association and Local No. 34.

## 15.00.00    SPECIAL WORKING RULES AND CONDITIONS FOR WORKING UNDERGROUND

**15.01.00**     The provisions of this Section with respect to the work covered by this Section to the extent they differ from any specific provision in this Agreement shall supersede such provision and this Section as to such provision, shall control.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**15.02.00    Underground Rate.** Wage rates for Underground Work shall be in accordance with Section 01.03.06.

**15.02.01**    The underground straight-time hourly wage rate shall apply for the full shift and overtime of any Employee performing work underground.

**15.02.02    Tunnel Shift Work.** Second (2nd) or Special Single Shift shall be paid in accordance with Section 01.03.06. When three (3) shifts are employed for five (5) or more consecutive days (or less by mutual written agreement), seven and one-half (7-1/2) consecutive hours, exclusive of meal period, shall constitute a shift's work for which eight (8) hours shall be paid for all shifts.

**15.03.00**    These Special Working Rules and Conditions cover all work and equipment involved in the excavation and initial lining, if applicable, below the surface of the earth except open ditches, excavations and jacking operations under highways, railroads, embankments, etc., but not limited to tunnels, shafts, tunnel shafts, adits, raises, subways, chambers and underground installations including but not limited to power houses, storage facilities, offices, control centers or surge chambers including the lining of same which fall within the jurisdiction of the Union or require the operation of equipment of the kind or type covered by this Agreement. Where open cutwork is covered over or decked, regardless of the material or materials used, and men are required to work under such cover, they shall work and be paid in accordance with the terms and conditions of this Section for all excavation work.

**15.03.01**    For the purposes of this Section 15.00.00, tunnels, raises and shafts shall be defined as follows:

**Tunnel.** An underground excavation (lined or unlined) whose length exceeds its width the inclination of the grade from the excavation shall be no greater than 20° from the horizontal; should the inclination of grade from the horizontal exceed 20°, the excavation heretofore defined shall constitute a raise.

**Shaft.** An excavation (lined or unlined) made from the surface of the earth, generally vertical in nature, but may decline up to 75° from the vertical, and whose depth is greater than 15 feet and its largest horizontal dimension. For the purposes of this Section an underground silo shall be defined the same as a shaft.

**15.03.02    Tunnel Survey Work.** Subject to the provisions of 07.10.00 through 07.10.10, all tunnel survey work, including the use of Laser Beams, is work covered by this Agreement.

**15.04.00    Compensation for Travel Underground.** The Individual Employer shall pay Employees covered by this Agreement working underground on a portal-to-portal basis as follows: The hours of employment of such Employees shall commence at the portal of the underground work at which he is directed by the Individual Employer to report for work on his shift and shall end at such portal, except as provided in 15.05.01.

**15.05.00    Change House.** The Individual Employer shall establish and maintain a change house within a reasonable distance of each portal of the underground work. It shall be equipped with showers, toilet facilities, lockers and heating and drying facilities in accordance with the number of men in each crew. Each change house shall be constructed to provide that all clothing will dry between shifts. The Individual Employer will reimburse Employees for clothing or personal belongings in an amount up to one hundred fifty dollars ($150.00) in the event the change house is destroyed by fire, provided a claim form is filed as required by the applicable insurance company. This shall not apply to short dry tunnels, such as under highways or railroad embankments.

**15.05.01**    If the change house is located more than one thousand two hundred fifty (1,250) walkable feet from a portal, then the time of work shall start and end for pay purposes at the change house. This shall not affect the well established practice of Employees who are required to report before their regular starting time to fire up, grease, or maintain equipment, or are required to report early or remain after their regular shift. These Employees shall be paid at the applicable overtime rate which shall be reckoned by the hour and the half-hour.



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**15.06.00    Special Clothing.** The Individual Employer shall furnish rubber clothing, boots, safety hats, or any other special gear required at no expense to the Employees. Such equipment shall be returned to the Employer in the same condition subject to reasonable wear and tear.

**15.07.00    Minimum Crews.** It is understood that there are various types and sizes of moles and mining machines which may necessitate increasing or decreasing the crew size, in which event the Individual Employer and the Union shall agree at the Pre-Job Conference upon the crew size to perform the operation and repair of said equipment. If the Individual Employer and the Union are unable to agree upon the crew size, the matter shall be referred for resolution in accordance with the provisions of Section 18.00.00 of this Agreement.

**15.08.00    Tunnel Safety.** In the event the Individual Employer requests a variance from the Tunnel Safety Order, other than electrical and/or diesel, such requests will be mailed to the Union at the same time such written request is mailed to the Division of Industrial Safety.

**15.08.01    Manhaul Vehicles for Underground Work.** Manhaul vehicles used for personnel transport, but not designed for this purpose, shall be provided with safe seating and side and end protection to prevent falls. Convenient means of mounting and dismounting the vehicles shall be provided. Adequate protection shall be provided during inclement weather. A bell or other means of communication with the operator shall be installed.

## 16.00.00    SAFETY

**16.01.00    No Limitation of Production.** Subject to all State and Federal rules and regulations governing or applicable to the safety of Employees, place of employment and operation of equipment, no rules, customs, or practices shall be permitted that limit production or increase the time required to do any work.

**16.02.00    Cooperation.** The Union shall cooperate with the Individual Employer in the carrying out of all such Individual Employer's safety measures and practices for accident prevention not in conflict with the provisions of this Agreement, and in carrying out and adhering to all of the applicable State and Federal safety laws. Any Employee may be discharged for knowingly failing to perform work in conformance with the Employer's Safety Code or as required by the State or Federal Safety Orders or other applicable statutes. The safety standards and rules contained herein are minimum standards and are not intended to imply that the Union objects to the establishment and imposition by the Individual Employer of additional or more stringent safety rules to protect the health and safety of the Employees. It shall be the exclusive responsibility of the Individual Employer to insure compliance with safety standards and rules.

Nothing in this Agreement is intended to make the Union liable to anyone in the event that injury or accident occurs.

**16.02.01**    Employees shall perform their duties in each operation in such a manner as to promote efficient operation of each particular duty and of any job as a whole, not in conflict with the provisions of this Agreement.

**16.02.02    Addiction Recovery and Substance Abuse Policy.** The Union, the Employer and Individual Employers have established a joint program which shall enable all parties to deal with drug and/or alcohol abuse problems from both a safety and productivity enhancement point of view as well as recognizing the individual rights and well being of each Employee. Said policy and program is set forth in Exhibit A attached hereto and made a part hereof. The implementation of this policy is not mandatory by any Individual Employer, but once implemented, the program shall remain in effect unless otherwise agreed to by the Union and the Individual Employer.

**16.03.00    Unsafe Conditions.** It is further agreed by both parties that too great an emphasis cannot be laid upon the need of safe working conditions. The Individual Employers will provide and Employees shall use the provided health and safety equipment. Employees shall return the equipment to the Individual Employer upon termination of its use on the project. No Employee shall be required to work on, with, or about an unsafe piece of equipment or under an unsafe condition.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA





**16.03.01**      No set of health or safety regulations, however, can comprehensibly cover all possible unsafe practices of working; therefore, the Union and the Individual Employer undertake to promote in every way possible the realization of the responsibility of the Employees and the Individual Employer with regard to preventing accidents to himself or to his fellow Employees. No Employee shall be discharged for refusing to work on or about equipment or a condition that is unsafe. Any Employee discharged for refusal to work under the above conditions shall be made whole by the Employer for lost wages and benefits.

**16.04.00      Union Notification.** In the event there is a serious injury to an Employee the Union Representative or the Job Placement Center servicing the project shall be notified. The Union Representative servicing the project shall furnish the Individual Employer with his home telephone number.

**16.05.00      Notices.** The Individual Employer must post the name and address of its doctor and of the Workers' Compensation Insurance carrier on the jobsite.

## 17.00.00    JOB STEWARDS

**17.01.00      Number of Job Stewards.** The Union may select an Employee on each shift in operation on a job or project to serve as Job Steward. Where the size of the project makes it appropriate, the Union may appoint additional Job Stewards.

**17.02.00      Performance of Duties.** In addition to his regularly assigned work the Job Steward shall be permitted to perform, during working hours, the duties set forth in 17.05.00. The Union agrees that such duties shall be performed as expeditiously as possible and the Individual Employers agree to allow Job Stewards a reasonable amount of time for the performance of such duties.

**17.03.00      Notification of Appointment and Termination.** The Union shall notify the Individual Employer, or his representative, in writing, of the appointment of Job Steward, and the Individual Employer shall notify the Union of his termination.

**17.04.00      Notification Prior to Layoff.** The Individual Employer shall notify the Job Placement Center servicing the job or project at least two (2) workdays prior to an intended layoff of a Job Steward. This provision shall not apply to discharges for "just cause" which will be subject to Sections 04.03.00 - 04.03.02.

**17.05.00      Duties.** The Job Steward shall be limited to and shall not exceed the following duties and activities:

**17.05.01**      Check the dispatch of each Employee dispatched under the terms of this Agreement to his Individual Employer before such Employee commences work, or as soon thereafter as practical.

**17.05.02**      Report to his Business Representative all violations of this Agreement.

**17.05.03**      Report to his Business Representative any Employee covered by this Agreement, who during his shift, leaves the jobsite without giving the Individual Employer and the Job Steward prior notice.

**17.06.00      Prohibitions.** The Job Steward shall not:

**17.06.01**      Stop the Individual Employer's work, for any reason.

**17.06.02**      Tell any Employee covered by this Agreement that he cannot work on the job.

**17.07.00      Dismissal.** Infraction of either of the two (2) rules set forth in 17.06.00 shall be cause for immediate dismissal of the Job Steward without any prior notice.




**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**17.08.00    Reduction in Force.** In a classification in which there is a Job Steward wherein the Job Steward's abilities are equal to the other Employees, and except as otherwise provided above, the Job Steward shall be the last to be selected for a reduction in force.

**17.09.00    Business Representative.** A Business Representative(s) of the Union shall be permitted on all jobs, but shall not interfere with the work.

**17.09.01**    Provision shall be made by the Individual Employer for the admission of such Business Representative(s) to the jobsite of the Individual Employer at all times and places where work is being performed by the Individual Employer or by any subcontractor of any tier of the Individual Employer.

**17.09.02**    The Business Representative(s) so admitted shall concern themselves only with work, equipment and Employees covered by this Agreement.

## 18.00.00    PROVISIONS GOVERNING RIGHT TO ARBITRATE

**18.01.00**    No dispute, complaint or grievance concerning the interpretation, application, or compliance with any provision or provisions of 04.00.00, 12.00.00, 19.00.00, and 20.00.00 is or are arbitrable under the provisions of this Section 18.00.00 of this Agreement.

**18.02.00**    All other disputes, complaints and grievances are the subject of arbitration as follows:

**18.02.01**    A Board of Adjustment is hereby created for the settlement of disputes. It shall be composed of a panel selected by the Union and a panel selected by the Employer. Said Board shall organize within five (5) days of the signing of this Agreement, and shall elect a Chairman and shall adopt rules of procedure which shall bind the contracting parties. In the event the parties hereto do not, or have not, mutually agreed upon rules of procedure, the rules of procedure governing a particular matter referred to the Board of Adjustment shall be referred for determination to the Board of Adjustment as composed and convened by the procedures provided below. Within twenty-four (24) hours of the time any dispute is referred to it by either party, two (2) representatives from the Union panel and two (2) representatives from the Employer panel shall meet as a Board, with a Chairman and Secretary to consider such dispute. Said Board shall have the power to adjust any differences that may arise regarding the meaning or enforcement of this contract. If the Board within twenty-four (24) hours after such meeting cannot agree on any matter referred to it, the members thereof within three (3) days shall choose a fifth (5th) member who shall have no business or financial connection with either party. In the event said members are unable unanimously to agree upon the identity of said fifth (5th) member within said three-day period, the choice shall be made by either party requesting the Federal Mediation and Conciliation Service to submit a list of five (5) arbitrators from which the said fifth (5th) member shall be chosen by each party striking two (2) names from said list, the arbitrator whose name then remains becoming the said fifth (5th) member. The matter shall then proceed to arbitration before the Board of Adjustment as so composed with all due expedition.

In the event either party fails to meet within fifteen (15) days of the date the other party requests in writing that the Board of Adjustment be convened, the grievance shall be resolved in favor of the grieving party.

The time (i.e., fifteen [15] days) may be extended by mutual agreement of the Employer and the Union.

**18.02.02**    The decision of said Board shall be determined by a majority of its members and shall be rendered within ten (10) days after such submission. Said decision shall be within the scope and terms of this Agreement and shall be final and binding on all parties hereto. Pending such decision, work shall be continued in accordance with the provisions of this contract. The expense of employing said fifth (5th) person shall be borne equally by both parties. No proceedings hereunder based on any dispute, complaint or grievance herein provided for shall be recognized, unless called to the attention of the Employer and the Union in writing within fifteen (15) days or after the alleged violation was committed.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



### 18.03.00    NO CESSATION OF WORK

**18.03.01**    With respect to any dispute, complaint or grievance arising under the terms and conditions of this Agreement, which is subject to arbitration under the provisions of 18.00.00 and Job Placement Regulations 04.10.43, of this Agreement, the Employer and Individual Employer agree that they and each of them will not authorize any lockout, slowdown or stoppage of work and the Union will not authorize any strike, slowdown or stoppage of work.

**18.03.02**    The foregoing no-strike, no-lockout provision of 18.03.01 shall apply and shall only be of force and effect with respect to or concerning a dispute, complaint or grievance subject to arbitration under the provisions of 18.00.00 and Job Placement Regulations, 04.10.43 of this Agreement, and with respect to any disputes, complaints or grievances not subject to arbitration under the provisions of 18.00.00, 19.00.00 and Job Placement Regulations 04.10.43 of this Agreement the Union is hereby specifically authorized to withdraw any or all of the Employees of such Individual Employer subject to this Agreement from work covered by this Agreement for such Individual Employer and such withdrawal shall not, so long as such dispute shall continue, be a violation of this Agreement or any clause, sentence, paragraph or section of this Agreement.

**18.03.03**    Any Employees withdrawn or refusing to perform any work as herein provided shall not lose their status as Employees but no such Employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work, provided, however, nothing in 18.03.00 shall in any way modify or affect the Union's obligation or the provisions of any Trust Agreement or amendment thereof referred to in 12.00.00 of this Agreement.

**18.03.04**    If and when the Union has any dispute, complaint or grievance with an Individual Employer concerning any manning provision or Section 04.00.00, including the Job Placement Regulations, the Union shall not exercise its rights to withdraw Employees under Section 18.03.03 for seventy-two (72) hours after receipt by the Employer of written notice by the Union of the dispute, complaint or grievance.

**18.03.05**    If the Union has exercised its right to withdraw Employees because of a dispute, complaint or grievance with an Individual Employer concerning a manning violation then the Individual Employer shall have a right to follow the procedure set out in 18.02.01 and 18.02.02. In the event the Individual Employer mans the equipment as requested by the Union or decides to leave the equipment down, and the Board of Adjustment determines there was no manning violation by the Individual Employer, the Union shall not be liable for costs or loss incurred by manning the equipment or leaving it down.

**18.03.06**    The decision of the Board of Adjustment with respect to the manning of any classification shall control the manning of that classification thereafter and the Union shall not withdraw Employees unless an Individual Employer fails to man the classification in accordance with the decision of the Board of Adjustment. After fifteen (15) days subsequent to such decision of the Board of Adjustment, if an Individual Employer does not man a classification in accordance with the decision of the Board of Adjustment, the Union shall not be bound by Section 18.03.04 with respect to such classification and Individual Employer.

**18.03.07**    Regardless of any provision of Section 18.00.00 to the contrary, the right of withdrawal will not be exercised only to harass an Individual Employer.

**18.04.00    Manning and Hiring Violations.** An Individual Employer who has violated any of the manning provisions or Section 04.00.00 of this Agreement shall pay into the Operating Engineers Pensioned Health and Welfare Trust Fund an amount not to exceed the wages, straight time and overtime, and fringe benefits that would have been paid by the Individual Employer but for the violation plus twenty-five percent (25%) of the total amount not as a penalty but by way of liquidated damages for the damages suffered by the Union. Such payments shall be for not more than ten (10) days of said violation prior to the notification of the Employer, as provided in Section 18.03.04.



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA