**18.04.01**    In the event there is a dispute between the Employer and the Union over the amount due, said dispute will be settled in accordance with the provisions set forth in 18.02.01 and 18.02.02 and work shall continue in accordance with the provisions of Section 18.03.01.

**18.04.02**    If the Individual Employer fails to make any payments determined to be owing pursuant to this Section, the Union shall have the right to withdraw Employees in accordance with 18.03.02 and 18.03.03 until such payment is made.

## 19.00.00  JURISDICTIONAL DISPUTES

**19.01.00**    There shall be no cessation or interference in any way with any work of the Employer or any Individual Employer by reason of jurisdictional disputes between the Union and any other union affiliated with the AFL-CIO or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen, and Helpers of America with respect to jurisdiction over any of the work covered by this Agreement. Such disputes will be settled by the Unions themselves, and if not settled then it shall be submitted to the International Presidents of the Unions involved in the dispute for determination and if not settled, the parties hereto agree that the dispute shall be submitted to the Arbitration Panel set forth in the Plan for the Settlement of Jurisdictional Disputes in the Construction Industry or its successor acceptable to the Building and Construction Trades Department of the AFL-CIO and the International Union of Operating Engineers. The Employer, the Individual Employer and the Union shall be and are bound by the Arbitration Panel's determination, decision and/or award and the misassignment if any is found shall be promptly corrected by the Individual Employer unless the other union shall refuse to abide by the determination and decision in which case the Union shall be and is authorized to proceed to enforce the decision by any lawful means in which case the work shall proceed as originally assigned by the Individual Employer until such decision is made. In the event an Individual Employer shall misassign the work after notice of the decision, he shall be subject to such penalty as shall be determined by the Board of Adjustment.

NOTE: If the International Presidents cannot resolve the dispute, it is submitted to arbitration through the aforesaid Plan, provided such Plan for the Settlement of Jurisdictional Disputes is subscribed to by the disputing parties. Such arbitrator's decision is final and enforceable in court.

## 20.00.00    ADDITIONAL WORK OR CLASSIFICATIONS

**20.01.00**    **New Equipment.** This Agreement contemplates that as and when equipment and other means and methods of operating equipment not presently in use in the area covered by this Agreement is or are about to be introduced on a jobsite, the Employer and the Union shall upon written request by either party meet within ten (10) working days to negotiate an appropriate rate, classification and working rule for the equipment's operation and for the other means or methods of operating equipment not presently in use.

**20.02.00**    **Committee.** Such rate, classification and working rule shall be established at a job conference ten (10) days prior to the time the equipment or means or methods of operating equipment not presently in use are introduced on a jobsite, and if it is not settled at such a conference, the matter may be referred to a standing committee consisting of three (3) representatives each of the Union and the Employer established by the Union and the Employer to conduct such negotiations.

**20.02.01**    Such committee will meet within ten (10) days after written request of the Individual Employer intending to operate such equipment or use such means or methods of operating equipment not presently in use accompanied by photograph and pertinent catalog or other data on the equipment or means or methods of operating equipment not presently in use and agree to a straight-time hourly wage rate for each classification required and working rule within fifteen (15) days from the date of notice unless the parties mutually agree to extend the time, which rate and classification and working rule shall be added to and become a part of Section 01.00.00, as of the date of the initial introduction of the equipment or such means or methods of operating equipment not presently in use on a jobsite.



AGC
**CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**20.02.02**    Until such rate or rates, classification or classifications and working rule is established, the Individual Employer may operate the equipment or use such means or methods of operating equipment not presently in use at a temporary rate or rates, classification or classifications and working rule for thirty (30) calendar days only from the initial introduction of the equipment or means or methods of operating equipment not presently in use on a jobsite, provided that such thirty (30) calendar-day period may be extended by mutual agreement of the committee provided in 20.02.00. The permanent rate, classification and working rule, when established, will be paid retroactively to the date of the initial introduction of the equipment or means or methods of operating equipment not presently in use on a jobsite.

**20.02.03**    The foregoing shall also apply when work under air pressure is undertaken or when nuclear devices, Laser Beams or other devices for field surveying or to move earth not specifically covered in Section 01.00.00 are used, or to be used.

## 21.00.00    SPECIAL PROVISIONS CONCERNING FOREMEN OTHER THAN GENERAL FOREMEN

**21.01.00    General Provisions.** The provisions of this Section 21.00.00, to the extent they differ from any specific provision of other Sections of this Agreement, shall supersede such provision and this Section 21.00.00, as to such provision, shall control.

**21.02.00    Classified as Supervisors.** Foremen shall not be subject to the Job Placement Regulations of this Agreement except where such Foremen are employed to operate equipment (other than in an on-the-job emergency).

**21.03.00    Foremen and Shifters.** The Individual Employer shall have the right to determine the number of Foremen and Shifters, with the following exceptions:

**21.03.01**    When the Individual Employer employs seven (7) or more Journeymen Operators on a spread to operate individually manned pieces of earthmoving equipment, including shovels (not individually manned), or individually manned pieces of equipment directly supplemental thereto, or any combination thereof on any shift, he shall employ a Foreman or Shifter to supervise them.

**21.03.02**    When three (3) or more Journeymen Operators are employed by an Individual Employer to operate individually manned pieces of earthmoving equipment, including shovels (not individually manned), or individually manned pieces of equipment directly supplemental thereto or any combination thereof on overtime, the Foreman or Shifter who is in charge of supervising the operation of the equipment during the straight-time hours shall be afforded the opportunity to work overtime including Saturdays, Sundays, and holidays.

**21.03.03**    When individually manned units of earthmoving equipment, including shovels, which are being operated under this Agreement, are being supervised, the immediate supervision shall be done by a Foreman or Shifter pursuant to this Agreement.

**21.04.00    Heavy Duty Repairman Foremen or Master Mechanics (Heavy Duty).** The Individual Employer shall have the right to determine the number of Heavy Duty Repairman Foremen or Master Mechanics (Heavy Duty), with the following exceptions:

**21.04.01**    When the Individual Employer is employing five (5) or more Heavy Duty Repairmen, he shall employ a Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) to supervise them.

**21.04.02**    When five (5) or more Heavy Duty Repairmen are performing work on an overtime basis, the Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) who is in charge of the preceding straight-time work shall be afforded the opportunity to work overtime including Saturdays, Sundays and holidays.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**21.04.03**    No Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) shall work with the tools, except when required in the supervision of his work, and except in an on-the-job emergency, provided, however, in the event a regular Heavy Duty Repairman is absent, the Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) may work with the tools, provided in such case that prior to such work the appropriate Job Placement Center of the Union has been requested to dispatch a replacement.

**21.05.00    Fringe Benefits.** The Individual Employer shall abide by Section 12.00.00 with respect to Foremen, Shifters, Heavy Duty Repairman Foremen, and Master Mechanics (Heavy Duty) in the same manner as applied to all Employees covered by this Agreement.

**21.06.00    Union Security.** When the Individual Employer uses Foremen, Shifters, Heavy Duty Repairman Foremen and Master Mechanics (Heavy Duty), they shall be required to be members of the Union.

## 22.00.00    SPECIAL PROVISIONS COVERING SUPERVISORY PERSONNEL ABOVE THE RANK OF FOREMAN

**22.01.00    Fringe Benefits.** The Individual Employers may cover their supervisory personnel above the rank of Foremen in the Operating Engineers' Health and Welfare Trust Fund for Northern California, Pensioned Operating Engineers' Health and Welfare Fund and Pension Trust Fund for Operating Engineers by paying into the above Trusts set forth in the Master Agreement monthly on the basis of 168 hours per month in accordance with the schedules set forth in the Master Agreement, regardless of the hours worked by any such employee in a month; provided, however, once the Individual Employer makes one (1) payment on behalf of such employee, it shall continue to make such payment so long as the Employee is in its employ during the life of the Agreement, above the rank of foreman. The employee must be a member of the Union in good standing and must maintain membership in the Union in good standing for the life of this Agreement. An Individual Employer may elect not to make payments to the Health and Welfare Trust on behalf of such supervisory personnel if the Individual Employer provides the employees with health care benefits through another source. If an Individual Employer does not make payments to the Health and Welfare Trust Fund on such an employee's behalf, it may not do so for the duration of this Agreement.

## 23.00.00    VACATION AND HOLIDAY PAY PLAN

**23.01.00    Payments by the Individual Employer.** Each Individual Employer covered by this Agreement shall pay each Employee covered by this Agreement in addition to the Employee's "regular rate" or "basic hourly rate" the amount provided for in 12.06.00 for each hour worked or paid by such Employee for such Individual Employer under this Agreement and for each hour due such Employee as shift differential from such Individual Employer.

**23.01.01**    The amount due each Employee covered by this Agreement as provided for in 12.06.00 of this Agreement shall be paid by each Individual Employer for each hour worked or paid each Employee of such Individual Employer on or before the 15th day of the month following the month in which such Employee was employed by such Individual Employer and an Individual Employer shall be delinquent if such Individual Employer's report and payment is not received by the bank prior to midnight of the 25th day of that month. Each Individual Employer shall report the hours and the amounts so paid to the account of each Employee on the same reporting form upon which each Individual Employer reports his payments to the Funds in this Agreement provided and shall make payment to the same bank and Transit Trustee Account. Upon receipt of such payment by the Bank and Transit Trustee Account each Individual Employer so reporting and paying shall have no other responsibility or obligation, and shall be fully released from any and all obligations hereunder.

**23.01.02**    The parties agree that the payments provided in this Section 23.01.00 are in lieu of the Employee's actually taking a vacation. Such payments shall not be considered part of the hourly wage rates for the purpose of computing overtime, either under the Fair Labor Standards Act, the Walsh-Healy Act or any other law, and no vacation payment shall be made on the basis of a premium rate of time and one-half or double time.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**23.02.00    Deduction of Taxes.** All taxes due from each Employee including taxes due by reason of payments under this Vacation and Holiday Pay Plan shall be deducted by each Employee's Individual Employer from each Employee's regular wages and such total tax deductions together with the amount payable under this Vacation and Holiday Pay Plan shall be separately noted on the Employee's paycheck.

**23.03.00    Administration of Plan.** The administration of this Plan shall be by and under a Fund Manager. The Fund Manager of the Pension Trust Fund for Operating Engineers in this Agreement provided for shall be the Fund Manager of this Plan.

**23.03.01**    The Fund Manager shall cause all money paid into the bank and Transit Account to be transferred to a Trustee Account of the Fund Manager of this Plan in the same bank, to be known as "Operating Engineers Local Union No. 3 Vacation and Holiday Pay Plan" not less often than thirty (30) days after its deposit in the Transit Account.

**23.03.02**    All interest earned while funds are on deposit in the Transit Account shall be transferred by the Fund Manager to a revolving account from which the Fund Manager shall pay all expenses of every kind or nature incurred in carrying out this Vacation and Holiday Pay Plan, including the entrance fee of the Credit Union and in the event such interest shall not be sufficient to pay such expenses so much of the interest earned by the Operating Engineers Local Union No. 3 Vacation and Holiday Pay Plan Account as may be necessary to liquidate such expenses shall be transferred to the revolving account. The Fund Manager and his agents shall be bonded for the full amount on deposit in the revolving account at all times and such other amount as may be required by law. The cost of such bond or bonds shall be a proper expense of the Fund Manager.

**23.04.00    Payment of Vacation and Holiday Pay to Employees.** During the months of April and October of each calendar year an Employee desirous of having his Vacation and Holiday Pay paid directly to him shall notify the Fund Manager on a form to be provided by the Fund Manager which the Employee can obtain at the office of the Fund Manager or any Job Placement Center of Operating Engineers Local Union No. 3 in Northern California. Such notice on such form must be received at the office of the Fund Manager not later than five (5) o'clock p.m., Alameda Local Time, April 30 or October 31 of each calendar year.

**23.04.01**    In addition to those notifying the Fund Manager of this Plan as last above set out of their desire to be paid directly, all Employees for whom Individual Employer payments of less than sixty dollars ($60.00) have been made into this Plan and received by the Fund Manager by March 31 (February hours) or September 30 (August hours) of each calendar year, as the case may be, shall be paid their Vacation and Holiday Pay directly.

**23.04.02**    On or before May 15 and November 15 of each calendar year the Fund Manager of this Plan shall, as to each Employee giving the notice herein above set out or who has not had paid in by reason of his employment by an Individual Employer or Individual Employers, sixty dollars ($60.00), as provided in 23.04.01, draw a check payable to each such Employee in an amount equal to the Individual Employer payments made by reason of such Employee's employment plus such Employee's proportionate share of the interest earned as of March 31 and September 30 of each calendar year less expenses. These checks shall be sent postage prepaid to the last known address of the Employee in the records of the Fund Manager and if he has no record in the records of Operating Engineers Local Union No. 3, those checks which are returned or from whom the Fund Manager has no address shall be held for seven (7) years by the Fund Manager for each such Employee and then destroyed by the Fund Manager, and the Funds shall be applied to the payments of the expenses of this Plan and any excess prorated annually among the then participants. A carrying charge of one percent (1%) of the annual interest earned on all sums uncalled for until the check is destroyed shall be charged and shall be applied to the payment of the expenses of this Plan.

**23.04.03**    Principal and interest shall be separately stated on each such Employee's check.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**23.04.04**        Provided, however, that an Employee may direct the Fund Manager in writing to transfer his Vacation Pay on a current basis to his account in the Credit Union as requested by the Credit Union. Such direction shall state the minimum term for which it shall remain in effect and shall continue thereafter until revoked by the Employee in writing.

**23.04.05**        In the event such notice provided for in 23.04.00 is not received, all sums due each Employee not giving such notice within the time provided and for whom sixty dollars ($60.00) or more including interest is on deposit in the Operating Engineers Local Union No. 3 Vacation and Holiday Pay Plan as of March 31 (February hours), and September 30 (August hours) of each calendar year, shall be transferred by the Fund Manager of this Plan on or before May 15 and November 15 of each calendar year to a special account of Operating Engineers Local Union No. 3 Credit Union for the purchase of shares in the Credit Union for each such Employee. Shares so purchased shall be issued by the Credit Union to each such Employee as of May 31 and November 30 of each calendar year and any amount less than one (1) share shall be carried to the credit of each such Employee.

**23.04.06**        In the event of the death or adjudicated incompetence of any Employee the monies credited to him exclusive of interest will be paid over to the beneficiary designated as such under the Pension Trust Fund for Operating Engineers upon presentation of a certified copy of the death certificate or order adjudicating incompetence to the Fund Manager, or if no such beneficiary has been designated, to the authorized representative of the estate of the deceased Employee or to the guardian or conservator of the estate of the incompetent Employee or as otherwise provided in the Probate Code of the State of California.

**23.04.07**        The Credit Committee of the Credit Union, not acting for the Credit Union but under this Plan, shall in emergency cases be empowered to direct the Fund Manager to immediately release the monies credited to the Employee concerned exclusive of interest, provided the total to be released is in excess of twenty-five dollars ($25.00). Said emergencies shall be limited to the extent that an Employee will be allowed no more than two (2) withdrawals per year, one (1) in each accumulation period, on an emergency basis subject to the approval of the Credit Committee.

**23.05.00**        **Liability of Individual Employer.** Neither the Employer nor any Individual Employer shall be liable for the payments due from any other Individual Employer or for any of the expenses of administering this Plan.

**23.06.00**        **Records.** The Fund Manager will maintain all records necessary to carry out this Vacation and Holiday Pay Plan and supply the Operating Engineers Local Union No. 3 Credit Union at all times with the records necessary and proper to enable it to properly and accurately credit each Employee and issue to each Employee shares as in this Plan provided. The Fund Manager shall comply with all requirements of law and make and file any and all reports required by law. He shall be entitled to act through agents specifically authorized by him in writing who if they handle funds shall be properly bonded.

**23.07.00**        **Delinquent Accounts.** The Fund Manager shall not be responsible or liable for the collection of delinquent accounts. However, in the event the Fund Manager should desire so to do he is empowered so to do and any expense thereby incurred shall be a proper expense of this Plan.

## 24.00.00    MAP DESCRIPTION FOR AREAS 1 AND 2

**24.01.00**        The following is a description based upon township and range lines of Areas 1 and 2.

**24.02.00**        Area 1 is all of Northern California within the following lines:

   1.    Commencing in the Pacific Ocean on the extension of the Southerly line of Township 19S, of the Mount Diablo Base and Meridian,
   2.    Thence Easterly along the Southerly line of Township 19S, to the Northwest corner of Township 20S, Range 6E,



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2002 - 2006
Operating
Engineers
Agreement
Page 66**

3.  Thence Southerly to the Southwest corner of Township 20S, Range 6E,
4.  Thence Easterly to the Northwest corner of Township 21S, Range 7E,
5.  Thence Southerly to the Southwest corner of Township 21S, Range 7E,
6.  Thence Easterly to the Northwest corner of Township 22S, Range 9E,
7.  Thence Southerly to the Southwest corner of Township 22S, Range 9E,
8.  Thence Easterly to the Northwest corner of Township 23S, Range 10E,
9.  Thence Southerly to the Southwest corner of Township 24S, Range 10E,
10. Thence Easterly to the Southwest corner of Township 24S, Range 31E,
11. Thence Northerly to the Northeast corner of Township 20S, Range 31E,
12. Thence Westerly to the Southeast corner of Township 19S, Range 29E,
13. Thence Northerly to the Northeast corner of Township 17S, Range 29E,
14. Thence Westerly to the Southeast corner of Township 16S, Range 28E,
15. Thence Northerly to the Northeast corner of Township 13S, Range 28E,
16. Thence Westerly to the Southeast corner of Township 12S, Range 27E,
17. Thence Northerly to the Northeast corner of Township 12S, Range 27E,
18. Thence Westerly to the Southeast corner of Township 11S, Range 26E,
19. Thence Northerly to the Northeast corner of Township 11S, Range 26E,
20. Thence Westerly to the Southeast corner of Township 10S, Range 25E,
21. Thence Northerly to the Northeast corner of Township 9S, Range 25E,
22. Thence Westerly to the Southeast corner of Township 8S, Range 24E,
23. Thence Northerly to the Northeast corner of Township 8S, Range 24E,
24. Thence Westerly to the Southeast corner of Township 7S, Range 23E,
25. Thence Northerly to the Northeast corner of Township 6S, Range 23E,
26. Thence Westerly to the Southeast corner of Township 5S, Range 20E,
27. Thence Northerly to the Northeast corner of Township 5S, Range 20E,
28. Thence Westerly to the Southeast corner of Township 4S, Range 19E,
29. Thence Northerly to the Northeast corner of Township 1S, Range 19E,
30. Thence Westerly to the Southeast corner of Township 1N, Range 18E,
31. Thence Northerly to the Northeast corner of Township 3N, Range 18E,
32. Thence Westerly to the Southeast  corner of Township 4N, Range 17E,
33. Thence Northerly to the Northeast corner of Township 4N, Range 17E,
34. Thence Westerly to the Southeast corner of Township 5N, Range 15E,
35. Thence Northerly to the Northeast corner of Township 5N, Range 15E,
36. Thence Westerly to the Southeast corner of Township 6N, Range 14E,
37. Thence Northerly to the Northeast corner of Township 10N, Range 14E,
38. Thence Easterly along the Southern line of Township 11N, to the California / Nevada State Border,
39. Thence Northerly along the California / Nevada State Border to the Northerly line of Township 17N,
40. Thence Westerly to the Southeast corner of Township 18N, Range 10E,
41. Thence Northerly to the Northeast corner of Township 20N, Range 10E,
42. Thence Westerly to the Southeast corner of Township 21N, Range 9E,
43. Thence Northerly to the Northeast corner of Township 21N, Range 9E,
44. Thence Westerly to the Southeast corner of Township 22N, Range 8E,
45. Thence Northerly to the Northeast corner of Township 22N, Range 8E,
46. Thence Westerly to the Northwest corner of Township 22N, Range 8E,
47. Thence Northerly to the Southwest corner of Township 27N, Range 8E,
48. Thence Easterly to the Southeast corner of Township 27N, Range 8E,
49. Thence Northerly to the Northeast corner of Township 28N, Range 8E,
50. Thence Westerly to the Southeast corner of Township 29N, Range 6E,
51. Thence Northerly to the Northeast corner of Township 32N, Range 6E,
52. Thence Westerly to the Northwest corner of Township 32N, Range 6E,
53. Thence Northerly to the Northeast corner of Township 35N, Range 5E,



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



54. Thence Westerly to the Southeast corner of Township 36N, Range 3E,
55. Thence Northerly to the Northeast corner of Township 36N, Range 3E,
56. Thence Westerly to the Southeast corner of Township 37N, Range 1W,
57. Thence Northerly to the Northeast corner of Township 38N, Range 1W,
58. Thence Westerly to the Southeast corner of Township 39N, Range 2W,
59. Thence Northerly to the Northeast corner of Township 40N, Range 2W,
60. Thence Westerly to the Southeast corner of Township 41N, Range 4W,
61. Thence Northerly to the Northeast corner of Township 42N, Range 4W,
62. Thence Westerly to the Southeast corner of Township 43N, Range 5W,
63. Thence Northerly to the California / Oregon State Border,
64. Thence Westerly along the California / Oregon State Border to the Westerly Boundary of Township Range 8W,
65. Thence Southerly to the Southwest corner of Township 43N, Range 8W,
66. Thence Easterly to the Southeast corner of Township 43N, Range 8W,
67. Thence Southerly to the Southwest corner of Township 42N, Range 7W,
68. Thence Easterly to the Southeast corner of Township 42N, Range 7W,
69. Thence Southerly to the Southwest corner of Township 41N, Range 6W,
70. Thence Easterly to the Northwest corner of Township 40N, Range 5W,
71. Thence Southerly to the Southwest corner of Township 38N, Range 5W,
72. Thence Westerly to the Northwest corner of Township 37N, Range 6W,
73. Thence Southerly to the Southwest corner of Township 35N, Range 6W,
74. Thence Westerly to the Northwest corner of Township 34N, Range 10W,
75. Thence Southerly to the Southwest corner of Township 31N, Range 10W,
76. Thence Easterly to the Northwest corner of Township 30N, Range 9W,
77. Thence Southerly to the Southwest corner of Township 30N, Range 9W,
78. Thence Easterly to the Northwest corner of Township 29N, Range 8W,
79. Thence Southerly to the Southwest corner of Township 23N, Range 8W,
80. Thence Easterly to the Northwest corner of Township 22N, Range 6W,
81. Thence Southerly to the Southwest corner of Township 16N, Range 6W,
82. Thence Westerly to the Southeast corner of Township 16N, Range 9W,
83. Thence Northerly to the Northeast corner of Township 16N, Range 9W,
84. Thence Westerly to the Southeast corner of Township 17N, Range 12W,
85. Thence Northerly to the Northeast corner of Township 18N, Range 12W,
86. Thence Westerly to the Northwest corner of Township 18N, Range 15W,
87. Thence Southerly to the Southwest corner of Township 14N, Range 15W,
88. Thence Easterly to the Northwest corner of Township 13N, Range 14W,
89. Thence Southerly to the Southwest corner of Township 13N, Range 14W,
90. Thence Easterly to the Northwest corner of Township 12N, Range 13W,
91. Thence Southerly to the Southwest corner of Township 12N, Range 13W,
92. Thence Easterly to the Northwest corner to Township 11N, Range 12W,
93. Thence Southerly into the Pacific Ocean, and
94. Commencing in the Pacific Ocean on the extension of the Humboldt Base Line,
95. Thence Easterly to the Northwest corner of Township 1S, Range 2E,
96. Thence Southerly to the Southwest corner of Township 2S, Range 2E,
97. Thence Easterly to the Northwest corner of Township 3S, Range 3E,
98. Thence Southerly to the Southwest corner of Township 5S, Range 3E,
99. Thence Easterly to the Southeast corner of Township 5S, Range 4E,
100. Thence Northerly to the Northeast corner of Township 4S, Range 4E,
101. Thence Westerly to the Southeast corner of Township 3S, Range 3E,
102. Thence Northerly to the Northeast corner of Township 5N, Range 3E,
103. Thence Easterly to the Southeast corner of Township 6N, Range 5E,


**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2002 - 2006
Operating
Engineers
Agreement**
Page 68

104.   Thence Northerly to the Northeast corner of Township 7N, Range 5E,
105.   Thence Westerly to the Southeast corner to Township 8N, Range 3E,
106.   Thence Northerly to the Northeast corner of Township 9N, Range 3E,
107.   Thence Westerly to the Southeast corner of Township 10N, Range 1E,
108.   Thence Northerly to the Northeast corner of Township 13N, Range 1E,
109.   Thence Westerly into the Pacific Ocean,
        excluding that portion of Northern California contained within the following lines:
110.   Commencing at the Southwest corner of Township 12N, Range 11E, of
        the Mount Diablo Base and Meridian,
111.   Thence Easterly to the Southeast corner of Township 12N, Range 16E,
112.   Thence Northerly to the Northeast corner of Township 12N, Range 16E,
113.   Thence Westerly to the Southeast corner of Township 13N, Range 15E,
114.   Thence Northerly to the Northeast corner of Township 13N, Range 15E,
115.   Thence Westerly to the Southeast corner of Township 14N, Range 14E,
116.   Thence Northerly to the Northeast corner of Township 16N, Range 14E,
117.   Thence Westerly to the Northwest corner of Township 16N, Range 12E,
118.   Thence Southerly to the Southwest corner of Township 16N, Range 12E,
119.   Thence Westerly to the Northwest corner of Township 15N, Range 11E,
120.   Thence Southerly to the point of beginning at the Southwest corner of Township 12N, Range 11E.
121.   Area 2 shall be all areas not part of Area 1 described above.

## 25.00.00   CHANGES

**25.01.00**   It is hereby understood and agreed that no settlement of any dispute as to the interpretation of this Agreement or the interpretation of any word, phrase, clause, sentence, paragraph or section thereof other than as may be determined through Section 18.00.00, Settlement of Disputes, shall be of any force or effect unless and until it is (a) reduced to writing; (b) signed by the Business Manager of the Union; and (c) the Secretary of the Employer representing the Individual Employer.

## 26.00.00   TERM OF AGREEMENT

**26.01.00**   **Employer's Membership.** This Agreement is made for and on behalf of and shall be binding upon the Employer, any Association of Employers signatory hereto, and the Individual Employers as defined in 02.02.00.

**26.01.01**   The Employer and each Association of Employers signatory hereto represents that upon the date of the execution of this Agreement the Employer or Association of Employers signatory hereto, as the case may be, represents its members, Individual Employers as defined in 02.02.00, and that said Individual Employers have duly authorized it to make this contract for and on their behalf as parties hereto.

**26.02.00**   **Agreement Binding Upon Parties.** This Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers and assigns of the parties hereto.

**26.03.00**   **Effective and Termination Dates.** This Agreement shall be extended effective June 16, 2002, and shall remain in effect through June 15, 2006, and if the written notice provided by Section 8(d) of the National Labor Relations Act as Amended is not given by either the Union or the Employer to the other, it shall continue indefinitely; provided however, this Agreement may be terminated at any time after June 15, 2006, by either the Union or the Employer giving to the other the written notice provided by Section 8(d) of the Act in which event this Agreement shall terminate at the end of the sixtieth (60th) calendar day after receipt of such notice. Regardless of when terminated, the Union and Employer will negotiate exclusively with each other during the last sixty (60) days of the Agreement.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA





### RETIREE WORK PROVISIONS

Recognizing that retired Employees may from time to time wish to return to work on a temporary basis, the Employer and the Union have agreed that said Retiree may return to work on the following basis:

(1) Retiree is age 62 years or over.

(2) Does not replace any Employee currently on the payroll of the Individual Employer.

(3) Is requested to work during the months of April through November of any calendar year.

(4) There is less than fifteen percent (15%) registered on the out-of-work list in the Job Placement Center servicing the job or project to which the Employee is to be dispatched.

(5) Retiree is not eligible to register or work in a Preferred Classification.

(6) A Journeyman shall not be employed as an Assistant to Engineer.

(7) **PENSIONED HEALTH AND WELFARE.** Each Individual Employer covered by the Retiree Work Provisions shall pay into the Operating Engineers' Pensioned Health and Welfare Trust Fund according to the following schedule:

Effective June 24, 2002 - Thirteen dollars and Seventy-eight cents ($13.78) per hour.

Effective June 30, 2003 - The sum of all of the hourly contribution rates set forth in Section 12.00.00 which are in effect on June 30, 2003 less the amount paid to the Affirmative Action Trust Fund for journeymen hours.

Effective June 28, 2004 - The sum of all of the hourly contribution rates set forth in Section 12.00.00 which are in effect on June 28, 2004, less the amount paid to the Affirmative Action Trust Fund for journeymen hours.

Effective June 27, 2005 - The sum of all of the hourly contribution rates set forth in Section 12.00.00 which are in effect on June 27, 2005, less the amount paid to the Affirmative Action Trust Fund for journeymen hours.

(8) **AFFIRMATIVE ACTION.** Each Individual Employer covered by the Retiree Work Provisions shall pay into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice and Journeyman Affirmative Action Training Fund according to the following schedule:

Effective June 25, 2001 - Sixty-two cents ($.62) per hour.*
Effective June 24, 2002 - the amount provided for in Section 12.05.00
Effective June 30, 2003 - the amount provided for in Section 12.05.00
Effective June 28, 2004 - the amount provided for in Section 12.05.00
Effective June 27, 2005 - the amount provided for in Section 12.05.00

The contribution rate to the Affirmative Action Trust Fund shall be adjusted whenever the rate paid on Journeymen under Section 12.05.00 is adjusted and shall be adjusted by the same amount as it is under Section 12.05.00.

*Note: Effective March 1, 1999, pursuant to the Second Amended Consent Decree, the contribution rate was decreased by one cent ($.01) per hour to fifty-eight cents ($.58) per hour.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**2002 - 2006
Operating
Engineers
Agreement**
**Page 70**

IN WITNESS WHEREOF, the parties hereto have hereunto executed this Agreement as of the date hereof by their respective representatives duly authorized to do so this _____ day of _____, 2002.

**FOR THE UNION:**
**OPERATING ENGINEERS LOCAL UNION NO. 3**
**of the International Union of Operating Engineers, AFL-CIO**

_____
Donald R. Doser, Business Manager

_____
John Bonilla, President

_____
T. Robert Miller, Vice President

_____
Rob Wise, Recording-Corresponding Secretary

_____
Harold Lewis, Financial Secretary

_____
Frank Herrera, Treasurer

**FOR THE EMPLOYER:**
**ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.**

_____
Thomas T. Holsman, Executive Vice President & CEO



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

ADDENDUM "A"

**RESIDENTIAL CONSTRUCTION
AND
BUILDING CONSTRUCTION**

## SECTION 1

Coverage

**Section 1.1**   This Addendum shall apply to Residential Construction and Building Construction work as defined below which is performed in the Counties listed below.

**Section 1.2**   All terms and conditions of the Master Agreement shall apply to such work except for those provisions which are specifically modified or superseded by this Addendum. The Master Agreement will apply in its entirety to all work not covered by this Addendum.

## SECTION 2

Definition of Type of Work

**Section 2.1   Residential Construction:** Town or row houses; apartment buildings (4 stories or less); single family houses; mobile home developments; multi-family houses; and student housing.

**Section 2.2   Building Construction:** Alterations and additions to non-residential buildings; apartment buildings (5 stories and above); arenas (enclosed); auditoriums; automobile parking garages; banks and financial buildings; barracks; churches; hospitals; hotels; industrial buildings; institutional buildings; libraries; mausoleums; motels; museums; nursing and convalescent facilities; office buildings; out-patient clinics; passenger and freight terminal buildings; police stations; post offices; city halls; civic centers; commercial buildings; court houses; detention facilities; dormitories; farm buildings; fire stations; power plants; prefabricated buildings; remodeling buildings; renovating buildings; repairing buildings; restaurants; schools; service stations; shopping centers; stores; subway stations; theaters; and warehouses. Buildings which are part of a water treatment or sewage treatment plant are not covered by this Addendum, they are "Heavy" work.

## SECTION 3

**Wages and Fringe Benefits**

| | 6/16/02 | 6/16/03 | 6/16/04 | 6/16/05 |
|---|---|---|---|---|
| **Group 1 (3 classifications)** | | | | |
| Area 1 | $32.50 | $1.16 | $1.16 | $1.16 |
| Area 2 | $34.50 | $1.16 | $1.16 | $1.16 |
| **Group 2 (5 classifications)** | | | | |
| Area 1 | $31.05 | $1.16 | $1.16 | $1.16 |
| Area 2 | $33.05 | $1.16 | $1.16 | $1.16 |
| **Group 3 (18 classifications)** | | | | |
| Area 1 | $29.65 | $1.16 | $1.16 | $1.16 |
| Area 2 | $31.65 | $1.16 | $1.16 | $1.16 |
| **Group 4 (34 classifications)** | | | | |
| Area 1 | $28.32 | $1.16 | $1.16 | $1.16 |
| Area 2 | $30.32 | $1.16 | $1.16 | $1.16 |



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2002 - 2006
Operating
Engineers
Agreement**
Page 72

| | | 6/16/02 | 6/16/03 | 6/16/04 | 6/16/05 |
|---|---|---|---|---|---|
| **Group 5 (20 classifications)** | | | | | |
| | Area 1 | $27.11 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $29.11 | $1.16 | $1.16 | $1.16 |
| **Group 6 (28 classifications)** | | | | | |
| | Area 1 | $25.84 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $27.84 | $1.16 | $1.16 | $1.16 |
| **Group 7 (28 classifications)** | | | | | |
| | Area 1 | $24.75 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $26.75 | $1.16 | $1.16 | $1.16 |
| **Group 8 (32 classifications)** | | | | | |
| | Area 1 | $23.67 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $25.67 | $1.16 | $1.16 | $1.16 |
| **Group 8A (4 classifications)** | | | | | |
| | Area 1 | $21.55 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $23.55 | $1.16 | $1.16 | $1.16 |
| **FOREMAN AND SHIFTERS, OVER 7 EMPLOYEES** | | | | | |
| | Area 1 | $32.50 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $34.50 | $1.16 | $1.16 | $1.16 |
| **FOREMAN (WORKING) UNDER 7 EMPLOYEES** | | | | | |
| | Area 1 | $31.05 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $33.05 | $1.16 | $1.16 | $1.16 |
| **MASTER MECHANIC, OVER 5 EMPLOYEES** | | | | | |
| | Area 1 | $32.50 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $34.50 | $1.16 | $1.16 | $1.16 |
| **SPECIAL SINGLE SHIFT AND SECOND SHIFT WAGE RATES** | | | | | |
| **Group 1** | | | | | |
| | Area 1 | $36.65 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $38.65 | $1.16 | $1.16 | $1.16 |
| **Group 2** | | | | | |
| | Area 1 | $35.01 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $37.01 | $1.16 | $1.16 | $1.16 |
| **Group 3** | | | | | |
| | Area 1 | $33.45 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $35.45 | $1.16 | $1.16 | $1.16 |
| **Group 4** | | | | | |
| | Area 1 | $31.93 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $33.93 | $1.16 | $1.16 | $1.16 |
| **Group 5** | | | | | |
| | Area 1 | $30.58 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $32.58 | $1.16 | $1.16 | $1.16 |
| **Group 6** | | | | | |
| | Area 1 | $29.14 | $1.16 | $1.16 | $1.16 |
| | Area 2 | $31.14 | $1.16 | $1.16 | $1.16 |



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA





|  |  | 6/16/02 | 6/16/03 | 6/16/04 | 6/16/05 |
|---|---|---|---|---|---|
| **Group 7** |  |  |  |  |  |
|  | Area 1 | $27.93 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $29.93 | $1.16 | $1.16 | $1.16 |
| **Group 8** |  |  |  |  |  |
|  | Area 1 | $26.72 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $28.72 | $1.16 | $1.16 | $1.16 |
| **Group 8A** |  |  |  |  |  |
|  | Area 1 | $24.33 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $26.33 | $1.16 | $1.16 | $1.16 |
| **FOREMAN AND SHIFTERS, OVER 7 EMPLOYEES** |  |  |  |  |  |
|  | Area 1 | $36.65 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $38.65 | $1.16 | $1.16 | $1.16 |
| **FOREMAN (WORKING) UNDER 7 EMPLOYEES** |  |  |  |  |  |
|  | Area 1 | $35.01 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $37.01 | $1.16 | $1.16 | $1.16 |
| **MASTER MECHANIC, OVER 5 EMPLOYEES** |  |  |  |  |  |
|  | Area 1 | $36.65 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $38.65 | $1.16 | $1.16 | $1.16 |
| **ALL CRANES AND ATTACHMENTS (Same Manning as Master Agreement)** |  |  |  |  |  |
| **Group 1-A (5 classifications)** |  |  |  |  |  |
|  | Area 1 | $33.35 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $35.35 | $1.16 | $1.16 | $1.16 |
| **Group 2-A (6 classifications)** |  |  |  |  |  |
|  | Area 1 | $31.66 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $33.66 | $1.16 | $1.16 | $1.16 |
| **Group 3-A (6 classifications)** |  |  |  |  |  |
|  | Area 1 | $30.02 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $32.02 | $1.16 | $1.16 | $1.16 |
| **5183** Truck Crane Oiler** |  |  |  |  |  |
| **Group 1-A** |  |  |  |  |  |
|  | Area 1 | $26.69 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $28.69 | $1.16 | $1.16 | $1.16 |
| **Group 2-A** |  |  |  |  |  |
|  | Area 1 | $26.45 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $28.45 | $1.16 | $1.16 | $1.16 |
| **Group 3-A** |  |  |  |  |  |
|  | Area 1 | $26.21 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $28.21 | $1.16 | $1.16 | $1.16 |
| **5183** Hydraulic** |  |  |  |  |  |
| **Group 3-A** |  |  |  |  |  |
|  | Area 1 | $25.84 | $1.16 | $1.16 | $1.16 |
|  | Area 2 | $27.84 | $1.16 | $1.16 | $1.16 |






**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2002 - 2006
Operating
Engineers
Agreement
Page 74**

| | 6/16/02 | 6/16/03 | 6/16/04 | 6/16/05 |
|---|---|---|---|---|
| **5173** Oiler** | | | | |
| **Group 1-A** | | | | |
| Area 1 | $24.52 | $1.16 | $1.16 | $1.16 |
| Area 2 | $26.52 | $1.16 | $1.16 | $1.16 |
| **Group 2-A** | | | | |
| Area 1 | $24.30 | $1.16 | $1.16 | $1.16 |
| Area 2 | $26.30 | $1.16 | $1.16 | $1.16 |
| **Group 3-A** | | | | |
| Area 1 | $24.05 | $1.16 | $1.16 | $1.16 |
| Area 2 | $26.05 | $1.16 | $1.16 | $1.16 |

**ALL CRANES AND ATTACHMENTS, SPECIAL SINGLE SHIFT AND SECOND SHIFT WAGE RATES**

| | 6/16/02 | 6/16/03 | 6/16/04 | 6/16/05 |
|---|---|---|---|---|
| **Group 1-A** | | | | |
| Area 1 | $37.61 | $1.16 | $1.16 | $1.16 |
| Area 2 | $39.61 | $1.16 | $1.16 | $1.16 |
| **Group 2-A** | | | | |
| Area 1 | $35.70 | $1.16 | $1.16 | $1.16 |
| Area 2 | $37.70 | $1.16 | $1.16 | $1.16 |
| **Group 3-A** | | | | |
| Area 1 | $33.84 | $1.16 | $1.16 | $1.16 |
| Area 2 | $35.84 | $1.16 | $1.16 | $1.16 |
| **5183** Truck Crane Oiler** | | | | |
| **Group 1-A** | | | | |
| Area 1 | $30.12 | $1.16 | $1.16 | $1.16 |
| Area 2 | $32.12 | $1.16 | $1.16 | $1.16 |
| **Group 2-A** | | | | |
| Area 1 | $29.85 | $1.16 | $1.16 | $1.16 |
| Area 2 | $31.85 | $1.16 | $1.16 | $1.16 |
| **Group 3-A** | | | | |
| Area 1 | $29.58 | $1.16 | $1.16 | $1.16 |
| Area 2 | $31.58 | $1.16 | $1.16 | $1.16 |
| **5183** Hydraulic** | | | | |
| **Group 3-A** | | | | |
| Area 1 | $29.14 | $1.16 | $1.16 | $1.16 |
| Area 2 | $31.14 | $1.16 | $1.16 | $1.16 |
| **5173** Oiler** | | | | |
| **Group 1-A** | | | | |
| Area 1 | $27.66 | $1.16 | $1.16 | $1.16 |
| Area 2 | $29.66 | $1.16 | $1.16 | $1.16 |
| **Group 2-A** | | | | |
| Area 1 | $27.42 | $1.16 | $1.16 | $1.16 |
| Area 2 | $29.42 | $1.16 | $1.16 | $1.16 |
| **Group 3-A** | | | | |
| Area 1 | $27.14 | $1.16 | $1.16 | $1.16 |
| Area 2 | $29.14 | $1.16 | $1.16 | $1.16 |



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**CLASSIFICATIONS AND RATES FOR STEEL ERECTORS AND FABRICATORS**
**(Same Manning as Master Agreement)**

| | | | | |
|---|---|---|---|---|
| Group 1 (3 classifications) | $34.29 | $1.16 | $1.16 | $1.16 |
| Group 2 (4 classifications) | $32.58 | $1.16 | $1.16 | $1.16 |
| Group 3 (2 classifications) | $31.19 | $1.16 | $1.16 | $1.16 |
| Group 4 (3 classifications) | $29.26 | $1.16 | $1.16 | $1.16 |
| Group 5 (1 classification) | $28.01 | $1.16 | $1.16 | $1.16 |

**The straight-time rates of pay for the Truck Crane Oiler and Oiler classifications are as follows:**

**5183** Truck Crane Oiler**

| | | | | |
|---|---|---|---|---|
| Group 1 | $27.30 | $1.16 | $1.16 | $1.16 |
| Group 2 | $27.08 | $1.16 | $1.16 | $1.16 |
| Group 3 | $26.83 | $1.16 | $1.16 | $1.16 |

**5183** Hydraulic**

| | | | | |
|---|---|---|---|---|
| Group 3 | $26.45 | $1.16 | $1.16 | $1.16 |

**5173** Oiler**

| | | | | |
|---|---|---|---|---|
| Group 1 | $25.16 | $1.16 | $1.16 | $1.16 |
| Group 2 | $24.91 | $1.16 | $1.16 | $1.16 |
| Group 3 | $24.68 | $1.16 | $1.16 | $1.16 |

**STEEL ERECTORS AND FABRICATORS, SPECIAL SINGLE SHIFT AND SECOND SHIFT WAGE RATES**

| | | | | |
|---|---|---|---|---|
| Group 1 | $38.66 | $1.16 | $1.16 | $1.16 |
| Group 2 | $36.74 | $1.16 | $1.16 | $1.16 |
| Group 3 | $35.16 | $1.16 | $1.16 | $1.16 |
| Group 4 | $33.01 | $1.16 | $1.16 | $1.16 |
| Group 5 | $31.59 | $1.16 | $1.16 | $1.16 |

**5183** Truck Crane Oiler**

| | | | | |
|---|---|---|---|---|
| Group 1 | $30.80 | $1.16 | $1.16 | $1.16 |
| Group 2 | $30.54 | $1.16 | $1.16 | $1.16 |
| Group 3 | $30.26 | $1.16 | $1.16 | $1.16 |

**5183** Hydraulic**

| | | | | |
|---|---|---|---|---|
| Group 3 | $29.85 | $1.16 | $1.16 | $1.16 |

**5173** Oiler**

| | | | | |
|---|---|---|---|---|
| Group 1 | $28.38 | $1.16 | $1.16 | $1.16 |
| Group 2 | $28.11 | $1.16 | $1.16 | $1.16 |
| Group 3 | $27.83 | $1.16 | $1.16 | $1.16 |

**CLASSIFICATIONS AND RATES FOR PILEDRIVERS (Same Manning as Master Agreement)**

| | | | | |
|---|---|---|---|---|
| Group 1 (4 classifications) | $33.66 | $1.16 | $1.16 | $1.16 |
| Group 2 (5 classifications) | $31.95 | $1.16 | $1.16 | $1.16 |
| Group 3 (4 classifications) | $30.34 | $1.16 | $1.16 | $1.16 |



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA





**2002 - 2006 Operating Engineers Agreement**
Page 76

|  | 6/16/02 | 6/16/03 | 6/16/04 | 6/16/05 |
|---|---|---|---|---|
| Group 4 (3 classifications) | $28.64 | $1.16 | $1.16 | $1.16 |
| Group 5 (0 classifications) | $27.39 | $1.16 | $1.16 | $1.16 |
| Group 6 (1 classification) | $26.14 | $1.16 | $1.16 | $1.16 |
| Group 7 (0 classifications) | $25.08 | $1.16 | $1.16 | $1.16 |
| Group 8 (2 classifications) | $24.00 | $1.16 | $1.16 | $1.16 |

The straight-time rates of pay for the Truck Crane Oiler and Oiler classifications are as follows:

**5183** Truck Crane Oiler**

| Group 1 | $27.01 | $1.16 | $1.16 | $1.16 |
|---|---|---|---|---|
| Group 2 | $26.78 | $1.16 | $1.16 | $1.16 |
| Group 3 | $26.51 | $1.16 | $1.16 | $1.16 |

**5173** Oiler**

| Group 1 | $24.84 | $1.16 | $1.16 | $1.16 |
|---|---|---|---|---|
| Group 2 | $24.59 | $1.16 | $1.16 | $1.16 |
| Group 3 | $24.36 | $1.16 | $1.16 | $1.16 |

**PILEDRIVERS, SPECIAL SINGLE SHIFT AND SECOND SHIFT WAGE RATES**

| Group 1 | $37.95 | $1.16 | $1.16 | $1.16 |
|---|---|---|---|---|
| Group 2 | $36.01 | $1.16 | $1.16 | $1.16 |
| Group 3 | $34.22 | $1.16 | $1.16 | $1.16 |
| Group 4 | $32.29 | $1.16 | $1.16 | $1.16 |
| Group 5 | $30.90 | $1.16 | $1.16 | $1.16 |
| Group 6 | $29.48 | $1.16 | $1.16 | $1.16 |
| Group 7 | $28.29 | $1.16 | $1.16 | $1.16 |
| Group 8 | $27.09 | $1.16 | $1.16 | $1.16 |

**5183** Truck Crane Oiler**

| Group 1 | $30.47 | $1.16 | $1.16 | $1.16 |
|---|---|---|---|---|
| Group 2 | $30.22 | $1.16 | $1.16 | $1.16 |
| Group 3 | $29.91 | $1.16 | $1.16 | $1.16 |

**5173** Oiler**

| Group 1 | $28.03 | $1.16 | $1.16 | $1.16 |
|---|---|---|---|---|
| Group 2 | $27.75 | $1.16 | $1.16 | $1.16 |
| Group 3 | $27.48 | $1.16 | $1.16 | $1.16 |

**Fringe Benefits**

**Fringe Benefit Rates.** The fringe benefit rates set forth in the Master Agreement shall apply to all work covered by this Addendum.



**AGC CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## SECTION 4

### Addendum Counties

**Section 4.1**   This Addendum shall apply to covered work as defined in Section 2 which is performed in the Counties listed below:

Alpine; Amador; Butte, Calaveras; Colusa; Del Norte; El Dorado; Fresno; Glenn; Humboldt; Kings; Lake; Lassen; Madera; Mariposa; Mendocino; Merced; Modoc; Monterey; Napa; Nevada; Placer; Plumas; Sacramento; San Benito; San Joaquin; Santa Cruz; Shasta; Sierra; Siskiyou; Stanislaus; Sonoma; Sutter; Tehama; Trinity; Tulare; Tuolumne; Yuba; and Yolo.

## SECTION 5

### Work Rules

These work rules will apply to all building construction work, parking lots, and driveways covered by the Master Agreement in all counties covered by the Master Agreement on jobs on which the value of the work covered by the Master Agreement for the entire project is less than $200,000. The Individual Employer shall not engage in or enter into any scheme, plan or device with the Contracting Authority or Developer to job split or split contracts with the intent of pricing a specific job or project under $200,000. The Individual Employer shall provide the Union with documentation to establish that the value of a job is under $200,000.

**Section 5.1**   Straight time hours shall be reckoned by the half (½) shift, three quarters (3/4) of a shift and by the full shift.

**Section 5.2**   An Employee who works at more than one rate on the same day shall be paid at the highest rate for all hours worked if the Employee works at the highest rate for at least one half of the Employee's straight time hours worked that day. If the Employee works at the highest rate for less than one half of the Employee's straight time hours that day, the Employee shall be paid for actual time worked at each rate.

**Section 5.3**   So long as the Individual Employer properly mans a job, it may make full utilization of Employees by assigning them work other than work defined in Section 02.05.00 of the Master Agreement.

**Section 5.4**   The regular work day shall be eight (8) consecutive hours or ten (10) consecutive hours (exclusive of a meal period) which shall constitute a regular shift's work. The regular starting time of a single shift shall be between 5:00 a.m. and 10:00 a.m. The parties may establish different starting times.

**Section 5.5**   Forty (40) hours of work, Monday through Friday, shall constitute the regular workweek.

**Section 5.6**   All work performed in excess of forty (40) hours in any one (1) week and all hours worked on Saturday shall be paid for at the overtime rate of time and one-half (1-1/2). All work performed on Sunday and holidays shall be paid at double time.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2002 - 2006
Operating
Engineers
Agreement**
Page 78

**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**EXHIBIT "A"**
**JOINT LABOR MANAGEMENT**
**SUBSTANCE ABUSE POLICY**

## I. INTRODUCTION

The Union and the Employer establish this Policy in order to provide the Individual Employer with a comprehensive substance abuse program, to provide Employees who abuse and/or are addicted to drugs, including alcohol, a means to receive treatment for their abuse and/or addiction, and to provide for a safe workplace. An Individual Employer is not obligated by this Agreement to have a substance abuse policy. Implementation of this Policy is not mandatory by any Individual Employer, but this Policy is the only policy the Individual Employer may implement for Employees. Once implemented, the Policy shall remain in effect unless otherwise agreed to by the Union and the Individual Employer.

An Individual Employer which is regulated by the United States Department of Transportation ("DOT") Code of Federal Regulation CFR 382 and 49 may elect not to implement the testing provisions of this Policy for its Employees who are not regulated by DOT.

## II. NOTICE

A.   An Individual Employer must give written notice to the Union that it is implementing this Policy. The notice must be delivered in person, by certified mail or by FAX before it implements the Policy. A DOT regulated Individual Employer shall specifically notify the Union whether it is implementing the testing provisions of this Policy for its Employees who are not subject to DOT regulations. The notice shall be delivered to the Union at the following address:

Operating Engineers Local Union No. 3
1620 South Loop Road
Alameda, CA 94502
(FAX: [510] 748-7401)

B.   The Individual Employer may not implement this Policy unless it subjects all management and supervisory employees to the same type of testing which is provided herein.

C.   An Individual Employer who has implemented this Policy shall advise the Union dispatchers with whom it places an order for Employees that it intends to drug test dispatched Employees. A test result shall not be set aside because an Employer does not give such notice.

D.   An Individual Employer who implements this Policy shall provide written notice of this Policy to all Employees including those dispatched to it by the Union and shall provide each Employee with a copy of the Policy.

E.   Failure to give a form of notice as set forth in this section shall make any drug testing engaged in by the Individual Employer a violation of the Master Agreement, and no results of any such test shall be relied upon to deny employment or pay or to discipline any Employee.

## III. PURPOSE OF POLICY

A.   The Individual Employer and the Union are committed to providing a safe and productive work environment for Employees. The Employer, Individual Employer and the Union recognize the valuable resource we have in our Employees and recognize that the state of an Employee's health affects attitude, effort, and job performance. The parties recognize that substance abuse is a behavioral, medical and social problem that causes decreased

Case 4:07-cv-03238-CW   Document 4-6   Filed 06/25/2007   Page 19 of 30

2002 - 2006
**Operating
Engineers
Agreement**
Page 79

efficiency and increased risk of accidents and of injury. The Individual Employer and the Union therefore adopt this Policy. The intent of the Policy is threefold:

1. To maintain a safe, drug and alcohol free workplace;
2. To maintain our work force at its maximum effectiveness; and
3. To provide confidential referral to the Addiction Recovery Program ("ARP") and to provide confidential treatment to those Employees who recognize they have a substance abuse problem and voluntarily seek treatment for it.

B.       In order to achieve these purposes, it is our primary goal to identify those Employees and refer them to professional counseling, and treatment before job performance has become a disciplinary problem. Employees are urged to use the services available through ARP. ARP will assist them and refer them to the appropriate treatment program.

1. Treatment for substance abuse and chemical dependency is provided under the Health and Welfare Plan, up to the limits described in the plans.
2. An Employee shall be granted necessary leave of absence for treatment ARP recommends contingent upon signing a return-to-work agreement as provided for in Section XI.

## IV. EDUCATION PROGRAM

The Individual Employer will implement a comprehensive drug awareness and education program which shall be in conformance with the DOT regulations. The program shall include educating Employees and management/supervisory personnel about substance abuse and chemical dependency, the adverse affect they have on Employees and the Individual Employer, and the treatment available to Employees who abuse substances and/or are chemically dependent, and the penalties that may be imposed upon Employees who violate this Policy. The Individual Employer shall consult with ARP before it implements this policy so that ARP can provide education to the Individual Employer and its Employees. ARP shall continue to provide an educational program for the Individual Employer for their Employees and shall, to the maximum extent possible, train the Employees of Individual Employers who implement this Policy.

## V. CONFIDENTIALITY

The Individual Employer will abide by all applicable State and Federal laws and regulations regarding confidentiality of medical records in any matter related to this Policy. The Individual Employer shall designate one of its management, supervisory or confidential employees to be its custodian of records and contact person for all matters related to this Policy. All such records shall be kept in a locked file which shall be labeled "confidential." Employee records related to this Policy shall not be kept in the Employee's personnel file.

All information from an Employee's drug and alcohol test is confidential for purposes other than determining whether this Policy has been violated. Disclosure of test results to any other person, agency, or organization is prohibited unless written authorization is obtained from the Employee. The results of a positive drug test shall not be released until the results are confirmed. Every effort will be made to insure that all Employee issues related to this Policy will be discussed in private and actions taken will not be made known to anyone other than those directly involved in taking the action, or who are required to be involved in the disciplinary procedure.

## VI. TESTING

Testing for the presence of alcohol or controlled substances and/or their by-products in one's body may only be performed under the conditions set forth herein. All testing shall be done in accordance with the standards established by the Substance Abuse and Mental Health Services Administration ("SAMHSA"), any successor agency, or any other



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

agency of the federal government which has responsibility for establishing standards for drug testing. All such agencies shall be collectively referred to as "SAMHSA."

**Chain of Custody.** All SAMHSA standards for Chain of Custody will be adhered to. A specimen for which the SAMHSA standards are not complied with shall not be considered for any purpose under this Policy.

**Laboratories.** All laboratories which perform tests under this Policy shall be SAMHSA certified.

**Testing Procedures and Protocols.** All SAMHSA standards for testing standards and protocols shall be followed. All specimens which are determined to be positive by the SAMHSA approved screening test shall be subject to a SAMHSA certified confirmatory test (gas chromatography/mass spectrometry).

**Second Test.** The laboratory shall save a sufficient portion of each specimen in a manner approved by SAMHSA so that an Employee may have a second test performed. Immediately after the specimen is collected, it will be labeled and then initialed by the Employee and a witness. If the sample must be collected at a site other than the drug and/or alcohol testing laboratory, the specimen shall then be placed in a transportation container. The container shall be sealed in the Employee's presence and the Employee shall be asked to initial or sign the container. The container shall be sent to the designated testing laboratory on that day or the earliest business day by the fastest available method. Any Employee whose specimen is tested positive and who challenges a test result may have the second portion of the sample tested at his/her expense and at a laboratory agreed upon by the Employee and the MRO so long as that laboratory is SAMHSA certified and has been or is approved by the parties and the Employee requests the second test within seventy-two (72) hours of notice of a positive result. If the second test is negative, the Employee will be considered to have been tested negative.

**Cut-Off Levels.** SAMHSA standards for cut-off levels will be complied with when applicable. The cut-off levels for both the screening and confirmatory tests shall be per Federal standards as determined by the U. S. Department of Health and Human Services ("DHHS"). Only tests which are positive pursuant to the SAMHSA standards shall be reported to the Medical Review Officer as positive. A .04 blood/alcohol level or above shall be considered to be positive.

**Medical Review Officer.** A Medical Review Officer ("MRO") shall verify all positive test results. The MRO must be a licensed physician. The MRO shall be a member of the American Society of Addictive Medicine ("ASAM") if available. If no ASAM members are available, the MRO shall be certified by the Medical Review Officers' Certification Council. The Union shall approve all MRO's. Upon verification of a positive test result, the MRO shall refer the affected Employee to ARP for assessment and referral to treatment, if appropriate.

**Consent Form.** Any Employee directed to submit to a test in accordance with this Policy will sign a consent and release form, a copy of which is attached hereto (Form "A"). The consent and release form will only authorize (1) the facility where the specimen is collected to collect the specimen, (2) the laboratory which performs the test to perform the test and to provide the results to the MRO, and, if negative, to the Individual Employer, and (3) the MRO to verify tests and report to the Individual Employer whether the test is positive or negative. The consent and release form shall notify the Employee that he/she may have a Union representative present if available.

The Employee may be disciplined if he/she refuses to sign the authorization if the Individual Employer has advised the Employee (1) he/she must sign it or he/she will be disciplined up to and including termination, (2) the release is limited as provided herein, (3) the Employee has a right to consult with a Union representative before signing the release and before submitting to the test. An Employee who believes the Individual Employer is improperly directing him/her to submit to a test may file a grievance under the Master Agreement. The test results will be disregarded if the Board of Adjustment or Arbitrator determines the Individual Employer was not authorized by this Policy to direct the Employee to submit to the test.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA





<u>**Substances to be Tested For.**</u> A specimen may be tested for alcohol, cannabinoids (THC), barbiturates, opiates, cocaine, phencyclidines (PCP), amphetamines, and methaqualone or the by-products of these substances. A specimen shall not be tested for anything else. If DOT revises its list of substances for which it requires Individual Employer to test, this Section will be revised to include those substances. The laboratory will report positive test results to the MRO. The MRO will verify whether the test is positive or negative. The MRO shall report to the Individual Employer whether the Employee tested positive or negative for one of these substances. The MRO will not identify the substance(s) for which the Employee tested positive unless specifically required to do so by DOT regulations.

<u>**Urine, Blood, or Breath Test.**</u> The Individual Employer may direct the Employee to submit to a urine test or at the Employee's request, a blood test for alcohol and/or other drugs, or a breath test for alcohol. An Employee who is unable to provide a urine sample within one (1) hour of being directed to do so, will submit to a blood test.

<u>**Notification to Employer of Test Results.**</u> The laboratory shall report negative test results to the Individual Employer. The laboratory will report positive test results to the MRO. The MRO will verify whether the test was positive or negative and will report the final results to the Individual Employer.

## VII. TYPES OF PERMISSIVE TESTING

### A. TIME OF DISPATCH TESTING

An Individual Employer may require an Employee to be tested for the presence in the Employee's body of one of the drugs or by-products thereof set forth above at the time the Employee is dispatched (on one of the first three (3) days of employment). It must test all Employees at the time they are dispatched if it tests any Employee. The Individual Employer shall put the Employee to work or pay the Employee pending the test results unless the Employee has been dispatched to a DOT regulated assignment and the Individual Employer does not have any work for the Employee to perform which is not subject to the DOT regulations or if it has probable cause to believe the Employee is impaired, intoxicated, or under the influence of a drug. The standards for probable cause are set forth below in Section B. If the Individual Employer does not allow an Employee to work pending the test results because it believes it has probable cause, it shall make the Employee whole for all lost wages and benefits if the Employee tests negative. Employees who test positive will be referred to ARP. The Individual Employer shall not be obligated to employ any such Employee after ARP releases the Employee to return to work but may employ such Employee under the terms of a return-to-work agreement. An Employee who refuses to submit to a drug/alcohol test when dispatched shall not be paid show-up time.

An Individual Employer may test Employees who are recalled from layoff as provided for in the Job Placement Regulations who have not worked for thirty (30) days. If the Individual Employer tests any Employee who is recalled, it must test all such Employees. An Individual Employer may test all Employees at the time they are dispatched under this Section except for those who are recalled.

<u>**Time of Dispatch Screening by the Job Placement Center:**</u> The parties shall establish a joint committee to determine whether there is a feasible means by which the Job Placement Centers can conduct the drug/alcohol screen before dispatching an Employee so that only Employees with a negative test will be referred.

### B. PROBABLE CAUSE TESTING

An Individual Employer may require an Employee to submit to a drug test as provided for in this Policy if it has probable cause that the Employee is impaired, intoxicated, and/or under the influence of a drug. Probable cause must be based on a trained management representative's (preferably not in the bargaining unit) objective observations and must be based upon abnormal coordination, appearance, behavior, absenteeism, speech or odor. The indicators shall be recognized and accepted symptoms of intoxication or impairment caused by drugs or alcohol and shall be indicators not reasonably explained as resulting from causes other than the use of such controlled substance and/or alcohol (such as,



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA





**2002 - 2006
Operating
Engineers
Agreement
Page 82**

but not by way of limitation, fatigue, lack of sleep, side effects of proper use of prescription drugs, reaction to noxious fumes or smoke, etc.). Probable cause may not be established, and thus not a basis for testing, if it is based solely on the observations and reports of third parties. The trained management representative's observations and conclusions must be confirmed by another trained management representative. The grounds for probable cause must be documented by the use of an Incident Report Form (see Form "B" attached). The Management Representative shall give the Employee a completed copy of this Incident Report Form and shall give the Union Representative, if present, a copy of the Incident Form before the Employee is required to be tested. After being given a copy of the Incident Report Form, the Employee shall be allowed enough time to read the entire document and to understand the reasons for the test.

The Management Representative also shall provide the Employee with an opportunity to give an explanation of his/her condition, such as reaction to a prescribed drug, fatigue, lack of sleep, exposure to noxious fumes, reaction to over-the-counter medication or illness. If available, the Union Representative shall be present during such explanation and shall be entitled to confer with the Employee before the explanation is required. If the Management Representative(s), after observing the Employee, and hearing any explanation, concludes that there is in fact probable cause to believe that the Employee is under the influence of or impaired by, drugs or alcohol, the Employee may be ordered to submit to a drug test.

The Individual Employer shall advise the Employee of his/her right to consult with a Union representative (including a Steward) and allow the Employee to consult with a Union representative before the Employee submits to the test, if the Union representative is available.

Employees required to submit to a test under Section B will be paid for all time related to the test including the time the Employee is transported to and from the collection site, all time spent at the collection site, and all time involved completing the consent and release form if the test results are negative.

**C. ACCIDENT TESTING**

An Individual Employer shall require Employees who are directly, or indirectly, involved in work related accidents involving property damage or bodily injury that requires medical care or work related accidents which would likely result in property damage or bodily injury be subject to a test as provided herein. The innocent victims of an accident will not be subject to a test unless probable cause exists. The Individual Employer shall complete an Accident Report Form (see Form B attached) whenever it tests an Employee under this Section.

**D. UNANNOUNCED RANDOM TESTING**

An Individual Employer may initiate unannounced random testing, a selection process where affected Employees are selected for testing and each Employee has an equal chance of being selected for testing. If an Individual Employer initiates such testing, all Employees shall be subjected to such testing. The Individual Employer may establish two random testing pools, one for DOT regulated Employees and one for all others. An Individual Employer who initiates random testing shall specifically state in its notice to the Union and its notice to Employees that Employees will be subject to random testing. The Individual Employer shall give thirty (30) days notice to the Union and Employees prior to implementing a random drug testing program.

**E. DOT REGULATED EMPLOYEES**

Notwithstanding any other provision of this Policy, the Individual Employer may require its Employees who are covered by the DOT drug and alcohol testing regulations to submit to testing as required by those regulations. Such testing will be conducted in strict accordance with the Regulations. The Individual Employer may discipline an Employee who tests positive as defined by the Regulations subject to Section XI, REHABILITATION/ DISCIPLINE, of the Policy. ARP shall



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

be the Substance Abuse Professional for all Employees. ARP, to the maximum extent possible, shall provide the mandated training to all Employees. Employees who are subject to DOT regulations who have a positive "pre-employment" test (as defined by the DOT regulations) will be paid show-up time only if the Individual Employer does not have any work for the Employee to perform which is not subject to the DOT regulations pending the test result. Employees who are tested under the DOT Regulations who are not allowed by those Regulations to continue to perform safety sensitive functions, as defined by the Regulations, shall be paid for hours worked.

## F. OWNER/AWARDING AGENCY REQUIREMENTS

Whenever owner or awarding agency specifications require the Individual Employer to provide a drug-free workplace, the Union and the Employer or the Individual Employer shall incorporate such additional requirements herein. This Policy shall apply to all such testing.

## VIII. EMPLOYER REFERRALS

A decline in an Employee's job performance is often the first sign of a personal problem which may include substance abuse or chemical dependency. Supervisory personnel will be trained to identify signs of substance abuse, chemical dependency, and declining job performance. The Individual Employer may formally refer an Employee to ARP based upon documented declining job performance or other observations prior to testing under Paragraph VII and/or disciplining the Employee.

## IX. EMPLOYEE VOLUNTARY SELF-HELP PROGRAM

An Employee who has a chemical dependency and/or abuses drugs and/or alcohol is encouraged to participate in an Employee Voluntary Self-Help Program. Any such Employee shall be referred to ARP. Employees who seek voluntary assistance for alcohol and/or substance abuse may not be disciplined for seeking such assistance. Request by Employees for such assistance shall remain confidential and shall not be revealed to other Employees or management personnel without the Employee's consent. ARP shall not disclose information on drug/alcohol use received from an Employee for any purpose or under any circumstances, unless specifically authorized in writing by the Employee.

The Individual Employer shall offer an Employee affected by alcohol or drug dependence an unpaid medical Leave of Absence for the purpose of enrolling and participating in a drug or alcohol rehabilitation program.

## X. PROHIBITED ACTIVITIES/DISCIPLINE

An Employee shall not possess, use, provide, dispense, receive, sell, offer to sell, or manufacture alcohol and/or any controlled substances as defined by law or have any measurable amount of any such substance or by-product thereof as defined in Section VI while on the Individual Employer's property or jobsite and/or while working for the Individual Employer unless the Employee has the Individual Employer's express permission to do so. An Employee shall not work while impaired, intoxicated or under the influence of alcohol and/or any controlled substance. An Employee who uses medication prescribed by a physician will not violate these rules by using such medication as prescribed if the Employee's physician has released the Employee to work. An Employee who uses over-the-counter medication in accordance with the manufacturer's and/or doctor's recommendation shall not violate the rules by using such medication. Impairment caused by prescribed medication and/or over-the-counter medication does not constitute a violation. The Individual Employer may prohibit an Employee who is impaired as a result of proper use of prescription or over-the-counter medication from working while the Employee is impaired but may not discipline such an Employee. An Employee who is impaired by misuse of prescription or over-the-counter medication violates the Policy and is subject to discipline as provided herein.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**2002 - 2006 Operating Engineers Agreement Page 84**

## XI. REHABILITATION/DISCIPLINE

The Individual Employer may discipline an Employee who violates any provision of Section X. Such Employee is subject to disciplinary action up to and including termination. Among the factors to be considered in determining the appropriate disciplinary response are the nature and requirements of the Employee's work, length of employment, current job performance, the specific results of the test, and the history of past discipline.

The Individual Employer is not required to refer to ARP any Employee who violates any provision of Section X which prohibits the sale of, attempted sale of or manufacture of prohibited substances before it disciplines the Employee. The

Individual Employer may not discipline any Employee who violates any other provisions of Section X until such Employee has been offered an opportunity to receive treatment and/or counseling.

The Employee will not be discharged if he/she agrees in writing to undergo the counseling/treatment ARP prescribes. The Individual Employer shall re-employ the Employee when ARP releases him/her to return to work if it has work available. It will not be required to lay-off any current Employee in order to re-employ the Employee. If it does not have any work available when ARP releases the Employee, it shall re-employ the Employee as soon as it has work available. The Employee will be subject to a return-to-work agreement. The Individual Employer, the Union, and the Employee will enter into a return-to-work agreement. The return-to-work agreement will require the Employee to comply with and complete all treatment ARP, or the treatment provider, as the case may be, determines is appropriate. It will also provide a monitoring of the Employee's compliance with the treatment plan ARP, or the treatment provider, develops and will allow the Individual Employer to require the Employee to submit to unannounced testing. The Individual Employer may discipline the Employee for not complying with the return-to-work agreement. A positive test on an unannounced test will be considered a violation of the return-to-work agreement. Any unannounced testing shall be performed in accordance with this Policy. The Union and the Individual Employer will attempt to meet with any Employee who violates the return-to-work agreement and attempt to persuade the Employee to comply with the return-to-work agreement.

Employees who are working under a return-to-work agreement shall be subject to all of the Individual Employer's rules to the same extent as all other Employees are required to comply with them.

## XII. NON DISCRIMINATION

The Individual Employer shall not discriminate against any Employee who is receiving treatment for substance abuse and/or chemical dependency. All Employees who participate in ARP and/or are undergoing or have undergone treatment and rehabilitation pursuant to this Policy shall be subject to the same rules, working conditions, and discipline procedures in effect for all Employees. Employees cannot escape discipline for future infractions by participating in ARP and/or undergoing treatment and rehabilitation.

## XIII. COST OF PROGRAM

Evaluation and treatment for substance abuse and chemical addiction are provided for through the Health and Welfare Plan. An Individual Employer who adopts this Policy will not incur any additional cost for assessment, referral and treatment beyond that which is incorporated into its Health and Welfare contribution rate. ARP is funded through the Health and Welfare Trust to provide its current level of service which includes performing assessments of Employees and their covered dependents, referral of Employees and covered dependents who are undergoing rehabilitation and providing limited education and training programs to Individual Employers. The Individual Employer will pay all costs for testing.



**AGC CALIFORNIA**

ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA



**2002 - 2006**
**Operating**
**Engineers**
**Agreement**
**Page 85**

## XIV. GRIEVANCE PROCEDURE

All disputes concerning the interpretation or application of this Policy shall be subject to the grievance and arbitration procedures of the Master Labor Agreement.

## XV. SAVINGS CLAUSE

The establishment or operation of this Policy shall not curtail any right of any Employee found in any law, rule or regulation. Should any part of this Policy be determined contrary to law, such invalidation of that part or portion of this Policy shall not invalidate the remaining portions. In the event of such determination, the collective bargaining parties will immediately bargain in good faith in an attempt to agree upon a provision in place of the invalidated portion.



**AGC**
**CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2002 - 2006 Operating Engineers Agreement**

Page 86



### FORM "A"
### EMPLOYEE CONSENT AND RELEASE FORM

I, _____ , have been directed by my employer, _____ , to submit to a drug/alcohol screen (urine or blood for drugs other than alcohol or urine, blood or breath for alcohol) at a collection facility designated under the terms of the Substance Abuse Policy ("Policy") which is part of the collective bargaining agreement between my employer and Operating Engineers Local Union No. 3 (the "Local 3 Agreement") which governs my employment with my employer. The specimen shall be tested to detect the presence of Amphetamines, Cocaine, Cannabinoids (THC), Opiates, Phencyclidine, Barbiturates, Methaqualone and Alcohol. I consent to the following:

1. The facility which collects a specimen from me may do so;
2. The laboratory which performs the test may submit the results of the test to the designated Medical Review Officer and, if negative, as defined by the Policy, to my employer; and
3. The Medical Review Officer may verify the test and report to my employer whether the test was positive or negative, as defined by the Policy.

In addition to Time of Dispatch testing, if I am directly or indirectly involved in a work related accident involving property damage, bodily injury that requires medical care or work related accidents which would likely result in property damage or bodily injury, I consent to be tested in accordance with the policy. I also consent to be tested if my employer has probable cause to do so as set forth in the Policy. I also consent to be randomly tested in accordance with the policy. I also consent to be tested if my employment is regulated by the United States Department of Transportation Code of Federal Regulations CFR 382 and 49 and my employer is required to test me under these regulations. My employer has advised me that:

1. I have a right to have a Union representative present if available;
2. I must sign this form and that I may be disciplined up to and including discharge if I do not;
3. The release is limited as provided herein; and
4. I have a right to consult with a Union representative before I sign this release.

I am signing this Consent Form because I have been directed to do so by my employer. By doing so I am not waiving any rights I may have under the Local 3 collective bargaining agreement or any applicable law except as expressly provided for herein. By signing this Agreement, I am not acknowledging that my employer has probable cause to believe I have violated any provision of the substance abuse policy which is part of the Local 3 agreement or any of my employer's policies which pertain to my employment.

☐ I previously have received a copy of the Policy.
☐ My employer has provided me with a copy of the Policy.

_____
(Employee Signature)

_____          _____
(Employee Name [Please Print])                              (Date)

Witness:

_____
(Witness Signature)

_____          _____
(Witness Name [Please Print])                              (Date)



**AGC CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**2002 - 2006**
**Operating**
**Engineers**
**Agreement**
Page 87



**FORM "B"**
INCIDENT REPORT FORM

Employee Involved: _____

Date of Incident: _____  Time of Incident: _____

Location of Incident:Employee's Job Assignment/Position: _____

Employee Notified of His/Her Right to Union Representation:    Yes ☐  No ☐

Date Notified: _____  Time Notified: _____

Witness to Incident: _____

Witness' Observation: _____

_____

_____

Employee's Explanation: _____

_____

_____

Employee's Signature: _____  Date: _____

Witness' Signature: _____  Date: _____

Employer's Signature: _____  Date: _____

Title_____

Action Taken: _____

_____

_____

Date/Time Action Taken: _____



**AGC**
**CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**2002 - 2006
Operating
Engineers
Agreement
Page 88**



**MEMORANDUM OF AGREEMENT**
**(Entry Level Operator)**

**THIS AGREEMENT** is made and entered into this _____ day of _____ 2000, by and between Associated General Contractors, ("Employer") and OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO ("Union").

The Employer and the Union have met and agreed to add the following classification to their current Agreement and to amend their Agreement as follows:

**01.00.00    ENTRY LEVEL OPERATOR**

**01.01.00**       The Employer may employ Employees in the Entry Level Operator classification for private work only.

**01.02.00**       Probationary Period. The first seven hundred fifty (750) hours worked shall be considered the probationary period for the Entry Level Operator.

**01.03.00**       No Entry Level Operator shall displace or cause the layoff or termination of employment of the Employer's Employees who are employed on the job on which the Entry Level Operator is employed, when the Employer hires an Entry Level Operator.

**02.00.00    HIRING**

**02.01.00**       The Employer may only hire Entry Level Operators when there is less than fifteen percent (15%) registered on the out-of-work list in the Job Placement Center servicing the job or project to which the Employee is to be dispatched.

**02.02.00**       The Employer may hire Employees from any source including the Union's Job Placement Center. The Employer shall refer to the Job Placement Center any Employee whom it hires from a source other than the Job Placement Center. It shall do so within forty-eight (48) hours of the day the Employee begins work. The Job Placement Center shall issue the Employee a dispatch slip.

**03.00.00    WAGES**

**03.01.00**       For private work only, the current wage rate for the Entry Level Operator shall be based on a percentage of the current Group 4 wage rate from the Northern California Master Agreement ("Master Agreement"):

> First 375 hours...........................................60%
> Second 375 hours.......................................70%
> Third 375 hours..........................................80%
> Fourth 375 hours.........................................90%

**03.01.01**       For work other than private, the wage rate for Entry Level Operator shall be one hundred percent (100%) of the current prevailing wage rate for a Journeyman Operator.

**03.02.00**       When the Entry Level Operator has completed fifteen hundred (1500) hours worked, he/she shall be considered a qualified Journeyman Operator.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**03.02.01**    When the Entry Level Operator has attained Journeyman Operator status, he/she shall receive one hundred percent (100%) of the current prevailing wage and fringe benefits for a Journeyman Operator.

**03.03.00    Private Work Agreement ("PWA").** When working in a District where a Private Work Agreement is in effect, an Entry Level Operator shall not be paid less than the wages set forth in Section.03.01.00, unless these exceed those noted in the PWA. The wage percentages noted in Section 03.01.00 are not to be applied to any Private Work Agreements.

## 04.00.00    FRINGE BENEFITS

**04.01.00    Health and Welfare.** The Employer shall pay into the Operating Engineers' Health and Welfare Trust Fund for Northern California according to the following schedule:

Effective June 24, 2002–Four dollars and seventy cents ($4.70) per hour.

**04.02.00    Pensioned Health and Welfare.** The Employer shall pay into the Pensioned Operating Engineers' Health and Welfare Trust Fund according to the following schedule:

Effective June 24, 2002–Sixty-five cents ($.65) per hour.

**04.03.00    Pensions.** The Employer shall pay into the Operating Engineers' Pension Trust Fund according to the following schedule:

Effective June 24, 2002–One dollar and seventy-five cents ($1.75) per hour.

**04.04.00    Affirmative Action.** The Employer shall pay into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund according to the following schedule:

Effective June 25, 2001–Sixty two cents ($.62) per hour.

**04.05.00    Vacation and Holiday Pay Plan.** The Employer shall pay into the Operating Engineers' Vacation and Holiday Pay Plan according to the following schedule:

Effective June 25, 2001–One dollar ($1.00) per hour

**04.06.00    Supplemental Dues.** In addition to any amount specified as and for Vacation and Holiday benefits above, the amount of fifty-five cents ($.55) per hour for each hour paid for or worked shall be added and specifically designated as Supplemental Dues effective for all work performed on or after June 24, 2002; sixty-five cents ($.65) per hour for each hour paid for or worked on or after June 30, 2003; seventy-five cents ($.75) per hour for each hour paid for or worked on or after June 28, 2004, and eighty-five cents ($.85) per hour for each hour paid for or worked on or after June 27, 2005. This amount shall be "new money." Upon the execution of a proper authorization as required by law, the amount set forth shall be transmitted from the Vacation-Holiday benefit of each Employee performing work or being paid under this Agreement and shall be remitted directly to the Union. The amount specified herein shall not be deemed to be part of the Vacation-Holiday benefit but is an amount specifically agreed to as a Supplemental Dues benefit. The amount of the Supplemental Dues transmittal shall be specified on a statement sent to the Employees. Such remittance shall be made to the Union monthly. Supplemental Dues are specifically part of the uniform monthly dues of each Employee. The Employees shall be obligated to make such payment directly to the Union on a monthly basis if the dues authorization provided for herein is not executed, under such terms and conditions as from time to time may be prescribed by the Union.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA



**2002 - 2006
Operating
Engineers
Agreement**
Page 90

| | |
|---|---|
| **05.00.00** | **DUES** |

**05.01.00** The Entry Level Operator shall pay a dues rate equal to seventy-five (75%) percent of the full rate.

| | |
|---|---|
| **06.00.00** | **INITIATION FEE** |

**06.01.00** The Entry Level Operator shall pay the current initiation fee.



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

