```
 1  SEYFARTH SHAW LLP
    Mark S. Ross (STATE BAR NO. 64812)
 2  Laura J. Maechtlen (STATE BAR NO. 224923)
    560 Mission Street, Suite 3100
 3  San Francisco, California 94105
    Telephone: (415) 397-2823
 4  Facsimile: (415) 397-8549

 5  Attorneys for Defendant
    KIEWIT PACIFIC CO., INC.
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID WALLACE, | ) Case No. C 07-03238 CW |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| KIEWIT PACIFIC CO. and DOES 1-20, | ) |
| Defendant. | ) |

On June 19, 2007, on behalf of Kiewit Pacific Co., Inc., I served the following:

1. Notice of Removal of Action from the Superior Court of California for the County of Contra Costa; and

2. Notice of Removal of Action to the United States District Court for the Northern District of California.

On June 25, 2007, I also served the following via U.S. Mail:

3. Order Setting Initial Case Management Conference and ADR Deadlines to

David Wallace
890 Midway Ave.
San Leandro, CA  94577

1

Certificate of Service
Case No. C07-03238 CW

1     I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct. Executed this 25th day of June 2007 in San Francisco, California.

_____
Gloria Garcia

-2-
Certificate of Service
Case No. C07-03238 CW

SF1 28287116.1