DAVID WALLACE in search for an attorney
General Delivery
Honolulu Hawaii 968
Telephone: 808 728-7554
Facsimile: None

**FILED**

SEP 25 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF

CALIFORNIA_OAKLAND DIVISION

| | |
|---|---|
| DAVID WALLACE, | ) Case No. C 07-03238 CW |
| Plaintiff, | ) **CASE MANAGEMENT** |
| | **CONFERENCE OBJEJTIONS** |
| v. | ) TO LACK OF SERVICE ETC. |
| KIEWIT PACIFIC CO., INC. | ) Date: September 25, 2007 |
| | Time: 2:00 P.M. |
| Defendant. | ) Judge: The Honorable Claudia Wilkin |
| | Courtroom: 2 |

Plaintiff, David Wallace submits this Case Management Motion and Proposed Order and requests the Court to adopt it as its Case Management Order in this case.

1. **JURISDICTION AND SERVICE**

Defendants removed the case to this Courts jurisdiction without effective notification or consent of the plaintiff David Wallace, from the Superior Court of California, County of Contra Costa. Plaintiff strongly & absolutely objects to the change of jurisdiction until such time that he can gain representation from a qualified California Atty. specializing in ADA, sex discrimination & employment law in whichever jurisdiction he recommends. All parties have not been served with effective notice of the lawsuit, and removal to this Court, partially because since filing this suit the plaintiff has had to move to 3 other states due to the economic necessity of work to gain medical insurance coverage for an upcoming surgery. The plaintiff has had 8-11 mailing address, he has still not receive all his mail, an ex employer failed to forward the correct address & the US Postal Service has a 10 day lag on forwarding.

*David Wallace* (signature)

Plaintiff David Wallace Statements; Case No. C 07-03238 CW