C-07-3238

**PROOF OF SERVICE**
**STATE OF HAWAII**

**FILED**

COUNTY OF HONOLULU

SEP 25 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I am a resident of the State of Hawaii, over the age of eighteen years, and not a party to the within action. My address is:
PO Box 240989 Hon Hi, 96824,
2007, I served the within document:

**Plaintiffs Case Management Conference Motion**

I sent such document from facsimile machine 808 944-3912 on 9-24 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.



\*by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

___ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

___ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

___ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Seyfarth Shaw LLP Laura J. Maechtlen
560 Mission St., Suite 3100
San Francisco 94105
415 732-1113
Fax 415 397-8549
(By email at LMaechtlen@seyfarth.com & U.S. Mail)

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

Executed on 9-24-, 2007 at city Honolulu, state Hawaii.

for David Wallace