IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALLACE,<br><br>   Plaintiff,<br><br> v.<br><br>KIEWIT PACIFIC CO.,<br><br>   Defendant.<br>_____/ | No. 07-03238 CW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING PLAINTIFF'S VARIOUS MISCELLANEOUS REQUESTS |

  A case management conference was held on September 25, 2007, in the above-captioned case. Laura Maechtlen appeared on behalf of Defendant Kiewit Pacific Co. No appearance was made by Plaintiff; however, Plaintiff did submit to the Court various miscellaneous requests including a motion for extension of time. Pursuant to the case management conference,

  IT IS HEREBY ORDERED that the case management conference is continued to **February 5, 2008, at 2:00 p.m.**, to allow Plaintiff additional time to find an attorney and for the parties to complete labor arbitration. Parties may appear by telephone at the case management conference upon written request to the Court made at least one week prior to the conference. Failure by Plaintiff to participate in the case management conference may result in

1 dismissal for failure to prosecute.

2     IT IS FURTHER ORDERED that Plaintiff's motion to restore
3 jurisdiction back to Superior Court of California is denied.
4 Plaintiff's motion for pro bono web listing is denied without
5 prejudice.  Plaintiff's motion for extension of time is granted as
6 set forth above.  Plaintiff's motion for electronic filing is
7 denied without prejudice unless Plaintiff can comply with all the
8 requirements for electronic court filing.  Plaintiff's motion for a
9 user friendly format is denied.

10     Extensions of time are not favored, though reasonable
11 extensions will be granted.  Any motion for an extension of time
12 must be filed no later than <u>seven (7) days</u> prior to the deadline
13 sought to be extended.

14     All communications by Plaintiff with the Court must be served
15 on Defendant's counsel by mailing a true copy of the document to
16 Defendant's counsel.

17     It is Plaintiff's responsibility to prosecute this case.
18 Plaintiff must keep the Court and Defendant's counsel informed of
19 any change of address and must comply with the Court's orders in a
20 timely fashion.  Failure to do so may result in dismissal for
21 failure to prosecute.

23     10/2/07

24 Dated _____

    CLAUDIA WILKEN
    United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

        Plaintiff,

v.

KIEWIT PACIFIC CO. et al,

        Defendant.

Case Number: CV07-03238 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Wallace
890 Midway Ave.
San Leandro, CA 94577

Laura J. Maechtlen
Mark Steven Ross
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

David Wallace
P.O. Box 240989
Honolulu, HI 96824

Dated: October 2, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk