David Wallace
P.O. Box 240989
Honolulu, HI 96824





OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

FILED
OCT - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NIXIE     968 DE 1     00 10/05/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 94512521299     *1605-12005-02-42

OAKLAND CA 946
02 OCT 2007

02 1A
0004333787   OCT 02 2007
$00.41
MAILED FROM ZIPCODE 94612