

Returned mail envelope:

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
OCT 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

David Wallace
General Delivery
Honolulu, Hawaii 96820

NIXIE    968 DC 1    00 10/25/07
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 94612521299    *0105-01820-10-45

28

---

ORIGINAL
FILED
OCT - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

[UNITED] STATES DISTRICT COURT

[NORTHERN] DISTRICT OF CALIFORNIA

No. 07-03238 CW

ORDER CONTINUING
CASE MANAGEMENT
CONFERENCE AND
DENYING
PLAINTIFF'S
VARIOUS
MISCELLANEOUS
REQUESTS

_____/

rence was held on September 25, 2007,

Laura Maechtlen appeared on behalf of

No appearance was made by Plaintiff;

to the Court various miscellaneous

for extension of time.  Pursuant to

ce,

at the case management conference is

8, at 2:00 p.m., to allow Plaintiff

ttorney and for the parties to complete

may appear by telephone at the case

ritten request to the Court made at

conference.  Failure by Plaintiff to

gement conference may result in