

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

10·3·7

New address: P.O. Box 37181,
Honolulu, Hawaii 96837

FILED

NOV 1 9 2007

RICHARD W. WIEKING
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
OAKLAND

OAKLAND CA 945

02 OCT 2007

$00.41

OCT 02 2007
MAILED FROM ZIP CODE 94612

NIXIE        945   DC  1        00  11/16/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 94612521299        *1805-12010-02-42

C07-3238-CW

David  Wallace
890 Midway Ave.
San Leandro,  CA 94577

CV07-03238 CW

ORIGINAL
F I L E D

OCT - 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                    No. 07-03238 CW

9   DAVID WALLACE,
                                     ORDER CONTINUING
10          Plaintiff,               CASE MANAGEMENT
                                     CONFERENCE AND
11      v.                           DENYING
                                     PLAINTIFF'S
12   KIEWIT PACIFIC CO.,             VARIOUS
                                     MISCELLANEOUS
13          Defendant.               REQUESTS
    _____/

14

15

16      A case management conference was held on September 25, 2007,

17   in the above-captioned case.  Laura Maechtlen appeared on behalf of

18   Defendant Kiewit Pacific Co.  No appearance was made by Plaintiff;

19   however, Plaintiff did submit to the Court various miscellaneous

20   requests including a motion for extension of time.   Pursuant to

21   the case management conference,

22      IT IS HEREBY ORDERED that the case management conference is

23   continued to **February 5, 2008, at 2:00 p.m.**, to allow Plaintiff

24   additional time to find an attorney and for the parties to complete

25   labor arbitration.  Parties may appear by telephone at the case

26   management conference upon written request to the Court made at

27   least one week prior to the conference.  Failure by Plaintiff to

28   participate in the case management conference may result in

United States District Court
For the Northern District of California

1  dismissal for failure to prosecute.

2      IT IS FURTHER ORDERED that Plaintiff's motion to restore
3  jurisdiction back to Superior Court of California is denied.
4  Plaintiff's motion for pro bono web listing is denied without
5  prejudice.  Plaintiff's motion for extension of time is granted as
6  set forth above.  Plaintiff's motion for electronic filing is
7  denied without prejudice unless Plaintiff can comply with all the
8  requirements for electronic court filing.  Plaintiff's motion for a
9  user friendly format is denied.

10     Extensions of time are not favored, though reasonable
11 extensions will be granted.  Any motion for an extension of time
12 must be filed no later than seven (7) days prior to the deadline
13 sought to be extended.

14     All communications by Plaintiff with the Court must be served
15 on Defendant's counsel by mailing a true copy of the document to
16 Defendant's counsel.

17     It is Plaintiff's responsibility to prosecute this case.
18 Plaintiff must keep the Court and Defendant's counsel informed of
19 any change of address and must comply with the Court's orders in a
20 timely fashion.  Failure to do so may result in dismissal for
21 failure to prosecute.

22

23         10/2/07

24 Dated _____        _____
                                       CLAUDIA WILKEN
25                                     United States District Judge

26

27

28                                    2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

Plaintiff,

v.

KIEWIT PACIFIC CO. et al,

Defendant.

Case Number: CV07-03238 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David  Wallace
890 Midway Ave.
San Leandro,  CA 94577

Laura J. Maechtlen
Mark Steven Ross
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco,  CA 94105

David Wallace
P.O. Box 240989
Honolulu, HI  96824

Dated: October 2, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California

3