12-12-07

2nd Notize: # C 07-03238-CW

Change of address

No Mail recived so far please send again, to:

David Wallace
P.O. Box 37181
Honolulu HI 96837

Thanks, D Wallace

e-mail prepostman1@Yahoo.com

FILED
DEC 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND