David Wallace
P.O. Box 37181
Hono. Hi 96837

HONOLULU HI 968
28 DEC 2007 PM 4 T

Oakland Dist. Ct.
1301 Clay St. Rm. 400 S.
Oakland, CA
94612