IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

      Plaintiff,

  v.

KIEWIT PACIFIC CO.,

      Defendant.
                                          /

No. C 07-03238 CW

CLERK'S NOTICE
CONTINUING CASE
MANAGEMENT
CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for February 5, 2008, is continued to **March 25, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A joint Case Management Conference Statement will be due one prior to the conference.

Dated: 1/17/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

        Plaintiff,

  v.

KIEWIT PACIFIC CO. et al,

        Defendant.

Case Number: CV07-03238 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Wallace
P.O. Box 37181
Honolulu, HI 96837

Laura J. Maechtlen
Mark Steven Ross
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

Dated: January 17, 2008

                                     Richard W. Wieking, Clerk
                                     By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California