DAVID WALLACE, in search for an attorney
General Delevery
Honolulu Hawaii 968
Telephone: 808 728-7554

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID WALLACE, | ) Case No. C 07-03238 CW |
| Plaintiff, | ) CASE MANAGEMENT CONFERENCE |
| | ) JURISDICTION & SERVICE OBJECTIONS MOTIONS & ORDERS |
| v. | ) |
| KIEWIT PACIFIC CO., INC. | ) Date: March 11th, 2008  Time: 5:00 P.M. |
| Defendant. | ) Judge: The Honorable Claudia Wilkin  Courtroom: 2 |



Plaintiff, David Wallace submits these Motions and Proposed Orders and requests the court. for an extension of time for plaintiff & defendant to obtain the arbitrators ruling on briefs due in about 45 to 60 days, per court rules which require or recommend exhaustun of all out of court options such as arbatration before going to court.

**PROOF OF SERVICE**
STATE OF CALIFORNIA

COUNTY OF Alameda

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On March 11th 2008, I served the within document:

**Defendant's Motion Statement**

    I sent such document from facsimile machine (415) 397-8549 on March 12th 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in thisaction by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

    David Wallace
    890 Midway Ave.
    San Leandro, CA 94577
    (By email at prepostman1(&,yahoo.com; & U.S. Mail) & e-mail

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that onmotion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

    Executed on Macrh 11, 2008 at Oakland, California.