IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

    Plaintiff,

  v.

KIEWIT PACIFIC CO.,

    Defendant.
                                           /

No. C 07-03238 CW

ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE

    Pursuant to Plaintiff's request to continue the Case Management Conference,

    IT IS HEREBY ORDERED that the Case Management Conference, previously set for March 25, 2008, is continued to June 17, 2008, at 2:00 p.m.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 3/17/08

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

        Plaintiff,

v.

KIEWIT PACIFIC CO. et al,

        Defendant.

Case Number: CV07-03238 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Wallace
P.O. Box 37181
Honolulu, HI 96837

Laura J. Maechtlen
Mark Steven Ross
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

David Wallace
General Delivery
Honolulu, HI 968

Dated: March 17, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk

2