DAVID WALLACE, Pro Se
Not at but in Route from NV. to
890 Midway Ave.
San Leandro, CA 94577
Cell 808 728-7554    e-mail prepostman1@yahoo.com



# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DAVID WALLACE, ) | Case No. C 07-03238 CW |
| Plaintiff, ) | **CASE MANAGEMENT** |
| ) | **CONFERENCE** |
| ) | **MOTION & ORDER** |
| v. ) | |
| ) | |
| KIEWIT PACIFIC CO., INC. ) | Date: March 15th, 2008 |
| ) | |
| Defendant. ) | Judge: The Honorable Claudia Wilkin |
| ) | Courtroom: 2 |

Plaintiff, David Wallace re-submits this revised Motion and informs the court that **Seyfarth Shaw LLP has notified me / him by e-mail that they are un-opposed to a 90-day extension of time for the CMC.** Currently set for March 25th 2008.

This Motion & Proposed Order requests of the court an extension of 90 days time for plaintiff & defendant to obtain the arbitrators ruling on briefs due in about 60 days, per court rules which require or recommend exhausting of all out of court options such as arbitration before going to court.

**PROOF OF SERVICE**

STATE OF _Nevada_

COUNTY OF _Clark_

I am a resident of the State of _Nevada_ over the age of eighteen years, and not a party to the within action. My address is: _Amadeo Cruz 5376 Harvest Breeze Rd. 8111 Las Vegas NV._

On _March 15, 2008_, I served the within document: _Extension of Time_ Motion Statement

I sent such document by mail or from facsimile machine (_____).
I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (_____) which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to 1 or more of the parties listed below.

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at _Las Vegas NV_ addressed as set forth below.

or by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

or by placing the document(s) listed above, together with copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with **Federal Express** at _____, addressed as set forth below.

**& or** by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

From: David Wallace
890 Midway Ave.
San Leandro, CA 94577  ( By email at prepostman1@yahoo.com & or U.S. Mail )

TO: Seyfarth Shaw LLP   415 732-1113
Attn: Laura J. Maechtlen
560 Mission St., Suite 3100
San Francisco 94105
Fax 415 397-8549    ( email LMaechtlen@seyfarth.com & Or U.S. Mail )

Signed on _March 15_, 2008 at _Las Vegas_

By _____

Plaintiff David Wallace Order; Case No. C 07-03238 CW