## ORDER FOR EXTENSION OF TIME

This Order for an extension of time for plaintiff & defendant to obtain the arbitrators ruling on briefs due in about 60 days, per court rules which require or recommend exhaustion of all out of court options such as arbitration before going to court.

This motion is hereby adopted by the Court as the Order for the case and the parties are ordered to comply with this Order.

3 months till June 15th 2008

or

\_\_\_\_ months till _____

US District Court Judge Claudia Wilken

_____

Dated:

_____ ,

2008

RECEIVED MAR 19 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Plaintiff David Wallace Order; Case No. C 07-03238 CW