DAVID WALLACE, Pro Se
Not at but in Route from NV. to
890 Midway Ave.
San Leandro, CA 94577
Cell 808 728-7554    e-mail prepostman1@yahoo.com



FILED
MAR 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID WALLACE, | ) Case No. C 07-03238 CW |
| Plaintiff, | ) **Notice of Change of Address** |
| v. | ) |
| KIEWIT PACIFIC CO., INC. | ) Date: March 15th, 2008 |
| Defendant. | ) Judge: The Honorable Claudia Wilkin<br>Courtroom: 2 |

**Notice of Change of Address**

I have moved back from Hawaii for the Arbitration on 3-10-08 & to prepare for the CMC. I am traveling in search of work, an even more urgent necessity since my medical insurance has expired; all parties please follow all letters with e-mail even if it's un-official.

I may look for an Atty. again after I have the arbitrators ruling. I was told my efforts were premature prior to the arbitrators ruling.

Plaintiff David Wallace  Case No. C 07-03238 CW