IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

    Plaintiff,

  v.

KIEWIT PACIFIC CO.,

    Defendant.
_____/

No. C 07-03238 CW

ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

    On March 17, 2007, the Court issued an Order Granting Plaintiff's Request to Continue the Case Management Conference, wherein the Court continued the Case Management Conference, previously set for March 25, 2008, to June 17, 2008.  On March 19, 2008, Plaintiff filed another motion again requesting a continuance.  Accordingly,

    IT IS HEREBY ORDERED that Plaintiffs Case Management Conference Motion filed on March 19, 2008, is denied as duplicative and moot.

Dated: 3/24/08

                              CLAUDIA WILKEN
                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

        Plaintiff,

v.

KIEWIT PACIFIC CO. et al,

        Defendant.

Case Number: CV07-03238 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/24/08, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Wallace
P.O. Box 37181
Honolulu, HI 96837

Laura J. Maechtlen
Mark Steven Ross
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

David Wallace
General Delivery
Honolulu, HI 968

Dated: 3/24/08

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2