David Wallace Pro Ce prepostman1@yahoo.com
c/o 890 Midway Ave.
San Leandro, CA 94577
Ph. 808 728-7554
Fax (e-mail 1st for Fax # )

Pro Ce for Plaintiff
David Wallace

Rec'd

JUN 1

# UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DAVID WALLACE,<br><br>        Plaintiff,<br><br>    v.<br><br>KIEWIT PACIFIC CO., INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. C 07-03238 CW

**PLAINTIFF'S CASE MANAGEMENT CONFRENCE STATEMENT**

Date: June 17, 2008
Time: 2:00 P.M.
Judge: The Honorable Claudia Wilkin
Courtroom: 2

Plaintiff, David Wallace, in compliance with the sprit of the Alternative Dispute Resolution law submits this Motion for a extension of time until 90 days after the binding arbitration has been made by the arbitrator, & also because I have not yet found a law firm to either represent me or be the attorney of record for the CMC, or any aspect of my case, currently set for June 17th 2008.

If the court needs a cretin time, then because of finical hardship due to lack of construction unemployment opportunities in California, I am requesting a 120-day extension so I can have time to seek seasonal employment in Washington & not have to quite a job to return to court for the CMC.

This informs the court that Seyfarth Shaw LLP has notified me that I / we may comunicate with each other by e-mail.

## MOTION & ORDER FOR EXTENSION OF TIME

Plaintiff, David Wallace, in compliance with the sprit of the Alternative Dispute Resolution law submits this Motion for a extension of time until 90 days after the binding arbitration has been made by the arbitrator, & also because I have not yet found a law firm to either represent me or be the attorney of record for the CMC, or any aspect of my case, currently set for June 17th 2008.
If the court needs a cretin time, then because of finical hardship due to lack of construction unemployment opportunities in California, I am requesting a 120-day extension so I can have time to seek seasonal employment in Washington & not have to quite a job to return to court for the CMC.

I am not getting cooperation from either Seyfarth Shaw LLP or the unions Atty. Beeson Tayer & Bodine in obtaining the two x 30 page "failure to engage in the interactive process" briefs filed around the end of May 2008, so I am requesting that this Motion & Proposed Order extension of 120 days time starts upon my recipt of the briefs my future attorney will require to pursue my case.


This Motion and Proposed Order is hereby adopted by the Court as the Order

for the case and the parties are ordered to comply with this Order.

US District Court Judge Claudia Wilkin


_____


Dated: _____, 2008

Plaintiff David Wallace Order; Case No. C 07-03238 CW

# ORDER FOR EXTENSION OF TIME

This Order for an extension of time for plaintiff & defendant to obtain the arbitrators ruling on briefs submitted the end of May 2008, per court rules which require exhaustion of all out of court options such as arbitration before going to court. I am requesting that this Motion & Proposed Order extension of 120 days time starts upon my receipt of the briefs my future attorney will require to pursue my case.

This motion is hereby adopted by the Court as the Order for the case and the parties are ordered to comply with this Order.

4 months until October 17th 2008

or

_____ months till _____

US District Court Judge Claudia Wilkin

_____

Dated:

_____    ,

2008

Plaintiff David Wallace Order; Case No. C 07-03238 CW

**PROOF OF SERVICE**

STATE OF __Calif.__

COUNTY OF __San Francisco__

I am a resident of the State of __Calif.__
over the age of eighteen years, and not a party to the within action.
My address is: __1750 Harrison St   S.F., Ca  94103__
_____ On __June 9__, 200__8__ ___, I served the within document:

_____ **Motion Statement**
**I sent such document by mail** or from facsimile machine (__415__) - __252__ - __9930__
I certify that said transmission was completed and that all pages were received and that
a report was generated by facsimile machine (_____ which confirms said
transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this
action by placing a true copy thereof enclosed in sealed envelope(s) addressed to 1 or more
of the parties listed below.

by placing the document(s) listed above in a sealed envelope with postage thereon fully
prepaid, **in the United States** ~~mail~~ at _____ addressed as set forth
below.           **FAX**

**or** by **personally delivering** the document(s) listed above to the person(s) at
the address(es) set forth below.

**or** by placing the document(s) listed above, together with copy of this declaration, in a
sealed Federal Express envelope with postage paid on account and deposited with
**Federal Express** at _____, addressed as set forth below.

**& or** by transmitting the document(s) listed above, electronically, via the e-mail
addresses set forth below.

**From:** David Wallace
890 Midway Ave.
San Leandro, CA 94577   ( By email at prepostman1@yahoo.com_& or U.S. Mail )

**TO: Seyfarth Shaw LLP**   415 732-1113
Attn: Laura J.  Maechtlen
**560 Mission St., Suite 3100**
**San Francisco 94105**
**Fax 415 397-8549**     ( email LMaechtlen@seyfarth.com & Or U.S. **Mail** )

Signed on __June 8, 2008_____2008 at __Office Max__
                                                        __1750 Harrison St__

By _____           __Sin I LAO__

USDC 1301 Clay St. Rm. 400 S. Oakland CA. 94612

Plaintiff David Wallace Order; Case No. C 07-03238 CW