

FROM David Wallace
c/o 890 Midway Ave.
San Leandro, CA
ZIP CODE 94577

Judge C. Wilkin
Oak. Dist. Court
1301 Clay St. Rm. 400
Oakland CA.
94612