IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

    Plaintiff,

  v.

KIEWIT PACIFIC CO.,

    Defendant.
                                         /

No. 07-03238 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    This matter is currently set for a Case Management Conference on August 19, 2008.  Pursuant to Defendant's Case Management Conference Statement, the Arbitrator has not yet issued a ruling.  Accordingly,

    Notice is hereby given that the Case Management Conference is continued to **October 7, 2008, 2008, at 2:00 p.m.**  The Defendant shall inform the Court when the arbitrator's award is received.  A Case Management Statement pursuant to L.R. 16-9(a) will be due one week prior to the conference.

Dated:  8/13/08

                                               *Sheilah Cahill*
                                               SHEILAH CAHILL
                                               Deputy Clerk

UNITED STATES DISTRICT NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

        Plaintiff,

v.

KIEWIT PACIFIC CO. et al,

        Defendant.

Case Number: CV07-03238 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Wallace
890 Midway Ave.
San Leandro, CA 94577

Laura J. Maechtlen
Mark Steven Ross
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

Dated: August 13, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2