SEYFARTH SHAW LLP
Mark S. Ross (SBN 64812) mross@seyfarth.com
Laura J. Maechtlen (SBN 224923) lmaechtlen@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
KIEWIT PACIFIC CO., INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALLACE,<br><br>    Plaintiff,<br><br>v.<br><br>KIEIWT PACIFIC CO.,<br><br>    Defendant. | Case No. 07-03238 CW<br><br>**REQUEST TO APPEAR BY TELEPHONE AT THE OCTOBER 7, 2008 CASE MANAGEMENT CONFERENCE** |

TO DAVID WALLACE AND THE HONORABLE CLAUDIA WILKEN:

**PLEASE TAKE NOTICE THAT** Defendant Kiewit Pacific Co., Inc. ("Kiewit") would like to request telephonic appearance at the case management conference scheduled for October 7, 2008 at 2:00 p.m. before the Honorable Claudia Wilken. This urgent request is prompted by the following reasons:

(1)    Kiewit's counsel was unable to personally talk to David Wallace ("Wallace"), who is appearing *in pro per*, in order to file a joint case management conference and to discuss the ADR options.

(2)    At the case management conference held on September 25, 2007, Kiewit's counsel appeared before the Judge Wilken, and because the Court continued the case management conference, Judge Wilken specifically granted Kiewit's counsel's request to appear at the continued case management by telephone. Attached as Exhibit A is the Court's Order

1  dated October 2, 2007 which allows the parties to appear by telephone for case management
2  conference appearances.
3     (3) We had tried to call CourtCall but were told last week that Judge Wilken was not
4  signed up with this service.  We apologize for this mistake.
5     **IT IS HEREBY RESPECTFULLY REQUESTED** that the Court grant Kiewit's
6  counsel to appear by telephone at the October 7, 2008 case management conference.  Further,
7  Kiewit's counsel is apologetic for the tardiness of this request, but implores Court's
8  understanding.

10  DATED:  October 6, 2008      SEYFARTH SHAW LLP

12              By   /s/ Laura J. Maechtlen
13                Laura J. Maecthlen
              Attorneys for Defendant
14                KIEWIT PACIFIC CO., INC.

SF1 28335951.1 / 20275-000100

**IT IS SO ORDERED**

Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )  ss
COUNTY OF SAN          )
FRANCISCO              )

   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On June 19, 2007, I served the within document:

**Defendant's Request to Appear by Telephone At the October 7, 2008 Case Management Conference**

☐   I sent such document from facsimile machine (415) 397-8549 on October 6, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☒   by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

David Wallace
890 Midway Avenue
San Leandro, CA 94577
**(By email at prepostman1@yahoo.com; & U.S. Mail)**

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

   I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. Executed on October 6, 2008 at San Francisco, California.

_____
Gloria Garcia

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

    Plaintiff,

v.

KIEWIT PACIFIC CO.,

    Defendant.

No. 07-03238 CW

ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING PLAINTIFF'S VARIOUS MISCELLANEOUS REQUESTS

    A case management conference was held on September 25, 2007, in the above-captioned case. Laura Maechtlen appeared on behalf of Defendant Kiewit Pacific Co. No appearance was made by Plaintiff; however, Plaintiff did submit to the Court various miscellaneous requests including a motion for extension of time. Pursuant to the case management conference,

    IT IS HEREBY ORDERED that the case management conference is continued to **February 5, 2008, at 2:00 p.m.**, to allow Plaintiff additional time to find an attorney and for the parties to complete labor arbitration. Parties may appear by telephone at the case management conference upon written request to the Court made at least one week prior to the conference. Failure by Plaintiff to participate in the case management conference may result in

dismissal for failure to prosecute.

IT IS FURTHER ORDERED that Plaintiff's motion to restore jurisdiction back to Superior Court of California is denied. Plaintiff's motion for pro bono web listing is denied without prejudice. Plaintiff's motion for extension of time is granted as set forth above. Plaintiff's motion for electronic filing is denied without prejudice unless Plaintiff can comply with all the requirements for electronic court filing. Plaintiff's motion for a user friendly format is denied.

Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than <u>seven (7) days</u> prior to the deadline sought to be extended.

All communications by Plaintiff with the Court must be served on Defendant's counsel by mailing a true copy of the document to Defendant's counsel.

It is Plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court and Defendant's counsel informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in dismissal for failure to prosecute.

Dated  10/2/07

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

    Plaintiff,

v.

KIEWIT PACIFIC CO. et al,

    Defendant.

Case Number: CV07-03238 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Wallace
890 Midway Ave.
San Leandro, CA 94577

Laura J. Maechtlen
Mark Steven Ross
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

David Wallace
P.O. Box 240989
Honolulu, HI 96824

Dated: October 2, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3