IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>KIEWIT PACIFIC CO. INC.,<br><br>    Defendant.<br>_____/ | No. 07-3238 CW<br><br>ORDER REGARDING<br>REQUEST TO E-FILE |

    Plaintiff has requested that he be allowed to participate in Electronic Court Filing (ECF).  Plaintiff shall file within two weeks of this Order a declaration stating that he has reviewed General Order 45 and the requirements for e-filing (available on the Court's website at www.cand.uscourts.gov) and that he is able to comply with all the requirements for e-filing.  Failure to file the declaration will result in denial of the motion.

    IT IS SO ORDERED.

Dated   12/18/08

                                                                 CLAUDIA WILKEN<br>
                                                                 United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

   Plaintiff,

 v.

KIEWIT PACIFIC CO. et al,

   Defendant.

Case Number: CV07-03238 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Wallace
890 Midway Ave.
San Leandro, CA 94577

Dated: December 18, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2