1  SEYFARTH SHAW LLP
   Mark S. Ross (State Bar No.: 064812)  mross@seyfarth.com
2  Laura J. Maechtlen (State Bar No.: 224923) lmaechtlen@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   KIEWIT PACIFIC CO.
6

7  David Wallace
   *In Pro Per*
8  General Delivery
   Honolulu, Hawaii 96820
9  e-mail prepostman1@yahoo.com

10                    UNITED STATES DISTRICT COURT

11              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  DAVID WALLACE,                    )   Case No. C 07-03238 CW
                                      )
14              Plaintiff,            )   **STIPULATION RE: CASE**
                                      )   **MANAGEMENT DEADLINES; ORDER**
15       v.                           )
                                      )
16  KIEWIT PACIFIC CO., INC.          )
                                      )
17              Defendant.            )
                                      )
18

19       Upon recommendation by the Court, Plaintiff DAVID WALLACE, *In Pro Per*, and

20  Defendant KIEWIT PACIFIC CO., INC., by and through its attorneys of record, have met and

21  conferred regarding rescheduling the (1) Settlement Conference; (2) Plaintiff's Deposition; (3)

22  Dispositive Motion Hearing date; and (4) the parties' case management conference date. The

23  parties HEREBY STIPULATE TO THE FOLLOWING:

24       1.    The Settlement Conference is currently scheduled for January 29, 2009. Plaintiff

25  David Wallace is not available to attend the Settlement Conference in person on January 29,

26  2009. The parties therefore agree to a continuance of the Settlement Conference to **February**

27  **24, 2009** at 9:30 a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

28

Stipulation Regarding Case Management Deadlines/ Case No. C 07-03238 CW

1. Francisco, California 94102.  By stipulating to this continuance, the parties agree that all parties will attend the Settlement Conference in person on February 24, 2009.

2. Plaintiff's deposition is currently scheduled for January 30, 2009.  The parties agree to a continuance of Plaintiff's deposition date to **February 25, 2009** with a new deposition notice to be sent by Defendant following the Court's adoption of this stipulation.  The parties further stipulate that the deposition will continue day-to-day until completed.

3. Pursuant to the Court's October 8, 2008 Minute and Case Management Order, March 26, 2009 is (1) the date of the parties next case management conference; and (2) last date for dispositive motions to be heard.  The parties hereby request that the date be continued to **May 21, 2009**, or on the first available date thereafter, to allow the parties to complete Plaintiff's deposition and prepare a dispositive motion in accordance with the Federal Rules of Civil Procedure, Local Rules of Court and Judge Wilkin's Orders.  Plaintiff reserves the right to request to appear telephonically at the May 21, 2009

4. Defendant requests that the dates for completion of fact discovery and expert discovery be continued as follows:

   a. Completion of Fact Discovery:  **May 29, 2009**.

   b. Disclosure of identities and reports of expert witnesses:  **July 15, 2009**.

   c. Completion of Expert Discovery:  **August 15, 2009**.

Plaintiff does not wish to be bound by these recommended dates because he may retain an attorney, works out of town, and may be unable to abide by recommended timelines.

DATED: January _____, 2009                           SEYFARTH SHAW LLP

                                                                                    By _____
                                                                                          Mark S. Ross
                                                                                          Laura J. Maechtlen
                                                                                    Attorneys for Defendant
                                                                                    KIEWIT PACIFIC CO., INC.

DATED: January _____, 2009                           PLAINTIFF DAVID WALLACE

                                                                                    By _____
                                                                                          David Wallace
                                                                                          *In Pro Per*

2

Stipulation Regarding Case Management Deadlines/ Case No. C 07-03238 CW

## ORDER

**IT IS HEREBY ORDERED** that:

The deadline to complete the Magistrate Judge Settlement Conference continued to **February 24, 2009**.

Plaintiff's deposition will be continued to **February 25, 2009** with a new deposition notice to be sent by Defendant following the Court's adoption of this stipulation.

The (1) date of the parties next case management conference; and (2) last date for dispositive motions to be heard is continued to **May 21, 2009**.

The dates for completion of fact discovery and expert discovery be continued as follows:

    a.    Completion of Fact Discovery:  May 29, 2009**.**

    b.    Disclosure of identities and reports of expert witnesses:  July 15, 2009.

    c.    Completion of Expert Discovery:  August 15, 2009.

Date: 1/26/09

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,

      Plaintiff,

 v.

KIEWIT PACIFIC CO. et al,

      Defendant.
_____/

Case Number: CV07-03238 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Wallace
General Delivery
Honolulu, HI 96820

Dated: January 26, 2009

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk