| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Mark S. Ross (State Bar No.: 064812)  mross@seyfarth.com<br>Laura J. Maechtlen (State Bar No.: 224923) lmaechtlen@seyfarth.com |
| 3 | 560 Mission Street, Suite 3100<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendant |
| 6 | KIEWIT PACIFIC CO. |
| 7 | David Wallace |
| 8 | *In Pro Per*<br>General Delivery |
| 9 | Honolulu, Hawaii 96820<br>e-mail prepostman1@yahoo.com |

10              UNITED STATES DISTRICT COURT

11         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

| | | |
|---|---|---|
| 13 | DAVID WALLACE, ) | Case No. C 07-03238 CW |
| 14 | )<br>Plaintiff, ) | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND** |
| 15 | )<br>v. ) | **ORDER** |
| 16 | )<br>KIEWIT PACIFIC CO., INC. ) | |
| 17 | )<br>Defendant. ) | |
| 18 | ) | |

19      It is hereby stipulated by and between Plaintiff David Wallace and Defendant Kiewit

20 Pacific Co., Inc., individually or through their respective counsel of record, as represented by

21 their signatures below, that the above entitled matter be forthwith **DISMISSED WITH**

22 **PREJUDICE**, with each party to bear his or her or its own costs of suit and attorneys' fees.

23 DATED: March _____, 2009                     SEYFARTH SHAW LLP

24

25                                              By_____
                                                    Mark S. Ross
26                                                  Laura J. Maechtlen
                                                Attorneys for Defendant
27                                              KIEWIT PACIFIC CO., INC.

28

Stipulation For Dismissal With Prejudice/ Case No. C 07-03238 CW

DATED: March _____, 2009                    PLAINTIFF DAVID WALLACE

                                                      By_____
                                                          David Wallace
                                                          *In Pro Per*

### **ORDER**

**IT IS HEREBY ORDERED** that:

The above entitled matter, Case No. C 07-03238 CW, is DISMISSED WITH PREJUDICE, with each party to bear his or her or its own costs of suit and attorneys' fees.

Date: 4/6/09                    /s/ Claudia Wilken
                                                   HON. CLAUDIA WILKEN
                                                   UNITED STATES DISTRICT JUDGE